# EXHIBIT D

STATE OF ILLINOIS )

               ) SS:    **ORIGINAL**

COUNTY OF C O O K )

    IN THE UNITED STATES DISTRICT COURT

    FOR THE NORTHERN DISTRICT OF ILLINOIS

           EASTERN DIVISION

CHARLES BOYLE,              )

      Plaintiff,         )

       Vs.               ) No. 09 C 1080

UNIVERSITY OF CHICAGO     )

POLICE OFFICER LARRY TORRES, )

ET AL,                 )

      Defendants.        )

     The discovery deposition of ARTHUR GILLESPIE, taken in the above-entitled cause, before Angela C. Loisi, a notary public of Cook County, Illinois, on the 25th day of November, 2009, at the hour of 1:16 p.m. at 222 North LaSalle, Suite 300, Chicago, Illinois, pursuant to notice.

            (Proceedings ended at

            2:24 p.m.)

Reported by: Angela C. Loisi, CSR, RPR

License No: 084-004571

1

```
 1      APPEARANCES:

 2           ED FOX & ASSOCIATES

 3           300 West Adams, Suite 330

 4           Chicago, Illinois 60606

 5           (312)345-8877

 6           BY: MR. JONATHAN KSIAZEK

 7                Representing the Plaintiff;

 8

 9           HINSHAW & CULBERTSON, LLP

10           222 North LaSalle Street, Suite 300

11           Chicago, Illinois 60601

12           (312)704-3000

13           BY: MR. STEVE PUISZIS

14                Representing the University of

15                Chicago;

16

17           ASSISTANT CORPORATION COUNSEL

18           30 North LaSalle Street, Suite 800

19           Chicago, Illinois 60602

20           (312)744-7150

21           BY: MS. HELEN GIBBONS

22                Representing the Chicago Police

23                Officers, Darling and Martin;

24
```
                                                        2

```
 1                    I N D E X

 2    WITNESS                          EXAMINATION

 3    ARTHUR GILLESPIE

 4       By Mr. Ksiazek                    4

 5       By Ms. Gibbons                    48

 6       By Mr. Puiszis                    50

 7       By Mr. Ksiazek (further)         53

 8       By Mr. Puiszis (further)         54

 9

10

11

12

13

14

15                  E X H I B I T S

16    NUMBER                          MARKED FOR ID

17              (No Exhibits Marked.)

18

19

20

21

22

23

24
                                                    3
```

1                         (Whereupon, the witness was

2                         duly sworn.)

3               ARTHUR GILLESPIE,

4    Having been first duly sworn, was examined and

5    testified as follows:

6                         EXAMINATION

7    BY MR. KSIAZEK:

8         Q.   Can you please state your name for the

9    court, spelling the last for the record?

10        A.   Sure.  Arthur Gillespie spelled -- last

11   name, G-I-L-L-E-S-P-I-E.

12        Q.   Sure.

13             Officer Gillespie, have you ever had

14   your deposition taken before?

15        A.   No.

16        Q.   Okay.  I'm just going to explain a few

17   ground rules about the deposition.

18             My name is Jonathan Ksiazek, and I

19   represent the plaintiff in this matter.

20             Basically we have you here today because

21   we're going to ask you some questions about an

22   incident that happened on October 18, 2008.  So

23   I'm going to ask you some questions.

24             If at any point you don't understand any

                                                      4

1    of my questions, just go ahead and ask me to

2    rephrase or repeat the question, I will go ahead

3    and do that for you, okay?

4    A.  Yes.

5    Q.  But if you do answer my question, we

6    will all assume that you did understand the

7    question and what I'm asking you, okay?

8    A.  Okay.

9    Q.  Great.

10    And when you do answer the questions,

11    make sure to answer out loud.

12    A.  Uh-huh.

13    Q.  Like you're doing, yes or no.

14    A.  Yes, okay.

15    Q.  Instead of saying mm-hmm or nuh-huh.

16    A.  Okay.  Yes.

17    Q.  Okay.  And if you ever need to take a

18    break at any point, just make sure that you give

19    an answer to my question before asking for a

20    break.

21    A.  Yes, yes.

22    Q.  And one other thing:  In order for the

23    transcript to come out properly --

24    A.  Uh-huh.

5

1     Q.  -- I will do my best to not talk over

2     you, and I would just ask that you do the

3     same --

4         A.  Yes, sir.

5         Q.  -- so we don't talk over each other,

6     okay?

7         A.  Yes, sir.

8         Q.  And you realize that you are under oath

9     today?

10        A.  Yes.

11        Q.  Okay.  And did you review any documents

12    in preparation for your deposition today?

13        A.  Just my interrogatories.

14        Q.  Is there anything preventing you from

15    testifying truthfully today?

16        A.  No.

17        Q.  Okay.  Just to ask you a few questions

18    about your educational background, where did you

19    go to school?

20        A.  How far back do you want me to go?

21        Q.  Did you go to college?

22        A.  Yes.

23        Q.  Okay.  Where did you go to college?

24        A.  Southern Illinois University.

                                                    6

1   Q. And when did you graduate from

2 Southern --

3   A. I didn't.

4   Q. Okay. When was the last time that you

5 attended college of Southern Illinois

6 University?

7   A. That would have been 1989.

8   Q. How many years did you attend Southern?

9   A. I was there actually for four years.

10   Q. Okay. And what degree were you seeking?

11   A. Communications.

12   Q. Okay. Did you go to any other colleges

13 besides Southern Illinois University?

14   A. I've done some coursework at Daley

15 College as well.

16   Q. When did you do that coursework?

17   A. Let's see. I'd say between 2006 and

18 2008.

19   Q. And why were you taking those courses at

20 Daley College?

21   A. Working towards finishing up a law

22 enforcement degree, two-year law enforcement

23 degree.

24   Q. Do you have a law enforcement degree

7

1    today?

2       A.  No, not currently.

3       Q.  Are you still working towards law --

4       A.  Yes, I am, yes.

5       Q.  Okay.  Are you still attending Daley

6    College or --

7       A.  Actually, I have one more course to

8    finish with them before obtaining that degree.

9    So I am looking to try and match my schedule so

10   I can finish the course.

11       Q.  Sure.  How long have you -- as of

12   today's date, how long have you worked for the

13   University of Chicago Police Department?

14       A.  As of today's date, just going to be

15   short of -- I'm sorry, two years.  Two years in

16   February, so that's one year...

17       Q.  One year and nine months?

18       A.  Nine months yeah, right, yeah.

19       Q.  And in October of 2008 how many months

20   have you been working for University of Chicago

21   Police Department?

22       A.  At that time I believe just seven --

23   seven plus months.

24       Q.  Okay.

8

1      A.   Between seven and eight months.

2      Q.   Before working for the University of

3   Chicago Police Department, have you ever worked

4   for any other police departments?

5      A.   No.

6      Q.   What job did you hold prior to working

7   for the University of Chicago?

8      A.   Prior to the University of Chicago I

9   worked with the City of Chicago Department of

10  Aviation.

11     Q.   How long did you work there for?

12     A.   I worked there just about four years.

13     Q.   Okay.  And what made you want to work

14  for the University of Chicago Police Department?

15     A.   Excuse me.  I've also wanted to work for

16  a police department.  So I had an opportunity to

17  go to the police academy and seek certification

18  required to work for the university.

19     Q.   Okay.  When did you go to the police

20  academy?

21     A.   I was in the police academy in, let's

22  see, October of 2004.

23     Q.   And then just to clarify, you started in

24  February of 2007 with --

9

1      A.  University, yes, sir.  February, 2007.

2      Q.  Okay.  And what is your current rank

3  with the University of Chicago Police

4  Department?

5      A.  Patrol officer.

6      Q.  And you were a patrol officer in October

7  of 2008 also?

8      A.  Yes, I was.

9      Q.  How tall are you, sir?

10     A.  I'm 5'9".

11     Q.  Okay.  And how much do you weigh

12  currently?

13     A.  Two twenty.

14     Q.  Did you weigh about 220 pounds in

15  October of 2008?

16     A.  About that, yes.

17     Q.  Okay.  And how old were you in October

18  of 2008?

19     A.  In October of 2008 I would have been 42.

20     Q.  Okay.  Do you remember what your

21  assignment was with the Chicago Police

22  Department in October of 2008?

23     A.  I'm sorry, with the Chicago Police

24  Department?

10

1      Q.  I'm sorry, the University of Chicago

2  Police Department.

3      A.  I believe I was Beat 103, 103.

4      Q.  Actually one more question:  Have you

5  ever served in the military?

6      A.  No, I have not.

7      Q.  Okay.  Beat 103, do you know what the

8  boundaries are for that beat?

9      A.  Yes, I believe the boundaries of the

10  beat -- for the beat at that time were 55th

11  Street to 47th Street and Kenbark Avenue east to

12  Lake Shore Drive.

13      Q.  Okay.  And what shift were you working

14  in -- I'm sorry --

15      A.  I'm sorry, go ahead, go ahead.

16      Q.  Okay.  What shift were you working in

17  October of 2008 with the University of Chicago

18  Police Department?

19      A.  I was working with the first watch.

20      Q.  What were the hours that you were

21  working?

22      A.  That would have been between 23:00 or

23  11:00 p.m. midnight to, let's say 23:00, 11:00

24  p.m. to 7:00 a.m., or sometimes it varied,

                                                    11

1    12:00 midnight to 8:00 a.m.

2         Q.   Okay.  Do you -- are you assigned to the

3    same beat, 103, currently?

4         A.   No, I'm not.

5         Q.   What beat are you currently assigned to?

6         A.   Actually, I don't have a permanent

7    assigned beat.  So I -- the beats rotate.  They

8    vary.  They rotate different assignments.

9         Q.   So right now you're on a rotation?

10        A.   Yes.

11        Q.   Are you still working the first watch

12   shift?

13        A.   No, actually I'm working -- we have had

14   some scheduling changes since that time.

15             I'm working mornings, which is actually

16   now considered to be the first watch, but the

17   time is going to be different.

18             And we're currently working 12-hour

19   shifts, so I work from 7:00 a.m. to 7:00 p.m.

20        Q.   Okay.  Were you driving a patrol car on

21   October 18, 2008?

22        A.   Yes, I was.

23        Q.   Okay.  Were you working with a partner

24   in October of 2008?

12

1     A.  No, sir, I wasn't.

2     Q.  Okay.  Was this a marked patrol car?

3     A.  Yes, it was.

4     Q.  And do you remember if on October 18,

5  2008, you were wearing a University of Chicago

6  uniform?

7     A.  Yes, sir, I was.

8     Q.  Can you describe the uniform for me?

9     A.  At that time it was a light blue shirt,

10  dark, dark navy blue pants with a police vest.

11  Police Velcroed on the back of the vest.  Police

12  star on the front of the vest.

13       Also a police hat with the university

14  police, and the university's emblem, that's it.

15     Q.  Okay.  Now, at some point on October 18,

16  2008, did you have the occasion to arrive at

17  1435 East 53rd Street?

18     A.  Yes, sir, I did.

19     Q.  Okay.  Do you know what -- about what

20  time you had -- you arrived at that location?

21     A.  Not exactly.  It would -- I believe it

22  was between maybe 1:00 a.m., just after

23  1:00 a.m., between 1:00 a.m. and 2:00 a.m.

24     Q.  Okay.  And do you remember receiving

13

1    dispatch telling you to go to that location?

2        A.  No, I don't.

3        Q.  Okay.  How did you come to arrive at

4    1435 East 53rd Street on that evening?

5        A.  Okay.  I overheard on the radio,

6    portable radio, what sounded to be an officer in

7    distress.  There is a code that's used, 10-1,

8    and I heard 10-1.

9        Q.  Okay.  Do you remember if it was the

10   dispatch that was saying 10-1, or do you

11   remember if it was the actual officer saying

12   10-1?

13       A.  I believe it was the officer that I

14   heard calling 10-1.

15       Q.  Okay.  And where were you when you heard

16   the officer calling 10-1 over the radio?

17       A.  I can't recall specifically where I was

18   at.

19       Q.  Can you recall what you were doing when

20   you got this radio?

21       A.  Just routine patrol, patrolling.

22   Specifically I was driving.

23       Q.  Okay.  Once you got this call over the

24   radio for a 10-1 -- well actually, what did you

                                                    14

1    understand a 10-1 to mean?

2        A.  I understood that to mean that an

3    officer needed assistance, immediate assistance.

4        Q.  So once you got this call, what did you

5    do?

6        A.  Excuse me.  I attempted to -- my

7    goodness, excuse me.

8            I attempted to respond to the location.

9    I believe I attempted to get clarification from

10   the dispatch as to where the officer's last

11   location was.

12       Q.  Do you remember what you said to

13   dispatch to try and get clarification?

14       A.  I don't recall, no.

15       Q.  Do you remember anything that dispatch

16   would have told you in response for when you

17   asked for clarification?

18       A.  I believe at some point I heard the

19   address, which understandably, is the 53rd

20   Street address.

21       Q.  Okay.  And once you received this 53rd

22   Street address, did you head over to that

23   location?

24       A.  I did.

15

1     Q.  Okay.  Do you know how long it took you

2  from where you were located when you first

3  received the 10-1 radio and when you arrived at

4  53rd Street?

5      Do you know how long it took you to get

6  there?

7     A.  Yeah.  I couldn't say specifically.  I

8  guess it was probably between -- maybe one

9  minute, minute and a half.

10     Q.  Okay.  Do you remember what route you

11  took to get there?

12     A.  No, I don't recall specifically what

13  route.

14     Q.  And when you did arrive at 53rd Street,

15  what, if anything, did you see?

16     A.  When I arrived -- excuse me, I observed

17  two officers, what I believe -- I believe it was

18  two officers in the struggle with who I now know

19  to be, I believe, Mr. Boyle.

20     Q.  Mr. Boyle.

21     A.  Mr. Boyle.

22     Q.  Okay.  You said you saw two officers?

23     A.  I believe it was two.  I'm not for

24  certain.

16

1    Q.   Do you know how many police cars you saw

2    on the scene, whether University of Chicago or

3    Chicago Police Department, when you first

4    arrived?

5    A.   No, I can't say for certain.  I believe

6    I saw Officer Torres and Officer Moore's

7    vehicle, I believe they were riding together.

8         But my attention was solely focused on

9    the confrontation.

10    Q.   Did you know when you first arrived at

11    the scene that it was Officer Torres and Officer

12    Moore's vehicle?

13    A.   Yes.

14    Q.   Okay.  How did you know that?

15    A.   They were -- I assume that because they

16    were -- they were on the scene -- on the scene

17    one -- other than those two on the scene, so I

18    assume that to be their vehicle.

19    Q.   Okay.  And you recognize them

20    immediately --

21    A.   Yes.

22    Q.   -- once you were --

23    A.   Mm-hmm.

24    MR. PUISZIS:  You have to make sure he

17

1    finishes his question --

2         THE WITNESS:  Okay.  I'm sorry.

3         MR. PUISZIS:  -- before you answer.

4         THE WITNESS:  Okay.  I'm sorry.

5    BY MR. KSIAZEK:

6         Q.  Did you see a silver Chrysler vehicle

7    located near where Officer Torres and Officer

8    Moore were?

9         A.  No, sir, I don't recall seeing that.

10        Q.  You said that Officer Torres and Officer

11   Moore were struggling with Officer Boyle?

12        A.  That's what appeared to be the case to

13   me, yes.

14        Q.  Can you describe how Officer Torres and

15   Moore were struggling with Mr. Boyle?

16        A.  There appeared to be thrashing, they

17   were attempting to handcuff, and I remember

18   hearing:  Stop resisting.

19             I observed Mr. Boyle fighting, his arms

20   moving about attempting to push the officers

21   away from him.

22        Q.  Okay.  When you first arrived on the

23   scene, where were Officer Moore and Officer

24   Torres located in relation to Mr. Boyle?

18

1       A.   I want to say they could have been on

2   either side of him, one on his right and one on

3   his left, I believe.

4       Q.   And what was Mr. Boyle doing, if

5   anything, when Officer Torres and Officer Moore

6   were on his left and right?

7       MR. PUISZIS:  Objection, asked and answered,

8   but you can go ahead and answer again.

9       THE WITNESS:  Again, I believe you will

10  see -- well, he was thrashing.  He was thrashing

11  about.

12          He was -- his arms were moving.  He was

13  pushing.  He was resisting being put -- having

14  his arms put behind him.

15  BY MR. KSIAZEK:

16      Q.   So when you saw Mr. Boyle resisting and

17  having his arms thrashing and put behind him,

18  what, if anything, did you do at that point?

19      A.   I rushed over to their location to

20  provide assistance.

21      Q.   Now, at this point when you first got

22  out of your car, what, if anything, did you know

23  besides the 10-1 that an officer needed

24  assistance?

                                              19

1    A.  I didn't know -- I didn't know if -- I

2   didn't know if they were struggling for a

3   weapon.  I didn't know -- I didn't know

4   anything.

5       Q.  Okay.  They were attempting to handcuff

6   him you said?

7       A.  Yes.  I remember hearing:  Place your

8   arms behind you back, and stop resisting.  And

9   so...

10      Q.  Did -- when the officers -- actually,

11  who was saying put your arms behind your back,

12  was it Officer Torres or Officer Moore?

13      A.  I heard stop resisting from, I believe

14  it to be both of them at different points.

15      Q.  Do you know who actually said it first?

16      A.  No, I can't recall.

17      Q.  Did Officer Torres and Officer Moore

18  actually have their handcuffs out?

19      A.  I can't recall if I saw them at that

20  point.

21      Q.  But they were trying to put his hands

22  behind his back?

23      A.  Yes, they were.

24      Q.  Okay.  And at what point did you

20

1    actually get out of your car, was it when his

2    hand -- were his hands already behind his back

3    when you got out of his car -- when you got out

4    of your car?

5        A.  No, it was at the point that I saw them.

6    When I arrived on the scene I made visual

7    contact with them, saw that they were thrashing

8    about, exited my vehicle and went over.

9        Q.  And what did you do to help assist

10   Officer Torres and Officer Moore?

11       A.  I made physical contact with the three

12   of them.  I believe at that point we all three

13   fell to the ground.

14       Q.  Okay.  When you say physical contact,

15   what exactly do you mean?

16       A.  Well, my hands actually touched

17   Mr. Boyle in attempting to try to help Officer

18   Torres and Officer Moore to get his arms in a

19   position that we could put handcuffs on him.

20       Q.  Where on Mr. Boyle's body did your hands

21   touch him?

22       A.  I don't recall specifically where.

23       Q.  Let me ask you this:  Was Mr. Boyle

24   facing you as you approached him?

                                                21

1    A.  I don't recall.

2    Q.  And do you know if Officer Moore and

3    Officer Torres were facing you when you first

4    got out of your car?

5    A.  No, they were facing him more so than

6    me.

7    Q.  So were their backs to you?

8    A.  No, I can't recall that.  I could -- no,

9    no, I don't recall seeing the backs, no.

10    Q.  Okay.  How did -- you said the three

11    of -- you made the contact with the three of

12    them, and all four of you went down to the

13    ground?

14    A.  Yes, I believe my momentum from running,

15    running over caused us to fall to the ground.

16    Q.  And you had your hands out while you

17    were running?

18    A.  Yes, yes, I did.

19    Q.  Can you describe how -- and all four of

20    you fell to the ground, right?

21    A.  Yes.

22    Q.  Okay.  Can you describe how all four of

23    you fell to the ground?

24         I know you already testified that you

                                                22

1    were running and all of you sort of fell.

2         Can you sort of just tell me how the

3    bodies fell onto the ground once you were all

4    going down?

5         A.  Yeah, I couldn't say for certain how we

6    all fell, what positions we were in at that

7    point.

8         I just -- yeah, I just can't recall

9    specifically where we were when we initially

10   made contact with the ground.

11        Q.  And you didn't have your handcuffs out

12   at this point or anything?

13        A.  Not at that point, no.

14        Q.  What position did you find yourself in

15   once you were actually on the ground?

16        A.  I was in a position where I was by

17   Mr. Boyle's legs, legs and feet.

18        Q.  And do you know how you ended up by

19   Mr. Boyle's legs and feet?

20        A.  No, I can't say for certain.  Just after

21   falling, that's just where -- when I kind of

22   regained my sense of bearing that's where I

23   found myself.

24        Q.  Now, when you fell, you've told me that

                                                  23

1    you saw a car that you thought was Officer

2    Torres and Officer Moore's, right?

3        A.  I believe I did, right, yes.

4        Q.  When you fell, do you know how far away

5    you were from Officer Torres and Officer Moore's

6    car?

7        A.  No, sir.  I can't say for certain, no.

8        Q.  Do you know if you were close to any

9    other cars besides Officer Torres and Officer

10   Moore's car?

11       A.  Again, no.  I can't say.  I was just

12   more focused with trying to maintain control of

13   the situation there.

14           Mr. Boyle was fighting about pretty

15   extensively.  So I was just trying to maintain

16   control and help out, bring some order to that

17   situation.

18       Q.  Where did you park your car in relation

19   to Officer Torres and Officer Moore's car?

20       A.  I believe I -- my part -- my vehicle

21   would have been parked on 53rd Street.  I can't

22   recall if I was just east or west of Blackstone,

23   but I was facing westbound.

24       Q.  Do you know how far away you parked from

                                                    24

1    Officer Moore and Officer Torres' car?

2         A.  No, I can't recall.

3         Q.  Did you park in an angle, or do you know

4    if you parked straight ahead?

5         A.  I believe I -- I believe I parked

6    straight ahead, possibly along the curb.

7         Q.  Okay.  So when -- yourself is on the

8    ground -- when you're on the ground, where, if

9    you can remember, were Officer Torres and

10   Officer Moore?

11        A.  They were, in relation to me, more so

12   towards Mr. Boyle's upper torso and his upper --

13   along his upper body.

14        Q.  And once the four of you fell to the

15   ground, what, if anything, happened?

16        A.  We continued to -- well, I continued to

17   hear the orders to stop resisting, give me your

18   hands.

19            They continued to struggle with him up

20   top.  I -- we were trying to communicate with

21   each other to try to work in unison.

22            I made the decision to try and keep his

23   legs still, keep them from moving about.

24        Q.  Okay.  Going back to when you first

                                                    25

1    arrived at the scene, did you hear Mr. Boyle say

2    anything to Officer Torres and Officer Moore?

3    A.  I can't recall, no, no, I didn't.

4    Q.  Okay. And when you fell to the ground,

5    did you hear Mr. Boyle say anything once all the

6    four of you fell, fell down?

7    A.  No, I don't recall him saying anything.

8    Q.  Okay. And when Officer Torres or

9    Officer Moore gave Mr. Boyle an order to stop

10    resisting, what, if anything -- and once you

11    were off the ground, what, if anything, did

12    Mr. Boyle do?

13    A.  Initially while we were on the ground he

14    still continued to resist. They still struggled

15    to get him to comply with putting his arms

16    behind his back.

17    Q.  Was he just resisting with his arms or

18    were --

19    A.  No, he was resisting with his arms and

20    his legs.

21    Q.  And when you said you were trying to

22    communicate with each other, Officer Torres and

23    Officer Moore, what, if anything, were they

24    saying to you, or what were you saying to them?

26

1      A.  I heard the two of them maybe mention --

2  grabbed his arm, grab his arm.  I remember

3  saying I got his legs, I will hold his legs.

4      Q.  Anything else?

5      A.  No.

6      Q.  Okay.  Did any of the University of

7  Chicago officers who were there, and yourself,

8  Officer Torres, Officer Moore, have their

9  handcuffs out at that point?

10      A.  I don't recall.  I can't recall.  I

11  don't recall seeing anything specifically, the

12  handcuffs specifically.

13      Q.  And while you were holding his legs,

14  what, if anything, happened?

15      A.  Well, while I was holding his legs, at

16  some point he kicked away, which actually kicked

17  and made contact with the right side of my face.

18          My glasses were thrown from my face,

19  broke the glasses, the frames were mangled and

20  the lenses popped out of them.

21      Q.  Do you know which foot they kicked you

22  with, was it the right or the left?

23      A.  No, I couldn't say for certain.

24      Q.  But he did make contact with the right

27

1    side of your face?

2       A.  Yes.

3       Q.  And did you see how far your glasses

4    actually flew off your face?

5       A.  No, sir, I couldn't say for certain.

6       Q.  Were you actually injured as a result of

7    this kick?

8       A.  Well, I was hurt.  I was -- just like

9    slight bruising.  But I didn't think I required

10   medical attention.

11      Q.  Was this the only time that Mr. Boyle

12   kicked you?

13      A.  Yes.

14      Q.  Okay.  And after your glasses had been

15   kicked off your face, what, if anything, did you

16   do?

17      A.  Well, from the force of a kick, I was

18   kind of thrown clear a little bit.  I re-engaged

19   at the legs and continued to try and hold him in

20   place while the officers up top attempted to

21   cuff him, handcuff him.

22      Q.  Now, at any point before your glasses

23   had been kicked off your face, did you see any

24   other University of Chicago officers on the

28

1   scene?

2      A.  I -- I can't say for certain who was

3   there other than Moore and Torres at that point.

4      Q.  Okay.  So just to clarify, you think it

5   was yourself, Moore and Torres when you were

6   kicked in the face?

7      A.  I believe at that point, yes.  Yes,

8   that's what I believed at that point.  I didn't

9   know if anyone else was there.

10       I didn't take my hands off of -- or my

11   eyes, I should say, off of the area, the area I

12   was trying to control there.

13       And once my glasses were off, I just

14   really tried to focus on keeping his legs in

15   place.

16      Q.  Okay.  Are you nearsighted or

17   farsighted?

18      A.  I have to see things, have to be fairly

19   close.

20      Q.  Sure.  So if your glasses got kicked off

21   your face, you can't see things far distances?

22      A.  Far away, yes, sorry.

23      Q.  Now, what point did you first see other

24   University of Chicago officers arrive?

29

1     A.  That would have been after Mr. Boyle was

2  handcuffed, and after I was able to disengage.

3     Q.  Did you see who actually did handcuff

4  Mr. Boyle?

5     A.  No, I never did.

6     Q.  But you didn't personally, right?

7     A.  No, sir, I didn't.

8     Q.  Do you know how many -- do you know if

9  it was one pair of handcuffs or two pairs of

10  handcuffs that were used on Mr. Boyle?

11     A.  I couldn't say for certain, no, sir.

12     Q.  Did you ever give Officer Torres or

13  Officer Moore your pair of handcuffs to help

14  them --

15     A.  No, sir, I didn't.

16     Q.  Okay.  So when -- after Mr. Boyle was

17  handcuffed, what, if anything, did you do?

18     A.  Again, I disengaged.  I was a bit

19  disoriented.  I immediately started to look for

20  my glasses.

21     Q.  Okay.  So Mr. Boyle was handcuffed.

22     Did they -- did Officer Moore and Torres

23  stand him up?

24     A.  I know at some point he was stood up.  I

30

1    didn't actually see when that happened.

2        Q.  Was he stood up after you disengaged?

3        A.  After I disengaged, yes.

4        Q.  And what do you actually mean by

5    disengaged?

6        A.  I took my hands off of him.  There was

7    no need for me to try and maintain control of

8    him.

9        Q.  So at that point was he not struggling

10   anymore?

11       A.  At that point he was not struggling

12   anymore, no.

13       Q.  And when he was not struggling anymore,

14   was that when he was in the handcuffs?

15       A.  I believe that because I remember

16   specifically hearing -- I believe hearing that

17   he was cuffed, and the struggle stopped.

18       Q.  Do you know who actually said that

19   Mr. Boyle was cuffed?

20       A.  No, I can't say for certain.

21       Q.  Okay.  Do you know if any other officers

22   besides yourself, Officer Torres and Officer

23   Moore helped to put Mr. Boyle into handcuffs?

24       A.  I don't know for certain who actually

                                                    31

1    cuffed him.  No, I couldn't say for certain.

2        Q.  When you went to disengage and sort of

3    let go of Mr. Boyle, did you take a few steps

4    away from Mr. Boyle?

5        A.  Yeah, just a couple, maybe.  I was still

6    actually on my knees, just kind of setback.

7        Q.  So this whole time when you were trying

8    to hold his legs together, were you on your

9    knees the whole time?

10       A.  Yes.

11       Q.  Okay.  So when you say you fell to the

12   ground, you actually fell to your knees?

13       A.  Yes.

14       Q.  Okay.  Did -- how long were you

15   disoriented for?

16       A.  Not long, just -- I mean, the initial

17   kick probably was more so -- I would say

18   probably -- you know, 30, 40 seconds.

19       Q.  And after you sort of got your bearings

20   back a little bit, what, if anything, did you do

21   at that point?

22       A.  Well, once I finally recovered my

23   glasses and saw the condition they were in, I

24   believe I made contact via my radio with my

                                              32

1    watch commander.

2            I let him know I was going to have to

3    try and retrieve a spare pair of glasses.

4        Q.  Okay.  Where -- when you took a few

5    steps away were you by a curb at that point,

6    were you in the street?

7        A.  I believe I was in the street.

8        Q.  And where did you find your glasses?

9        A.  Not far from me, maybe a foot, foot and

10   a half away from me.

11       Q.  Was that in the street or was it on the

12   sidewalk?

13       A.  It was in the street.

14       Q.  You said they were in pieces?

15       A.  The frames were mangled and the lenses

16   were detached from the frames.

17       Q.  Okay.  Can you, just to the best of what

18   you remember, can you describe how the frames

19   were mangled?

20       A.  They were twisted, twisted completely

21   out of shape.  Arms were -- one of the arms were

22   almost broken, just kind of hanging by the

23   screw, I believe, at the hinge.

24       Q.  Okay.  And the -- you said the glasses

                                                    33

1   were out?

2      A.  Yes, both of the lenses were detached

3   from the frames.

4      Q.  You said both?

5      A.  Yes.

6      Q.  Okay.  Do you know how -- so when you

7   went to pick it up, you had to pick up the frame

8   and then you picked up the two -- the lenses?

9      A.  Yes.

10     Q.  How far away from the actual frame were

11  the lenses located?

12     MR. PUISZIS:  Objection to relevance.

13         You can go ahead and answer the

14  question, if you remember.

15     THE WITNESS:  I couldn't say for certain.

16  Maybe a few inches, not much.

17  BY MR. KSIAZEK:

18     Q.  Sure.  Do you remember what you said to

19  dispatch about your glasses?

20     A.  I believe I just -- my glasses were

21  broken.

22     Q.  Do you know what, if anything, dispatch

23  said to you in response?

24     A.  Dispatch, nothing in response.

34

1    Actually, I think I was talking to dispatch, so

2    I just communicated that to my lieutenant, my

3    watch commander.

4        Q.  And who was your watch commander at that

5    time?

6        A.  Lieutenant Stan White.

7        Q.  And did Lieutenant White say anything to

8    you?

9        A.  I believe he asked me if I had a spare,

10    or if I needed to go and get a spare, something

11    to that effect.

12        Q.  Okay.  After you had this conversation,

13    what, if anything, did you see that the other

14    officers were doing with Mr. Boyle?

15        A.  I don't recall.  I don't recall at that

16    point.  I...

17        Q.  Did -- was -- do you recall if any

18    Chicago Police Department officers were on the

19    scene at the point when you had this dispatch

20    conversation about your glasses?

21        A.  At that point I do recall -- I believe

22    seeing some CP officers, Chicago Police

23    Department officers.

24        Q.  Okay.  Do you know when these CPD

35

1    officers first arrived?

2        A.  No, I couldn't say when they first

3    arrived.

4        Q.  Was that the first time that you saw

5    them right as -- after you had this conversation

6    about your glasses?

7        A.  It was right -- it was after the

8    struggle.  I can't recall if it was before

9    dispatch or after -- after my communication with

10   dispatch.

11       Q.  Did you have any conversations -- or had

12   you had any conversations with dispatch prior to

13   talking to Lieutenant White about your glasses?

14       MR. PUISZIS:  You mean that night?

15   BY MR. KSIAZEK:

16       Q.  Yeah, I'm sorry.  On October 18, 2008.

17       MR. PUISZIS:  Well, I object because you --

18   I don't mean to be raising a speaking objection,

19   but we -- you asked previously about

20   conversations he had with dispatch around the

21   time of the 10-1.

22           So I mean, I'm not sure.  You got him

23   talking to dispatch then, and you've got him

24   talking to dispatch -- you know, about the

                                               36

1   glasses.  I'm not sure what else you're looking

2   for.

3   BY MR. KSIAZEK:

4       Q.  I am just asking if there is any other

5   conversations besides the 10-1, and when you

6   talked to dispatch about your glasses, did you

7   have any conversations with dispatch in between

8   those two conversations?

9       A.  No, I don't believe so.

10      Q.  Okay.  Okay.  Did you see Mr. Boyle be

11  put into a Chicago Police Department vehicle?

12      A.  No, sir, I didn't.

13      Q.  Okay.  What, if anything, did you see

14  after you had this conversation with Mr. Boyle?

15          I'm sorry if I asked that already,

16  but...

17      A.  I didn't see much.  Actually, one side

18  disengaged, one side retrieved my broken

19  glasses.  I then attempted to get back to my

20  vehicle.

21      Q.  How bad is your vision actually?

22      A.  Well, I don't believe it to be very bad.

23  I couldn't say for certain as far as specifics.

24      Q.  Okay.  Could you make out what was

                                                    37

1    actually happening at the scene?

2        A.  Yes.

3        Q.  Okay.  Did you eventually get back to

4    your vehicle?

5        A.  Yes.

6        Q.  And what did you do once you got back to

7    your vehicle?

8        A.  I made the determination to go the short

9    distance to our police station.

10       Q.  Okay.  Can you drive without your

11   glasses?

12       A.  I can.

13       Q.  Did you have any conversations about

14   whether or not you could drive back to the

15   station without your glasses with any of the

16   other officers at the scene?

17       A.  No, I didn't.  I don't recall, I don't

18   believe I did.

19       Q.  Okay.  Did you have any conversations

20   with any of the other officers at the scene,

21   whether it be University of Chicago officers, or

22   Chicago Police Department officers, before you

23   actually did leave the scene that night?

24       A.  Actually, yeah.  Before I left -- I

                                              38

1    don't recall who specifically -- I mean, I think

2    a couple of guys asked about my glasses, kind

3    of riving me about them being broken, but I

4    think that was just about it.

5        Q.  Did they say anything -- do you know who

6    actually was riving you about the glasses?

7        A.  No, I couldn't say for certain.  No, I

8    just don't recall for certain.

9        Q.  Okay.  And did you have any

10   conversations with any of these officers about

11   actually what happened in that incident on the

12   18th?

13       A.  No, sir, no, not that -- no.

14       Q.  Do you know how far it is from 53rd

15   Street where you were on 18th that night to --

16   back to University of Chicago station?

17       A.  I could -- not for certain,

18   approximately maybe about four blocks, four or

19   five blocks, somewhere in that ballpark, four to

20   six.

21       Q.  But right before you left, do you know

22   how many officers -- how many University of

23   Chicago officers were on the scene?

24       A.  I couldn't say for certain, no.  The

39

1   exact number, no.

2     Q.  But it's more than before, just yourself

3   and Torres and Moore?

4     A.  I believe it was -- yeah, it was more

5   than the four.  I think some other responding

6   units may have come by.

7     Q.  Do you know how many Chicago Police

8   Department officers, if any, were at the scene?

9     A.  No, I couldn't say for certain, no.

10     Q.  Okay.  And once you got back to the

11   station, what did you do at that point?

12     A.  I called home to have someone bring a

13   spare pair of glasses for me.

14     Q.  Okay.  Did you talk to anyone at the

15   station about what -- when you first got back

16   and made that call about your glasses, did you

17   talk to anyone about what happened on 53rd

18   Street that night?

19     A.  No, sir.

20     Q.  Did -- at any point later that morning

21   did you have any conversations with Officer

22   Moore or Officer Torres about what actually

23   happened that night?

24     A.  No, no.  I think we may have generally

40

1    just talked about the incident. The fact

2    that -- no, I'm sorry, we -- I don't recall. We

3    didn't say anything. We really didn't talk

4    about it.

5       Q. Okay. Did -- at any point later after

6    the 18th, did you have a conversation with

7    Officer Moore and Torres about it?

8       A. Just a general conversation in the --

9    when the court -- when they had to go -- the

10   court dates, and they had to go to court, but...

11      Q. Okay. And what, if anything, did they

12   say to you, or what did you say to them when

13   those court dates had come up?

14      A. They would just say specifically -- they

15   would just say in general that -- when they had

16   to go to court.

17        Never talked direct -- any detail about

18   the actual proceedings, just I am going to court

19   this day, or I am going to court for that

20   incident that happened, and that didn't happen

21   back on the 18th, nothing more than that.

22      Q. Okay. At any point did you learn who

23   actually was present from the University of

24   Chicago Police Department on October 18, 2008?

                                          41

1      A.  I believe -- not until the actual

2  paperwork from the reports.  That's the only

3  time I really had an idea of who was all there.

4      Q.  Have you seen the police report that had

5  been prepared in this case?

6      A.  I don't think I looked at our police

7  report, our police report.  I don't believe I

8  saw a police report.  No, I didn't.

9      Q.  But what do you mean the paperwork from

10  the reports?

11      A.  Well, I was speaking more so about the

12  paperwork that I received from Mr. Puiszis'

13  office.

14      Q.  The interrogatories?

15      A.  Right, exactly.

16      Q.  When -- after you got the 10-1 call and

17  headed toward 53rd Street, did you have your

18  patrol lights on?

19      A.  Yes, I did.

20      Q.  And you -- did you have your sirens on?

21      A.  Yes.

22      Q.  Did you ever take any pictures of your

23  broken glasses?

24      A.  No, I haven't.

42

1     Q.  Do you still have your glasses that were

2  broken?

3     A.  No, I just replaced the model -- got the

4  old -- got a different pair.

5     Q.  When did you replace the glasses?

6     A.  I want to say it would have been on my

7  off day.  It may have been a day or two later.

8  I am not sure when I was off after that,

9  probably within two to three days after.

10     Q.  Okay.  Did you actually bring the

11  glasses into the eye place where you went?

12     A.  Yes, I did.

13     Q.  Okay.  And then did they throw the

14  glasses away, or what did they do with them?

15     A.  I'm not -- I can't say for certain what

16  they did with them.

17     Q.  But you actually gave --

18     A.  Yes.

19     Q.  Do you know what place it was?

20     A.  Pearle Vision, I believe.  Pearle

21  Vision.

22     Q.  Okay.  Do you know what town that was

23  in?

24     A.  I believe Oak Lawn, I believe.

43

1     Q.  Do you know if anyone took any pictures

2  of the glasses?

3     A.  No, I don't.  I don't believe anyone

4  did, no.

5     Q.  Do you know if any other University of

6  Chicago officers were hurt during that

7  altercation on the 18th?

8     A.  I believe Officer Gulersa (phonetic)

9  hurt his shoulder.  I believe Officer Moore may

10  have hurt his wrist, but I don't know how severe

11  either injury was, or the extent of treatment

12  that they needed.

13     Q.  Okay.  Did you actually see Officer

14  Moore hurt his wrist?

15     A.  I didn't, no.

16     Q.  Did you see Officer Gulersa hurt his

17  shoulder?

18     A.  No.

19     Q.  Did -- while you were at the scene on

20  the 18th, did Officer Moore ever tell you, I

21  hurt my wrist?

22     A.  He did not, no.

23     Q.  And did Officer Gulersa ever tell you he

24  hurt his shoulder?

44

1      A.  He didn't -- not -- no.

2      Q.  Did you ever have any conversations with

3  Mr. Boyle besides what we've talked about

4  previously during that whole incident on the

5  18th?

6      A.  No, sir.

7      Q.  And have you ever had any complaints

8  filed against you in your duties as a Chicago

9  police officer, besides what we're here for

10  today?

11      MR. PUISZIS:  Objection, irrelevant.

12          Go ahead and answer the question.

13      THE WITNESS:  Yeah, I believe there have

14  been two complaints that I know of, both have

15  been unsustained or unfounded.

16  BY MR. KSIAZEK:

17      Q.  Okay.  Do you know what the first

18  complaint was for?

19      MR. PUISZIS:  Objection, irrelevant.

20          You can go ahead and answer the

21  question.

22      THE WITNESS:  The first, I believe, was an

23  incident involving a disruptive person I was

24  working in the emergency room, University of

                                                    45

1    Chicago Bernard Mitchell Hospital.

2  BY MR. KSIAZEK:

3        Q.  Do you know when this incident occurred?

4        A.  I can't recall specifically the date.

5        Q.  Do you know what year?

6        A.  I believe it was in 2007.

7        Q.  And what happened with this disruptive

8  person at Bernard Mitchell Hospital?

9        A.  I was attempting to escort her from the

10  emergency room and attempted to place her in

11  handcuffs, and I believe she complained about

12  her wrist hurting from being put in the

13  handcuffs.

14        Q.  And there was an investigation that was

15  undertaken?

16        A.  Yes, there was.

17        Q.  Okay.  And you said that this was

18  unfounded?

19        A.  Yes.

20        Q.  Do you know when the second complaint

21  was filed against you?

22        MR. PUISZIS:  Objection, irrelevant.

23            You can go ahead and answer it.

24        THE WITNESS:  Not the specific date, I

46

1    believe it was in 2008.  No, no, sir, 2009.

2  BY MR. KSIAZEK:

3       Q.  Okay.  Do you know when in 2009?

4       A.  I want to say maybe September.

5       Q.  Okay.  What happened in this complaint?

6       MR. PUISZIS:  Objection, irrelevant.

7            You can go ahead and answer.

8       THE WITNESS:  There was an incident with an

9  intoxicated student.  And during our interaction

10  he used the "N" word.

11           He used "N" words directed towards me,

12  and I believe because our -- of our interaction

13  he -- I filed a report against him, and then he,

14  in turn, complained against me.

15           But he was expelled, and I was, I

16  believe -- I was unfounded as well.

17  BY MR. KSIAZEK:

18       Q.  And so do you know what report did you

19  file against him?

20       A.  I just documented -- I just documented

21  the incident.

22       Q.  Okay.

23       A.  A general case report.

24       Q.  And this was a student you said?

                                                    47

1      A.  Yes, at the time.

2      Q.  Do you know when this complaint was

3   found to be sustained or unfounded?

4      A.  I couldn't say the specific date.

5      MR. KSIAZEK:  Okay.  I don't think I have

6   any other questions at this time.

7      MS. GIBBONS:  I have just have a few.

8                    EXAMINATION

9   BY MS. GIBBONS:

10     Q.  Officer Gillespie, just stepping back to

11  the incident itself, when do you first recall,

12  if at all, seeing the City of Chicago police

13  present on the scene?

14     A.  Again, it was after I felt the situation

15  was...

16     THE COURT REPORTER:  I'm sorry?

17     THE WITNESS:  It was back when I -- when I

18  believed the situation was under control, and

19  after Mr. Boyle had been handcuffed.

20  BY MS. GIBBONS:

21     Q.  So it was after the struggle?

22     A.  Yes, after the struggle.

23     Q.  Mr. Boyle was handcuffed.

24         Was he continuing to struggle at all at

                                              48

1    that point?

2        A.  At that point, no.

3        Q.  Do you recall approximately how many

4    City of Chicago police officers were present on

5    the scene?

6        A.  I couldn't say for certain.  I saw at

7    least, I believe maybe three officers.

8        Q.  Do you recall seeing a Chicago police

9    officer in a white shirt or a sergeant on the

10   scene?

11       A.  I believe I did at one point.

12       Q.  Do you know who any of the City of

13   Chicago police officers were?

14       A.  That were on the scene?

15       Q.  Mm-hmm.

16       A.  I know them by face more so than the

17   name.

18       Q.  Okay.  And just to make sure I

19   understand, you don't recall seeing any City of

20   Chicago police officers while Mr. Boyle was

21   still struggling --

22       A.  No.

23       Q.  -- with -- the --

24       A.  No.

49

1      Q.  -- University police?

2      A.  I'm sorry.

3      Q.  No, that's fine.  Don't worry.  And I

4  keep talking in and out.  So that's fine.

5          I have no further questions.

6                        EXAMINATION

7  BY MR. PUISZIS:

8      Q.  How was the traffic during the early

9  morning hours when this incident happened?

10     A.  Minimal, very light.

11     Q.  Had there been anything other than

12  minimal traffic, would you have driven your

13  squad car back to the University of Chicago

14  after this incident, given the fact that your

15  glasses were broken?

16     A.  No, sir, I wouldn't have.

17     Q.  Why not?

18     A.  I would have just probably preferred to

19  have someone take me just to avoid any problems.

20     Q.  If you would take off your glasses, how

21  far would I have to walk away, or how far could

22  you distinguish my face in terms of distance

23  from another person?

24     A.  A pretty good distance.  That's

                                                    50

1    probably -- I estimate 20, maybe 15, 20 feet.

2         Q.   Okay.  Now, do you recall seeing Golarza

3    at the scene at some point during the incident?

4         A.   I do after -- after -- after the

5    struggle.

6         Q.   Okay.  Do you know where he was while

7    the struggle was going on?

8         A.   I couldn't say for certain, no.

9         Q.   Okay.  Do you know if he was

10   participating in the struggle?

11        A.   No, I can't, I couldn't say for certain.

12        Q.   Okay.  By the way, did you ever hit

13   Charles Boyle?

14        A.   No, I did not.

15        Q.   Did you ever punch him?

16        A.   No.

17        Q.   Did you ever kick him?

18        A.   No.

19        Q.   Did you ever take out a flashlight and

20   hit him in the stomach?

21        A.   No, I did not.

22        Q.   Did you ever hit him with a baton?

23        A.   No.

24        Q.   Did you ever see any other officers do

                                                    51

1    any of that?

2        A.  I did not see that, no.

3        Q.  By the way, you guys brought -- are

4    University of Chicago officers allowed to carry

5    the big cell flashlights?

6        A.  No, sir, we're not.

7        Q.  And you're not allowed to carry billy

8    clubs either, are you?

9        A.  No, sir.

10       Q.  Did you see other car -- was there

11   another car parked on the street somewhere near

12   the officer's squad car?

13           I'm talking about Moore and Torres.

14       A.  There was.

15       Q.  Do you recall what kind of vehicle that

16   was?

17       A.  I couldn't say for certain, no.

18       Q.  Okay.  Is it permissible or lawful to

19   resist any arrest?

20       A.  No, sir.

21       Q.  So as far as your concern when you

22   arrived at the scene, you saw Mr. Boyle

23   resisting arrest, did you believe you had

24   probable cause to place him under arrest?

                                           52

1      MR. KSIAZEK:  Objection.

2   BY MR. PUISZIS:

3      Q.  For resisted arrest, based on your years

4   of experience and training as a Chicago police

5   officer.

6      MR. KSIAZEK:  I will object for a legal

7   conclusion, but go ahead.

8      THE WITNESS:  Yes, sir.

9      MR. PUISZIS:  Nothing further.

10                FURTHER EXAMINATION

11  BY MR. KSIAZEK:

12     Q.  You do usually carry -- what do you

13  carry on your belt when you're on patrol?

14     A.  I carry currently?

15     Q.  Well, in the October of 2008, excuse me.

16     A.  Okay.  Then firearm, flashlight,

17  handcuffs, that's it.

18     Q.  Did you see any of the officers during

19  the struggle on the ground, did you see any of

20  them take out their flashlights?

21     A.  I did not, no.

22     Q.  You were actually the reason why the

23  four of you all went to the ground, yourself,

24  Mr. Boyle, Officer Torres and Officer Moore,

                                                53

1    right?

2         MS. GIBBONS:  Objection, vague.

3         MR. PUISZIS:  Calls for a conclusion.

4         You can go ahead and answer, if you

5    know.

6         THE WITNESS:  Possibly, I just can't say for

7    certain.

8    BY MR. KSIAZEK:

9         Q.  Okay.  But you were running towards the

10   three of them?

11        A.  I was running towards them, yes.

12        MR. KSIAZEK:  I don't think I have anything

13   further.

14                    FURTHER EXAMINATION

15   BY MR. PUISZIS:

16        Q.  Describe the flashlight for us that you

17   carried in October of 2008?

18        A.  It's a plastic light, probably about

19   maybe 6 or 7 inches in length.  Small --

20        Q.  That wouldn't extend very far above your

21   fist, would it?

22        A.  Not very far at all.

23        Q.  Okay.  Nothing further.

24        I'm sorry, you said it was plastic?

                                              54

1     A.  Yes.

2     MR. PUISZIS:  Okay.  Nothing further, we'll

3  reserve.

4     THE COURT REPORTER:  Would anyone like to

5  order?

6     MR. KSIAZEK:  I will let you know in a few

7  days.

8     * * * FURTHER DEPONENT SAITH NOT * * *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

                                                  55

1    STATE OF ILLINOIS    )

2                     )  SS:

3    COUNTY OF COOK     )

4         I, ANGELA C. LOISI, CSR, RPR, a notary

5    public within and for the County of Cook County

6    and State of Illinois, do hereby certify that

7    heretofore, to-wit, on the 25th day of November

8    2009, personally appeared before me at 222 North

9    LaSalle, Suite 300, Chicago, Illinois, ARTHUR

10   GILLESPIE, in a cause now pending and

11   undetermined in the Circuit Court of Cook County,

12   Illinois, wherein CHARLES BOYLE is the Plaintiff,

13   and UNIVERSITY OF CHICAGO POLICE OFFICER LARRY

14   TORRES, ET AL is the Defendant.

15        I further certify that the said witness

16   was first duly sworn to testify the truth, the

17   whole truth, and nothing but the truth in the

18   cause aforesaid; that the testimony then given by

19   said witness was reported stenographically by me

20   in the presence of the said witness, and

21   afterwards reduced to typewriting by

22   Computer-Aided Transcription, and the foregoing

23   is a true and correct transcript of the testimony

24   so given by said witness as aforesaid.

57

1          I further certify that the signature to

2     the foregoing deposition was not waived by

3     counsel for the respective parties.

4          I further certify that the taking of

5     this deposition was pursuant to Notice, and that

6     there were present at the deposition the

7     attorneys hereinbefore mentioned.

8          I further certify that I am not counsel

9     for nor in any way related to the parties to this

10    suit, nor am I in any way interested in the

11    outcome thereof.

12          IN TESTIMONY WHEREOF:  I have hereunto

13    set my hand and affixed my notarial seal this 5th

14    day of January, 2010.

15

16    *Angela C. Yori*

17                    Notary Public

18

19

20

21

22

23

24

                                                    58

INDEX

**A**

able
30:2
above-entitled
1:15 56:13
59:12
academy
9:17,20,21
accurately
56:14
actual
14:11 34:10
41:18 42:1
Adams
2:3
additional
59:12
address
15:19,20,22
59:18
affixed
58:13
aforementioned
59:11
aforesaid
57:18,24
agreement
59:13
ahead
5:1,2 11:15,15
19:8 25:4,6
34:13 45:12
45:20 46:23
47:7 53:7
54:4
AL
1:12 56:10
57:14 59:8
allowed
52:4,7
altercation
44:7
Angela
1:16,23 56:13
57:4 59:22
angle
25:3
answer
5:5,10,11,19
18:3 19:8
34:13 45:12
45:20 46:23
47:7 54:4
answered
19:7
answers
56:15
anymore
31:10,12,13
appear
56:15
APPEARANCES
2:1
appeared
18:12,16 57:8
applicable
59:12
approached
21:24
approximately
39:18 49:3
area
29:11,11
arm
27:2,2
arms
18:19 19:12,14
19:17 20:8
20:11 21:18
26:15,17,19
33:21,21

arrest
52:19,23,24
53:3
arrive
13:16 14:3
16:14 29:24
arrived
13:20 16:3,16
17:4,10
18:22 21:6
26:1 36:1,3
52:22
Arthur
1:14 3:3 4:3
4:10 58:17
57:9 59:9
asked
15:17 19:7
35:9 36:19
37:15 39:2
56:15
asking
5:7,19 37:4
assigned
12:2,5,7
assignment
10:21
assignments
12:8
assist
21:9
assistance
15:3,3 19:20
19:24
ASSISTANT
2:17
ASSOCIATES
2:2
assume
5:6 17:15,18
attempted
18:6,8,9 28:20
37:19 46:10
attempting
18:17,20 20:5
21:17 46:9
attend
7:8
attended
7:5
attending
8:5
attention
17:8 28:10
ATTN
59:4
attorneys
58:7 59:23
Avenue
11:11
Aviation
9:10
avoid
50:19
a.m .
11:24 12:1,19
13:22,23,23
13:23

**B**

B
3:15
back
6:20 13:11
20:8,11,22
21:2 25:24
26:16 32:20
37:19 38:3,6
38:14 39:16
40:10,15
41:21 48:10

48:17 50:13
background
6:18
backs
22:7,9
bad
37:21,22
ballpark
39:19
based
53:3
Basically
4:20
baton
51:22
bearing
23:22
bearings
32:19
beat
11:3,7,8,10,10
12:3,5,7
beats
12:7
believe
8:22 11:3,9
13:21 14:13
15:9,18
16:17,17,19
16:23 17:5,7
19:3,9 20:13
21:12 22:14
24:3,20 25:5
25:5 29:7
31:15,16
32:24 33:7
33:23 34:20
35:9,21 37:9
37:22 38:18
40:4 42:1,7
40:20,24,24
44:3,8,9
45:13,22
46:6,11 47:1
47:12,16
49:7,11
52:23
believed
29:8 48:18
belt
53:13
Bernard
46:1,8
best
6:1 33:17
big
52:5
billy
52:7
bit
28:18 30:18
32:20
Blackstone
24:22
blocks
39:18,19
blue
13:9,10
bodies
23:3
body
21:20 25:13
boundaries
11:8,9
Boyle
1:7 16:19,20
16:21 18:11
18:15,19,24
19:4,16
21:17,23
24:14 26:1,5

26:9,12
28:11 30:1,4
30:10,16,21
31:19,23
32:3,4 35:14
37:10,14
45:3 48:19
48:23 49:20
51:13 52:22
53:24 56:5
57:12 59:7
Boyle's
21:20 23:17,19
25:12
break
5:18,20
bring
24:16 40:12
43:10
broke
27:19
broken
33:22 34:21
37:18 39:3
42:23 43:2
50:15
brought
52:3
bruising
28:9

**C**

C
1:3,9,16,23
56:7,13 57:4
59:22
call
14:23 15:4
40:16 42:16
59:19
called
40:12
calling
14:14,16
Calls
54:3
car
12:20 13:2
19:22 21:1,3
21:4 22:4
24:1,6,10,18
24:19 26:1
50:13 52:10
52:11,12
carried
54:17
carry
52:4,7 53:12
53:13,14
cars
17:1 24:9
case
18:12 42:5
47:23
cause
1:15 52:24
56:13 57:10
57:18 59:12
caused
22:15
Cc
59:23
cell
52:5
certain
16:24 17:5
23:5,20 24:7
27:23 28:5
29:2 30:11
31:20,24
32:1 34:15

37:23 39:7,8
39:17,24
40:9 43:15
49:6 51:8,11
52:17 54:7
certification
9:17
Certified
58:13
certify
56:12 57:6,15
58:1,4,8
changes
12:14 59:14
Charles
1:7 51:13 56:5
57:12 59:7
Chicago
1:10,19 2:4,11
2:15,19,22
8:13,20 9:3
9:7,8,9,14
10:3,21,23
11:1,17 13:5
17:2,3 27:7
28:24 29:24
35:18,22
37:11 38:21
38:22 39:16
39:23 40:7
41:24 44:6
45:8 46:1
48:12 49:4,8
49:13,20
50:13 52:4
53:4 56:8
57:9,13 59:2
59:6,7
Chrysler
18:6
Circuit
56:3 57:11
City
9:9 48:12 49:4
49:12,19
clarification
15:9,13,17
clarify
9:23 29:4
clear
28:18
close
24:8 29:19
clubs
52:8
code
14:7
college
6:21,23 7:5,15
7:20 8:6
colleges
7:12
come
5:23 14:3 40:6
41:13
commander
33:1 35:3,4
communicate
25:20 26:22
communicated
35:2
communication
36:9
Communications
7:11
complained
46:11 47:14
complaint
45:18 46:20
47:5 48:2
complaints

45:7,14
completed
59:17
completely
33:20
comply
26:15
Computer-Aided
57:22
concern
52:21
conclusion
53:7 54:3
condition
32:23
confrontation
17:9
considered
12:16
contact
21:7,11,14
22:11 23:10
27:17,24
continued
25:16,16,19
26:14 28:19
continuing
48:24
control
24:12,16 29:12
31:7 48:18
conversation
35:12,20 36:5
37:14 41:6,8
conversations
36:11,12,20
37:5,7,8
38:13,19
39:10 40:21
45:2
Cook
1:16 56:2,3
57:3,5,11
CORPORATION
2:17
correct
57:23
corrections
59:15
counsel
2:17 58:3,8
County
1:3,17 56:2,3
56:4 57:3,5
57:5,11
couple
32:5 39:2
course
8:7,10
courses
7:19
coursework
7:14,16
court
1:4 4:9 41:9
41:10,10,13
41:16,18,19
48:16 55:4
56:3 57:11
59:1,22
CP
35:22
CPD
35:24
CSR
1:23 57:4
59:22
cuff
28:21
cuffed

31:17,19
32:1
CULBERTSON
2:9 59:4
curb
25:6 33:5
current
10:2
currently
8:2 10:12 12:3
12:5,18
53:14

**D**

D
3:1
Daley
7:14,20 8:5
dark
13:10,10
Darling
2:23
date
8:12,14 48:4
46:24 48:4
59:3,8
dates
41:10,13
day
1:17 41:19
43:7,7 56:18
57:7 58:14
days
43:9 55:7
Dear
59:10
decision
25:22
Defendant
56:11 57:14
Defendants
1:13
degree
7:10,22,23,24
8:8
department
8:13,21 9:3,9
9:14,16 10:4
10:22,24
11:2,18 17:3
35:18,23
37:11 38:22
40:8 41:24
56:4 59:22
departments
9:4
deponent
55:8 59:9,11
59:14,17
deposition
1:14 4:14,17
6:12 56:12
58:2,5,6
59:11
describe
13:8 18:14
22:19,22
33:18 54:16
detached
33:16 34:2
detail
41:17
determination
38:8
different
12:8,17 20:14
43:4
direct
41:17
directed
47:11

discovery
1:14
disengage
30:2 32:2
disengaged
30:18 31:2,3,5
37:18
disoriented
30:19 32:15
dispatch
14:1,10 15:10
15:13,15
34:19,22,24
35:1,19 36:9
36:10,12,20
36:23,24
37:6,7
disruptive
45:23 46:7
distance
38:9 50:22,24
distances
29:21
distinguish
50:22
distress
14:7
distribution
59:18
DISTRICT
1:4,5
DIVISION
1:6 56:4
documented
47:20,20
documents
6:11
doing
5:13 14:19
19:4 35:14
drive
11:12 38:10,14
driven
50:12
driving
12:20 14:22
duly
4:2,4 57:16
duties
45:8

**E**

E
3:1,15
early
50:8
east
11:11 13:17
14:4 24:22
EASTERN
1:6
ED
2:2
educational
6:18
effect
35:11
eight
9:1
either
19:2 44:11
52:8
emblem
13:14
emergency
45:24 46:10
enclosed
59:11,12
ended
1:21 23:18
enforcement

7:22,22,24
errata
59:13,15,15,18
escort
46:9
estimate
51:1
ET
1:12 56:10
57:14 59:8
evening
14:4
eventually
38:3
exact
40:1
exactly
13:21 21:15
42:15
EXAMINATION
3:2 4:6 48:8
50:6 53:10
54:14
examined
4:4
excuse
9:15 15:6,7
16:16 53:15
Exhibits
3:17
exited
21:8
expelled
47:15
experience
53:4
explain
4:16
extend
54:20
extensively
24:15
extent
44:11
eye
43:11
eyes
29:11

**F**

face
27:17,18 28:1
28:4,15,23
29:6,21
49:16 50:22
facing
21:24 22:3,5
24:23
fact
41:1 50:14
fairly
29:18
fall
22:15
falling
23:21
far
8:20 24:4,24
28:3 29:21
29:22 33:9
34:10 37:23
39:14 50:21
50:21 52:21
54:20,22
farsighted
29:17
February
8:16 9:24 10:1
feet
23:17,19 51:1
fell

21:13 22:20,23
23:1,3,6,24
24:4 25:14
26:4,6,6
32:11,12
felt
48:14
fighting
18:19 24:14
file
47:19
filed
45:8 46:21
47:13
finally
32:22
find
23:14 33:8
fine
50:3,4
finish
8:8,10
finishes
18:1
finishing
7:21
firearm
53:16
first
4:4 11:19
12:11,16
16:2 17:3,10
18:2 19:21
20:15 22:13
25:24 29:23
36:1,2,4
40:15 45:17
45:22 48:11
57:16
fist
54:21
five
39:19
flashlight
51:19 53:16
54:16
flashlights
52:5 53:20
flew
28:4
focus
29:14
focused
17:8 24:12
follows
4:5
foot
27:21 33:9,9
force
28:17
foregoing
56:14 57:22
58:2
found
23:23 48:3
four
7:9 9:12 22:12
22:19,22
25:14 28:6
39:18,18,19
40:5 53:23
FOX
2:2
frame
34:7,10
frames
27:19 33:15,16
33:18 34:3
front
13:12
further

3:7,8 50:5
53:9,10
54:13,14,23
55:2,8 57:15
58:1,4,8

**G**

general
41:8,15 47:23
generally
40:24
Gibbons
2:21 3:5 48:7
48:9,20 54:2
Gillespie
1:15 3:3 4:3
4:10,13
48:10 56:17
57:10 59:9
give
5:18 25:17
30:12
given
50:14 56:15
57:18,24
glasses
27:18,19 28:3
28:14,22
29:13,20
30:20 32:23
33:3,8,24
34:19,20
35:20 36:6
36:13 37:1,6
37:19 38:11
38:15 39:2,6
40:13,16
42:23 43:1,5
43:11,14
44:2 50:15
50:20
go
5:1,2 6:19,20
6:21,23 7:12
9:17,19
11:15,15
14:1 19:8
32:3 34:13
35:10 38:8
41:9,10,16
45:12,20
46:23 47:7
53:7 54:4
going
4:16,21,23
8:14 12:17
23:4 25:24
33:2 41:18
41:19 51:7
Golarza
51:2
good
50:24
goodness
15:7
grab
27:2
grabbed
27:2
graduate
7:1
Great
5:9
ground
4:17 21:13
22:13,15,20
22:23 23:3
23:10,15
25:8,8,15
26:4,11,13
32:12 53:19

53:23
guess
16:8
Gulersa
44:8,16,23
guys
39:2 52:3
G-I-L-L-E-S...
4:11

**H**

H
3:15
half
16:9 33:10
hand
21:2 58:13
handcuff
18:17 20:5
28:21 30:3
handcuffed
30:2,17,21
48:19,23
handcuffs
20:18 21:19
23:11 27:9
27:12 30:9
30:10,13
31:14,23
46:11,13
53:17
handle
59:18
hands
20:21 21:2,16
21:20 22:16
25:18 28:10
31:6
hanging
33:22
happen
41:20
happened
4:22 25:15
27:14 31:1
39:11 40:17
40:23 41:20
46:7 47:5
50:9
happening
38:1
hat
13:13
head
15:22
headed
42:17
hear
25:17 26:1,5
heard
14:8,14,15
15:18 20:13
27:1
hearing
18:18 20:7
31:16,16
HELEN
2:21
help
21:9,17 24:16
30:13
helped
31:23
hereinbefore
58:7
heretofore
57:7
hereunto
58:12
hinge
33:23

2:9 59:4
hit
51:12,20,22
hold
9:6 27:3 28:19
32:8
holding
27:13,15
home
40:12
Hospital
46:1,8
hour
1:18
hours
11:20 50:9
hurt
28:8 44:6,9,10
44:14,16,21
44:24
hurting
46:12

**I**

ID
3:16
idea
42:3
Illinois
1:1,5,17,19
2:4,11,19
8:24 7:5,13
56:1,3 57:1
57:6,9,12
59:2,8
immediate
15:3
immediately
17:20 30:19
inches
34:16 54:19
incident
4:22 39:11
41:1,20 45:4
45:23 48:3
47:8,21
48:11 50:9
50:14 51:3
initial
32:16
initially
23:9 26:13
injured
28:6
injury
44:11
interaction
47:9,12
interested
58:10
interrogato...
6:13 42:14
intoxicated
47:9
investigation
46:14
involving
45:23
irrelevant
45:11,19 46:22
47:6

**J**

January
58:14 59:3
job
9:6
Jonathan
2:6 4:18

**K**

K
1:3
keep
25:22,23 50:4
keeping
29:14
Kenbark
11:11
kick
28:7,17 32:17
51:17
kicked
27:16,16,21
28:12,15,23
29:6,20
kind
23:21 28:18
32:6 33:22
39:2 52:15
knees
32:6,9,12
know
11:7 13:19
16:1,5,18
17:1,10,14
19:22 20:1,1
22:2,24
23:18 24:4,8
24:24 25:3
27:21 29:9
30:8,8,24
31:18,21,24
32:18 33:2
34:6,22
35:24 36:24
39:5,14,21
40:7 43:19
43:22 44:1,5
44:10 45:14
45:17 46:3,5
46:20 47:3
49:12,16
51:8,9 54:5
55:6
Ksiazek
2:6 3:4,7 4:7
4:18 18:5
19:15 34:17
36:15 37:3
45:16 46:2
47:2,17 48:5
53:1,8,11
54:8,12 55:6

**L**

Lake
11:12
LARRY
1:11 56:9
57:13 59:8
LaSalle
1:19 2:10,18
57:9 59:1,5
law
7:21,22,24 8:3
58:4
lawful
52:18
Lawn
43:24
learn
41:22
leave
38:23
left
19:3,6 27:22
38:24 39:21

legal
53:6
legs
23:17,17,19
25:23 26:20
27:3,3,13,15
28:19 29:14
32:8
length
54:19
lenses
27:20 33:15
34:2,8,11
let's
7:17 9:21
11:23
License
1:24
lieutenant
35:2,6,7 36:13
light
13:9 50:10
54:18
lights
42:18
little
28:18 32:20
LLP
2:9 59:4
located
16:2 18:7,12
34:11
location
13:20 14:1
15:8,11,23
19:19
Loisi
1:16,23 56:13
57:4 59:22
long
8:11,12 9:11
16:1,5 32:14
32:16
look
30:19
looked
42:6
looking
8:9 37:1
loud
5:11

**M**

maintain
24:12,15 31:7
mangled
27:19 33:15,19
Margaret
59:22
marked
3:16,17 13:2
Martin
2:23
match
8:9
matter
4:19
McCORKLE
59:1
mean
15:1,2 21:15
31:4 32:16
36:14,18,22
39:1 42:9
medical
28:10
mention
27:1
mentioned
58:7
midnight

11:23 12:1
military
11:5
minimal
50:10,12
minute
16:9,9
Mitchell
46:1,8
mm-hmm
5:15 17:23
49:15
model
43:3
momentum
22:14
months
8:17,18,19,23
9:1
Moore
18:8,11,15,23
19:5 20:12
20:17 21:10
21:18 22:2
25:1,10 26:2
26:9,23 27:8
29:3,5 30:13
30:22 31:23
40:3,22 41:7
44:9,14,20
52:13 53:24
Moore's
17:8,12 24:2,5
24:10,19
morning
40:20 50:9
mornings
12:15
moving
18:20 19:12
25:23

**N**

N
3:1 47:10,11
name
4:8,11,18
49:17
navy
13:10
near
18:7 52:11
nearsighted
29:16
need
5:17 31:7
59:16
needed
15:3 19:23
35:10 44:12
never
30:5 41:17
night
36:14 38:23
39:15 40:18
40:23
nine
8:17,18
North
1:18 2:10,18
57:8 59:1,5
NORTHERN
1:5
notarial
58:13
notarized
59:16
notary
1:16 56:20
57:4 58:17
notice

1:20 58:5
November
1:17 58:14
57:7 59:8
No.09
56:7
nuh-huh
5:15
number
3:16 40:1
59:20

**O**

O
1:3,3
Oak
43:24
oath
6:8
object
36:17 53:6
objection
19:7 34:12
36:18 45:11
45:19 46:22
47:6 53:1
54:2
observed
16:16 18:19
obtaining
8:8
occasion
13:16
occurred
46:3
October
4:22 8:19 9:22
10:6,15,17
10:19,22
11:17 12:21
12:24 13:4
13:15 36:16
41:24 53:15
54:17
office
42:13
officer
1:11 4:13 10:5
10:6 14:6,11
14:13,16
15:3 17:6,6
17:11,11
18:7,7,10,10
18:11,14,23
18:23 19:5,5
19:23 20:12
20:12,17,17
21:10,10,17
21:18 22:2,3
24:1,2,5,5,9
24:9,19,19
25:1,1,9,10
26:2,2,8,9
26:22,23
27:8,8 30:12
30:13,22
31:22,22
40:21,22
41:7 44:8,9
44:13,16,20
44:23 45:9
46:17 47:3,5
47:22 48:5
49:18 51:2,6
51:9,12
52:18 53:16
54:9,23 55:2
old
10:17 43:4
once
14:23 15:4,21
17:22 23:3
23:15 25:14
26:5,10
29:13 32:22
38:6 40:10
opportunity
9:16
order
5:22 24:16
26:9 55:5
orders
25:17
outcome
58:11
overheard
14:5

**P**

pages
59:12,16,17
pair
30:8,13 33:3
40:13 43:4
pairs

35:14,18,22
35:23 36:1
38:18,20,21
38:22 39:10
39:22,23
40:8 44:6
49:4,7,13,20
51:24 52:4
53:18
officer's
15:10 52:12
okay
4:16 5:3,7,8
5:14,16,17
6:6,11,17,23
7:4,10,12
8:5,24 9:13
9:19 10:2,11
10:17,20
11:7,13,16
12:2,20,23
13:2,15,19
13:24 14:3,5
14:9,15,23
15:21 16:1
16:10,22
17:14,19
18:2,4,22
20:5,24
21:14 22:10
22:22 25:7
25:24 26:4,8
27:6 28:14
29:4,16
30:16,21
31:21 32:11
32:14 33:4
33:17,24
34:6 35:12
35:24 37:10
37:10,13,24
38:3,10,19
39:9 40:10
40:14 41:5
41:11,22
43:10,13,22
44:13 45:17
46:17 47:3,5
47:22 48:5

McCorkle Court Reporters, Inc.
Chicago, Illinois   (312) 263-0052

30:9
pants
13:10
paperwork
42:2,9,12
park
24:18 25:3
parked
24:21,24 25:4
25:5 52:11
part
24:20
participating
51:10
parties
58:3,9 59:19
partner
12:23
patrol
10:5,8 12:20
13:2 14:21
42:18 53:13
patrolling
14:21
Pearle
43:20,20
pending
57:10
permanent
12:6
permissible
52:18
person
45:23 46:8
50:23
personally
30:6 57:8
phone
59:20
phonetic
44:8
physical
21:11,14
pick
34:7,7
picked
34:8
pictures
42:22 44:1
pieces
33:14
place
20:7 28:20
29:15 43:11
43:19 46:10
52:24
plaintiff
1:8 2:7 4:19
56:6 57:12
plastic
54:18,24
please
4:8 59:14,17
59:19
plus
8:23
point
4:24 5:18
13:15 15:18
19:18,21
20:20,24
21:5,12 23:7
23:12,13
27:9,16
28:22 29:3,7
29:8,23
30:24 31:9
31:11 32:21
33:5 35:16
35:19,21
40:11,20

41:5,22 49:1
49:2,11 51:3
points
20:14
police
1:11 2:22 8:13
8:21 9:3,4
9:14,16,17
9:19,21 10:3
10:21,23
11:2,18
13:10,11,11
13:13,14
17:1,3 35:18
35:22 37:11
38:9,22 40:7
41:24 42:4,6
42:7,8 45:9
48:12 49:4,8
49:13,20
50:1 53:4
56:9 57:13
59:8
popped
27:20
portable
14:6
position
21:19 23:14,16
positions
23:6
possibly
25:6 54:6
pounds
10:14
preferred
50:18
preparation
8:12
prepared
42:5
presence
57:20
present
41:23 48:13
49:4 58:6
pretty
24:14 50:24
preventing
6:14
previously
36:19 45:4
prior
9:6,8 36:12
probable
52:24
probably
16:8 32:17,18
43:9 50:18
51:1 54:18
problems
50:19
proceedings
1:21 41:18
Professional
56:14
properly
5:23
provide
19:20
public
1:16 56:20
57:5 58:17
Puiszis
2:13 3:6,8
17:24 18:3
19:7 34:12
36:14,17
42:12 45:11
45:19 46:22
47:6 50:7

53:2,9 54:3
54:15 55:2
59:4
punch
51:15
pursuant
1:19 58:5
push
18:20
pushing
19:13
Pusznis
59:10
put
19:13,14,17
20:11,21
21:19 31:23
37:11 46:12
putting
26:15
p.m
1:18,22 11:23
11:24 12:19

---

**Q**

question
5:2,5,7,19
11:4 18:1
34:14 45:12
45:21
questions
4:21,23 5:1,10
6:17 48:6
50:5 56:15
59:19

---

**R**

radio
14:5,6,16,20
14:24 16:3
32:24
raising
36:18
rank
10:2
read
56:12
realize
8:8
really
29:14 41:3
42:3
reason
53:22
recall
14:17,19 15:14
16:12 18:9
20:16,19
21:22 22:1,8
22:9 23:8
24:22 25:2
26:3,7 27:10
27:10,11
35:15,15,17
35:21 36:8
38:17 39:1,8
41:2 46:4
48:11 49:3,8
49:19 51:2
52:15
received
15:21 16:3
42:12
receiving
13:24
recognize
17:19
record
4:9 59:23
recovered

32:22
reduced
57:21
regained
23:22
Registered
56:13
related
58:9
relation
18:24 24:18
25:11
relevance
34:12
remember
10:20 13:4,24
14:9,11
15:12,15
16:10 18:17
20:7 25:9
27:2 31:15
33:18 34:14
34:18
repeat
5:2
rephrase
5:2
replace
43:5
replaced
43:3
report
42:4,7,7,8
47:13,18,23
reported
1:23 57:19
Reporter
48:16 55:4
58:13,14
59:22
REPORTERS
59:1
reports
42:2,10
represent
4:19
Representing
2:7,14,22
required
9:18 28:9
reserve
55:3
resist
26:14 52:19
resisted
53:3
resisting
18:18 19:13,16
20:8,13
25:17 26:10
26:17,19
52:23
respective
58:3 59:18
respond
15:8
responding
40:5
response
15:16 34:23,24
result
28:6
retrieve
33:3
retrieved
37:18
return
59:17
review
6:11 59:14
re-engaged

28:18
riding
17:7
right
8:18 12:9 19:2
19:6 22:20
24:2,3 27:17
27:22,24
30:6 36:5,7
39:21 42:15
54:1
riving
39:3,6
room
45:24 46:10
rotate
12:7,8
rotation
12:9
route
16:10,13
routine
14:21
RPR
1:23 57:4
59:22
rules
4:17
running
22:14,15,17
23:1 54:9,11
rushed
19:19

---

**S**

S
3:15
SAITH
55:8
saw
16:22 17:1,6
19:16 20:19
21:5,7 24:1
32:23 36:4
42:8 49:6
52:22
saying
5:15 14:10,11
20:11 26:7
26:24,24
27:3
scene
17:2,11,16,16
17:17 18:23
21:6 26:1
29:1 35:19
38:1,16,20
38:23 39:23
40:8 44:19
48:13 49:5
49:10,14
51:3 52:22
schedule
8:9
scheduling
12:14
school
6:19
screw
33:23
seal
58:13
second
46:20
seconds
32:18
secure
59:13
see
7:17 9:22
16:15 18:6

19:10 28:3
28:23 29:18
29:21,23
30:3 31:1
35:13 37:10
37:13,17
44:13,16
51:24 52:2
52:10 53:18
53:19
seeing
18:9 22:9
27:11 35:22
48:12 49:8
49:19 51:2
seek
9:17
seeking
7:10
seen
42:4
sense
23:22
September
47:4
sergeant
49:9
served
11:5
set
58:13
setback
32:6
Setina
59:22
seven
8:22,23 9:1
severe
44:10
shape
33:21
sheets
59:13,15,15,18
shift
11:13,16 12:12
shifts
12:19
shirt
13:9 49:9
Shore
11:12
short
8:15 38:8
Shorthand
56:13
shoulder
44:9,17,24
side
19:2 27:17
28:1 37:17
37:18
sidewalk
33:12
signature
58:1 59:12,13
59:14,16,17
59:22
signed
59:16,16
silver
18:6
Sincerely
59:21
sir
6:4,7 10:1,9
13:1,7,18
18:9 24:7
28:5 30:7,11
30:15 37:12
39:13 40:19
45:6 47:1

50:16 52:6,9
52:20 53:8
sirens
42:20
situation
24:13,17 48:14
48:18
six
39:20
slight
28:9
Small
54:19
solely
17:8
sorry
8:15 10:23
11:1,14,15
18:2,4 29:22
36:16 37:15
41:2 48:16
50:2 54:24
sort
23:1,2 32:2,19
sounded
14:6
Southern
6:24 7:2,5,8
7:13
spare
33:3 35:9,10
40:13
speaking
36:18 42:11
specific
46:24 48:4
specifically
14:17,22 16:7
16:12 21:22
23:9 27:11
27:12 31:16
39:1 41:14
46:4
specifics
37:23
spelled
4:10
spelling
4:9
squad
50:13 52:12
SS
1:2 56:1 57:2
Stan
35:6
stand
30:23
star
13:12
started
9:23 30:19
state
1:1 4:8 56:1
57:1,6
states
1:4 56:15
station
38:9,15 39:16
40:11,15
stenographi...
57:19
stepping
48:10
steps
32:3 33:5
Steve
2:13 59:4,10
stomach
51:20
stood
30:24 31:2

stop
18:18 20:8,13
25:17 26:9
stopped
31:17
straight
25:4,6
street
2:10,18 11:11
11:11 13:17
14:4 15:20
15:22 16:4
16:14 24:21
33:6,7,11,13
39:15 40:18
42:17 52:11
59:1,5
struggle
16:18 25:19
31:17 36:8
48:21,22,24
51:5,7,10
53:19
struggled
26:14
struggling
18:11,15 20:2
31:9,11,13
49:21
student
47:9,24
submit
59:14
SUBSCRIBED
56:18
suit
58:10
Suite
1:19 2:3,10,18
57:9 59:1,5
sure
4:10,12 5:11
5:18 8:11
17:24 29:20
34:18 36:22
37:1 43:8
49:18
sustained
48:3
sworn
4:2,4 56:18
57:16

T
3:15
take
5:17 29:10
32:3 42:22
50:19,20
51:19 53:20
taken
1:15 4:14
56:12 59:8
talk
6:1,5 40:14,17
41:3
talked
37:6 41:1,17
45:3
talking
35:1 36:13,23
36:24 50:4
52:13
tall
10:9
tell
23:2 44:20,23
telling
14:1
terms

50:22
testified
4:5 22:24
testify
57:16
testifying
6:15
testimony
57:18,23 58:12
thereof
58:11
thing
5:22
things
29:18,21
think
28:9 29:4 35:1
39:1,4 40:5
40:24 42:6
48:5 54:12
thought
24:1
thrashing
48:16 19:10,10
19:17 21:7
three
21:11,12 22:10
22:11 43:9
49:7 54:10
throw
43:13
thrown
27:18 28:18
time
7:4 8:22 11:10
12:14,17
13:9,20
28:11 32:7,9
35:5 36:4,21
42:3 48:1,6
today
4:20 6:9,12,15.
8:1 45:10
today's
8:12,14
told
15:16 23:24
top
25:20 28:20
Torres
1:11 17:6,11
18:7,10,14
18:24 19:5
20:12,17
21:10,18
22:3 24:2,5
24:9,19 25:1
25:9 26:2,8
26:22 27:8
29:3,5 30:12
30:22 31:22
40:3,22 41:7
52:13 53:24
56:9 57:14
59:8
torso
25:12
touch
21:21
touched
21:16
town
43:22
to-wit
57:7
traffic
50:8,12
training
53:4
transcript
5:23 56:12,14

57:23 59:11
59:14,15
Transcription
57:22
treatment
44:11
tried
29:14
true
57:23
truth
57:16,17,17
truthfully
6:15
try
8:9 15:13
21:17 25:21
25:22 28:19
31:7 33:3
trying
20:21 24:12,15
25:20 26:21
29:12 32:7
turn
47:14
twenty
10:13
twisted
33:20,20
two
8:15,15 10:13
16:17,18,22
16:23 17:17
27:1 30:9
34:8 37:8
43:7,9 45:14
two-year
7:22
typewriting
57:21

Uh-huh
5:12,24
understand
4:24 5:6 15:1
49:19
understandably
15:19
understood
15:2
undertaken
46:15
undetermined
57:11
unfounded
45:15 46:18
47:16 48:3
uniform
13:6,8
unison
25:21
UNITED
1:4
units
40:6
university
1:10 2:14 6:24
7:6,13 8:13
8:20 9:2,7,8
9:14,18 10:1
10:3 11:1,17
13:5,13 17:2
27:6 28:24
29:24 38:21
39:16,22
41:23 44:5
45:24 50:1
50:13 52:4
56:8 57:13
59:7

university's
13:11
unsustained
45:15
upper
25:12,12,13
usually
53:12

vague
54:2
varied
11:24
vary
12:8
vehicle
17:7,12,18
18:6 21:8
24:20 37:11
37:20 38:4,7
52:15
Velcroed
13:11
vest
13:10,11,12
vision
37:21 43:20,21
visual
21:6
vs
1:9 56:7 59:7

waived
58:2
walk
50:21
want
6:20 9:13 19:1
43:6 47:4
wanted
9:15
wasn't
13:1
watch
11:19 12:11,16
33:1 35:3,4
way
51:12 52:3
58:9,10
weapon
20:3
wearing
13:5
weigh
10:11,14
went
21:8 22:12
32:2 34:7
43:11 53:23
west
2:3 24:22
westbound
24:23
we'll
55:2
we're
4:21 12:18
45:9 52:6
we've
45:3
WHEREOF
58:12
white
35:6,7 38:13
49:9
witness
3:2 4:1 18:2,4
19:9 34:15

45:13,22
46:24 47:8
48:17 53:8
54:6 57:15
57:19,20,24
word
47:10
words
47:11
work
9:11,13,15,18
12:19 25:21
worked
8:12 9:3,9,12
working
7:21 8:3,20
9:2,6 11:13
11:16,19,21
12:11,13,15
12:18,23
45:24
worry
50:3
wouldn't
50:16 54:20
wrist
44:10,14,21
46:12

X
3:1,15

yeah
8:18,18 16:7
23:5,8 32:5
36:16 38:24
44:13,15
year
8:16,17 46:5
years
7:8,9 8:15,15
9:12 53:3

084-004571
1:24
09
1:9

1:00
13:22,23,23
1:16
1:18
10-1
14:7,8,10,12
14:14,16,24
15:1 16:3
19:23 36:21
37:5 42:16
103
11:3,3,7 12:3
1080
1:9 56:7
11:00
11:23,23
12-hour
12:18
12:00
12:1
1435
13:17 14:4
15
51:1
18
4:22 12:21
13:4,15

```
   36:16  41:24        48
18th                    3:5
   39:12,15  41:6
   41:21  44:7      ─────────────────
   44:20  45:5             5
1989                    5th
   7:7                   58:13
                        5'9
─────────────────       10:10
        2               50
2:00                    3:6
   13:23                53
2:24                    3:7
   1:22                 53rd
20                       13:17  14:4
   51:1,1               15:19,21
200                     16:4,14
   59:1                 24:21  39:14
2004                    40:17  42:17
   9:22                 54
2006                    3:8
   7:17                 55th
2007                    11:10
   9:24  10:1  46:6
2008               ─────────────────
   4:22  7:18  8:19          6
   10:7,15,18           6
   10:19,22             54:19  59:3
   11:17  12:21         60601
   12:24  13:5           2:11  59:6
   13:16  36:16         60601-2956
   41:24  47:1          59:2
   53:15  54:17         60602
2009                    2:19
   1:18  47:1,3         60606
   56:14  57:8          2:4
   59:8
2010               ─────────────────
   56:19  58:14             7
   59:3                 7
220                     54:19
   10:14                7:00
222                     11:24  12:19,19
   1:18  2:10  57:8
   59:5            ─────────────────
23:00                       8
   11:22,23             8:00
25                      12:1
   59:8                 800
25th                    2:18
   1:17  56:14
   57:7
263-0052
   59:2

─────────────────
        3
30
   2:18  32:18
300
   1:19  2:3,10
   57:9  59:1,5
312
   59:2
312)345-8877
   2:5
312)704-3000
   2:12  59:6
312)744-7150
   2:20
330
   2:3

─────────────────
        4
4
   3:4
40
   32:18
42
   10:19
47th
   11:11
```

McCorkle Court Reporters, Inc.
Chicago, Illinois   (312) 263-0052