# EXHIBIT H

**ORIGINAL**

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHARLES BOYLE,        )
        Plaintiff,    )
    vs.               )  No. 09 C 1080
UNIVERSITY OF CHICAGO )
POLICE OFFICER LARRY TORRES, )
et al.,               )
        Defendants.   )

The deposition of ASHLEY NICOLE GLOVER,
called for examination pursuant to the Rules of
Civil Procedure for the United States District
Courts pertaining to the taking of depositions,
taken before MARLENE L. KING, a notary public
within and for the County of Cook and State
of Illinois, at 222 North LaSalle Street,
Suite 300, Chicago, Illinois, on November 11,
2009, at the hour of 10:15 o'clock a.m.

REPORTED BY: MARLENE L. KING, C.S.R.
LICENSE NO.: 084-003326.

1

---

I N D E X

| WITNESS | EXAMINATION |
|---|---|
| ASHLEY NICOLE GLOVER | |
| By Mr. Puiszis | 4 |
| By Ms. Gibbons | 151 |
| By Mr. Ksiazek | 160 |

E X H I B I T S

| NUMBER | MARKED FOR ID |
|---|---|
| Glover Deposition Exhibit | |
| No. 1 | 145 |
| No. 2 | 147 |
| No. 3 | 148 |

(EXHIBITS RETAINED BY MR. PUISZIS.)

3

---

1  APPEARANCES:
2      ED FOX & ASSOCIATES, by
3      MR. JONATHAN R. KSIAZEK,
4      300 West Adams Street,
5      Suite 330,
6      Chicago, Illinois 60606
7      (312) 345-8877
8          Representing the Plaintiff;
9      HINSHAW & CULBERTSON, LLP, by
10     MR. STEVEN M. PUISZIS,
11     222 North LaSalle Street,
12     Suite 300,
13     Chicago, Illinois 60601
14     (312) 704-3000
15         Representing University of
16     Chicago Police Officers;
17     CORPORATION COUNSEL, by
18     MS. HELEN GIBBONS,
19     30 North LaSalle Street,
20     Suite 900,
21     Chicago, Illinois 60602
22     (312) 744-3982
23         Representing City of Chicago
24     Police Officers.

2

---

1      MR. PUISZIS: Can you swear the witness.
2          (WHEREUPON, the witness was
3          duly sworn.)
4      ASHLEY NICOLE GLOVER,
5  called as a witness herein, having been first
6  duly sworn, was examined and testified as
7  follows:
8          EXAMINATION
9  BY MR. PUISZIS:
10     Q.  All right.  Would you please tell us
11  your full name and spell your last name for
12  the benefit of the court reporter?
13     A.  Ashley Nicole Glover, G-l-o-v-e-r.
14     Q.  Ashley, we're going to ask you some
15  questions today about an incident involving
16  Charles Boyle.  Okay?
17         If at any time you don't hear my
18  question or don't understand my question, please
19  tell me, and I'll be glad to either repeat or
20  restate the question.  All right?
21     A.  Okay.
22     Q.  If you go ahead and answer the
23  question, everyone is going to assume that you
24  understood the question and that you heard the

4

---

1 (Pages 1 to 4)

1  question. All right?
2      A.  Okay.
3      Q.  The court reporter is going to be
4  taking down everything we say in the room today.
5  She can't take down a nod of the head or a shrug
6  of the shoulders.
7          So while I'll know what your answer
8  is, she won't be able to transcribe it on her
9  machine. So would you please keep all of your
10  answers out loud, verbal in nature. Okay?
11      A.  Okay.
12      Q.  Finally, you're going to probably know
13  from time to time what my question is before I
14  finish it. Court reporter is great, but every
15  court reporter has difficulty taking down two
16  people speaking at one time. So please wait
17  until my question is finished before you begin
18  the answer so we can make sure we have an
19  accurate record of everything that's said today.
20  All right?
21      A.  Okay.
22      Q.  Okay. How old are you, Ashley?
23      A.  I'm 22.
24      Q.  And where do you currently live?

                                                    5

1      A.  It's like Jackson and Laflin.
2          THE WITNESS: Whitney Young, Y-o-u-n-g.
3  BY MR. PUISZIS:
4      Q.  And where did you live while you were
5  attending Whitney Young?
6      A.  I had like three different addresses,
7  92nd and Blackstone, 62nd and Woodlawn,
8  and 83rd and Cregier.
9      Q.  Do you have any other brothers and
10  sisters?
11      A.  Can you repeat that?
12      Q.  Do you have any other brothers or
13  sisters?
14      A.  I have a younger sister.
15      Q.  And what's her name?
16      A.  Whitney. Same last name.
17      Q.  Okay. Now, do you own a car?
18      A.  Not anymore.
19      Q.  Okay. When did you last own a car?
20      A.  Like three months ago.
21      Q.  Okay. What kind of car was that?
22      A.  It was a 2006 Chrysler Sebring.
23      Q.  Who was the owner of that car?
24      A.  It was me and my mother.

                                                    7

1      A.  In Blue Island.
2      Q.  What's the address in Blue Island?
3      A.  13033 Seeley Avenue, Apartment 3,
4  Blue Island, and the Zip Code is 60406.
5      Q.  How long have you lived at that
6  address, about?
7      A.  About two years.
8      Q.  And who do you live there with?
9      A.  My mother.
10      Q.  Do you work or go to school?
11      A.  I go to school.
12      Q.  Where do you go to school at?
13      A.  Chicago State.
14      Q.  What year are you in?
15      A.  I am somewhere in between a junior
16  and a senior.
17      Q.  Okay. And what is your major?
18      A.  Chemistry.
19      Q.  And are you working besides going to
20  school?
21      A.  Not right now, no.
22      Q.  And where did you go to high school?
23      A.  Whitney Young.
24      Q.  And where is that located?

                                                    6

1      Q.  And why did you get rid of the car?
2      A.  It got damaged, and then the payments,
3  it was no point in paying for it, how much
4  damage got done to the car.
5      Q.  Who was driving it when it was damaged?
6      A.  A friend of mine.
7      Q.  Who was that?
8      A.  Her name is Quiltavia.
9      Q.  Were you in the car with her when it
10  was damaged?
11      A.  Uh-uh. No.
12      Q.  How do you know Charles Boyle?
13      A.  He was a friend of my ex-boyfriend.
14      Q.  And what's your ex-boyfriend's name?
15      A.  Steven Sinclair.
16      Q.  How long did you date Steven Sinclair?
17      A.  Two years.
18      Q.  Why did you break up?
19      A.  Because he's a cheater.
20      Q.  Do you know where Steven lives?
21      A.  I have no idea.
22      Q.  When you were dating him, where did
23  he live?
24      A.  On 78th and -- what's the name of

                                                    8

2 (Pages 5 to 8)

1   that? 78th and Langley, I think.
2     Q. When did you last see Steven Sinclair?
3     A. Maybe March.
4     Q. And when did you break up with him?
5     A. The beginning of January.
6     Q. And when did you first meet Charles
7   Boyle, about?
8     A. The fall of 2005.
9     Q. Do you recall the circumstances around
10  that meeting?
11    A. Yes. I was visiting my best friend at
12  U of I, and him and Steven had came to her dorm.
13  She was friends with Steven.
14    Q. Were you dating Steven at that time?
15    A. No. That was the first time I met him.
16    Q. And do you recall your best friend's
17  name?
18    A. Joyce Elam.
19    Q. Sorry?
20    A. Joyce Elam.
21    Q. Okay. And so how often would you see
22  Charles after that?
23    A. It wasn't that much at first, but after
24  I got involved with Steven, it was more so on

                            9

1   like a weekly basis, bi-weekly basis.
2     Q. When did you start seeing Charles
3   on a weekly basis, would you say?
4     A. Maybe in like '07.
5     Q. Okay. And when did you start dating
6   Steven?
7     A. In '07.
8     Q. When you first met Charles, did you
9   know anything about him at the University of
10  Illinois?
11    A. Just that he went there, and he was
12  friends of Steven, and him and — his brother
13  and my best friend were, I don't know what
14  you want to call it, involved with each other.
15  That's pretty much all I knew.
16    Q. Charles's brother and your sister?
17    A. My best friend.
18    Q. Oh, your best friend.
19    A. Yeh.
20    Q. Were involved?
21    A. Yeh.
22    Q. Romantically?
23    A. I don't know what you want to call it.
24    Q. Were they married or living together or

                          10

1   any of that stuff?
2     A. No. They were involved with each
3   other. I don't know how you want to say it.
4     Q. Okay. Now, do you know for how long
5   Charles attended the University of Illinois?
6     A. I think two years.
7     Q. Okay. Do you know if he played
8   football at the University of Illinois while
9   he was there?
10    A. I don't think so. I don't know.
11    Q. Why do you say you don't think so?
12    A. I never recalled him saying anything
13  about — I know he played football in high
14  school, but I don't recall anything about in
15  college.
16    Q. How do you know he played football in
17  high school?
18    A. Just kind of because Steven played
19  football in high school, and they talked all
20  the time about playing ball in high school.
21    Q. Where did Steven play ball in high
22  school?
23    A. They went to Hyde Park.
24    Q. He went to Hyde Park?

                          11

1     A. I mean Kenwood. I'm sorry.
2     Q. Kenwood?
3     A. Yeh. I'm thinking of Kenwood in Hyde
4   Park.
5     Q. Okay. Did Steven and Charles play high
6   school football together?
7     A. Yes.
8     Q. Okay. Are you on Twitter?
9     A. I am.
10    Q. Do you follow Charles Boyle on Twitter?
11    A. I do.
12    Q. He's not known as Charles Boyle on
13  Twitter, though, is he?
14    A. I could look. I don't remember what
15  his name is offhand, but I could look it up real
16  quick.
17    Q. Okay.
18    A. On Twitter it's Charles Cain on
19  Twitter.
20    Q. Do you know why he uses the name
21  Charles Cain?
22    A. I have always known him as Charles
23  Cain.
24    Q. You have always known him as Charles

                          12

3 (Pages 9 to 12)

1    Cain?
2        A.   Yeh.
3        Q.   Okay.  Do you remember at one point on
4    Charles's Twitter account that beneath his name,
5    his picture there was this phrase that said
6    "Cain is coke"?
7        A.   Yeh.
8        Q.   When Charles said "Cain is coke," what
9    was that significant to?
10       MR. KSIAZEK:  Objection.  Relevance.
11   BY MR. PUISZIS:
12       Q.   If you know.
13       A.   I have no idea.
14       Q.   Okay.  Was he referring to Coca-Cola?
15       A.   I have absolutely no idea.
16       Q.   Well, in the African-American community
17   does the word "coke" have any significance that
18   an old white guy like me might not know about?
19       A.   I really -- the only thing I can think
20   of why he would say "Cain is coke" is another
21   way to say that, like "he's dope" because,
22   I don't know, "dope" and "coke" are
23   interchangeable or something like that.
24       Q.   I'm sorry?

13

1        A.   I guess "dope" and "coke" are
2    interchangeable.  I don't know.  That would be
3    the only thing I could think of of why he put
4    it that way.
5        Q.   Now, again, does the word "dope"
6    in the African-American community have any
7    significance that somebody like me would not
8    know about?
9        A.   Like -- let me try to think of a
10   synonym.  Means something positive.  I don't
11   know.  Like I would say that something that I
12   would like is dope or something like that.
13       Q.   When I see the word "coke," I either
14   think Coca-Cola or cocaine.
15       A.   Cocaine.
16       Q.   Is that what you understood that to be
17   or something different?
18       A.   I didn't -- when I saw that, I didn't
19   think of him referring to himself as cocaine.
20       Q.   Now, Charles is also a rapper, isn't
21   he?
22       A.   Yes, he is.
23       Q.   Does he rap under the name of Charles
24   Boyle?

14

1        A.   He raps either under Charles Cain or
2    Apollo Cain.
3        Q.   Have you ever heard any of his rap
4    songs?
5        A.   I've heard a few.
6        Q.   Any of them reference drugs?
7        A.   Off the top of my head I can't think
8    of one right now.  I haven't heard any in a
9    real long time.
10       Q.   Did any of them reference any criminal
11   case or criminal attorneys?
12       A.   Not that I can think of.
13       Q.   Any of them mention the police?
14       A.   To tell you the truth, I really can't
15   recall like any specific lyrics off the top of
16   my head, so I don't recall.
17       Q.   Okay.  Do you consider Charles a
18   friend?
19       A.   Yes.
20       Q.   How often do you see him?
21       A.   I don't see him that often anymore.
22   We're both kind of busy.  But I talk to him.
23       Q.   How often do you talk to him?
24       A.   Probably like once a week.

15

1        Q.   Have you ever dated him?
2        A.   Uh-uh.  No.
3        Q.   Where does Charles live?
4        A.   He stays on 67th -- or I'm not sure if
5    it's actually 67th, but off of 67th and -- I see
6    the street in my head.  I can't think of the
7    name.  I know it's east of Jeffery.  I just
8    can't think of the name of the street right now.
9        Q.   Have you ever been to his place?
10       A.   Yeh.
11       Q.   When was the last time you'd been to
12   his place?
13       A.   Probably over the summer.
14       Q.   Have you ever been to a concert where
15   he's rapped?
16       A.   No, I haven't.  That's bad, but no, I
17   haven't.  Wait.  I take that back.  Yes, I have.
18   I'm sorry.  I take that back.  Yes, I have.
19       Q.   When was that?
20       A.   It's probably like a year -- over a
21   year ago.
22       Q.   Now, do you know what Charles is doing
23   with himself right now?
24       A.   I know he's in school.  I think he's

16

4 (Pages 13 to 16)

1   still working.
2     Q.  Where does he go to school?
3     A.  He goes to Columbia.
4     Q.  And where does he work?
5     A.  That I don't know.
6     Q.  Okay.  Is he dating anyone, do you
7   know?
8     A.  He's always had this on and off again
9   girlfriend.  I don't know if they are together
10  right now because they're always on and off.
11     Q.  Who is that?
12     A.  Alicia.
13     Q.  Alicia?
14     A.  Alicia.  It's spelled like Alicia,
15  though.
16     Q.  Okay.  Do you know Alicia's last name?
17     A.  Robinson, I believe.
18     Q.  Robinson?
19     A.  Yeh.
20     Q.  Does she follow him on Twitter as well?
21     A.  I think so.  I follow her on Twitter.
22  Yeh.
23     Q.  Okay.  Do you follow Steven on Twitter
24  still?

17

1     A.  No.  Never followed him on Twitter.
2     Q.  Is he on Twitter?
3     A.  I don't know.  I have no idea.  I think
4  he's still on Face Book, but that's about all.
5     Q.  Are you a Face Book friend with
6  Charles?
7     A.  Yep.
8     Q.  Now, Charles has filed a lawsuit about
9  an incident that occurred where he was arrested.
10  Do you remember that incident?
11     A.  Yes.
12     Q.  What date did it happen on?
13     A.  I don't remember the specific date,
14  though.  I know it was in October of last year.
15     Q.  Of 2008?
16     A.  Yes.
17     Q.  Okay.  Do you recall what day of the
18  week it was?
19     A.  I don't.
20     Q.  Do you recall if it was a weekday
21  or a weekend?
22     A.  I don't want to — I don't want to
23  try to guess.  I really can't remember.  I just
24  know it was in the early, early, early morning

18

1   of whatever day that was.  I don't want to try
2   to guess and be wrong.
3     Q.  Do you recall what you had done earlier
4  that day?
5     A.  We had went to I guess you could call
6  it a club.  It was like a bar club.
7     Q.  Okay.  Before you went to the bar and
8  club, earlier that day what do you recall doing?
9     A.  I was probably with my boyfriend
10  because what I remember is we all met up at
11  Charles's apartment to go down there.  So in
12  that case most likely I was with him.
13     Q.  I'm wondering were you going to school
14  at the time?
15     A.  I couldn't remember if it was -- that's
16  what I was going to say.  If it was during the
17  week, I was in class in the morning.  If it was
18  the weekend, I probably was at work.
19     Q.  Did you work on the weekends back in
20  October of 2008?
21     A.  I quit right around that time, so it
22  depends on -- I can't remember the specific
23  date.
24     Q.  Okay.  Well, if you were in class that

19

1   day, what would you have done after school?
2     A.  Came home, ate.  Usually I do that.
3   And if Steven wasn't doing anything, I would
4  go over to his house.
5     Q.  Now, what can you tell me about Steven?
6  In October of 2008, was he working?
7     A.  Was he working?
8     Q.  By "Steven" I mean Steven Sinclair,
9  your boyfriend.
10     A.  I know.  Because he was working at –
11  I'm not sure if that was – which job he was
12  working because he was working at Macy's for
13  a little bit, and then he quit there, and he
14  had got a job at Circuit City.  But I don't
15  know which he was at at that time or was it in
16  between.  But that's what was going on around
17  that time.
18     Q.  Okay.  You said he worked somewhere
19  and quit, and I missed where he was working.
20     A.  Macy's.
21     Q.  Macy's?  Downtown here in Chicago?
22     A.  Yeh.
23     Q.  Okay.  And when he went to work for
24  Circuit City, where was that, if you remember?

20

5 (Pages 17 to 20)

1    A.  In Burbank, 76th or something like that
2  and Cicero.
3    Q.  Did Steven go to school at all?
4    A.  He went to University of — he went
5  to U of I for his freshman year, and then he
6  didn't go back.  And then he attempted to go
7  to Columbia, but he couldn't pay for it, so he
8  only went there like a couple of weeks because
9  he found out his financial aid wasn't going
10  to cover it.
11    Q.  I'm sorry.  I missed what you just
12  said.
13    A.  He found out his financial aid wasn't
14  going to cover it, so he stopped going.
15    Q.  Okay.  Do you know anything about
16  him now currently?  Is he in school?  Working?
17    A.  I have no — the last time I knew
18  anything about him was in March.  I have no
19  idea.
20    Q.  Where was Steven living in October of
21  2008, if you remember?
22    A.  He was — I think he was either -- he
23  jumped back and forth between his mom and his
24  dad.  But his dad was on 70th and — what's the
                                                    21

name of the street?  70th and — can't think of
the name of the street right now.  I'm really
bad with addresses.  It was either there — I'm
going to remember in a second — or the 78th
and Langley that I told you before.  70th and —
    Q.  Okay.  So everybody was met up
on that day, the October 2008 day, at Charles
Boyle's apartment?
    A.  Yeh.
    Q.  Okay.  What time did you arrive at
Charles Boyle's apartment that day?
    A.  Probably around 10:00.  I'll take a
guess.  It was around 10:00.
    Q.  Well, I don't want you to guess.  If
you know —
    A.  I don't know the exact.  It would have
been sometime because the place where we were
going, I think we got there between 11:00 and
12:00.  So I want to say we got to Charles's
between 10:00 and 10:30.
    Q.  Okay.  Now, how do you — did someone
make arrangements for all of you to get together
or were there conversations earlier that day
or how did this all happen?
                                                    22

1    A.  Because I know the reason they were
2  going down there was because Steven wanted to
3  go talk to -- was going to go meet somebody
4  who was there.  I think he was either a club
5  promoter -- because Steven was a DJ at the time.
6  I think he still is.
7        And he wanted to go meet somebody at
8  this particular club, and so I was with him
9  earlier, and I guess he wanted to introduce
10  Charles to whoever this guy was.  And Kenny DJs,
11  too, and I guess he just wanted to go.
12        So he told me about him wanting to go,
13  and he asked me could I take him, and I was like
14  that's fine.  And then he told me that he wanted
15  Charles, Charles and Kenny to go.  Kenny was
16  going to meet at his house, and then we were all
17  going to go to Charles's house and leave from
18  there.
19    Q.  Okay.  Now, at any time in the last
20  several weeks have you met with Charles's lawyer
21  about this case?
22    A.  No.
23    Q.  Have you talked to Mr. Ksiazek or
24  anyone from his law firm about this case at all
                                                    23

in the last couple weeks?
    A.  I just got a phone call this morning
just to make sure I was coming, you know, things
along that nature.  I didn't really even know
about this case until I got the subpoena a
couple weeks ago.
        And I told Charles, "You could have
warned me about if I was going to come in."
He's like, "I'm sorry.  I wasn't sure if they
were going to need you or not."  But yeh.
I didn't even know.  Kind of surprised me.
    Q.  You didn't know that Charles had filed
a lawsuit against the police?
    A.  I mean, he was saying when the criminal
case — because I was there for the criminal
case, and he was saying that he was — you know,
he was — he said something about doing it, but
I never heard anything else about it after that.
So. . .
    Q.  What specifically do you remember
Charles saying about filing a lawsuit during
the time of the criminal case?
    A.  He was just — when the criminal case,
he was saying and his lawyer was saying at
                                                    24

6 (Pages 21 to 24)

1  the time that they had to -- we had to get
2  through -- because he said he was really
3  thinking about a civil case, and the lawyer was
4  explaining to us that we had to go -- that he
5  had to go through the criminal case first and
6  get that dismissed before he could pursue an
7  actual civil case. And that's pretty much all
8  I heard about it, but I know he said he was
9  interested in doing it.
10     Q.  Were you present when these
11  conversations between Charles and his lawyer
12  occurred?
13     A.  This was the day at the criminal --
14     Q.  The day you testified?
15     A.  Yeh.
16     Q.  And let me ask you. The day you
17  testified in the criminal case, were you
18  subpoenaed to appear in court that day?
19     A.  No.
20     Q.  You appeared because you were a friend
21  of Charles?
22     A.  Yes.
23     Q.  Was anyone there besides you and
24  Charles on his behalf?

                                              25

1     A.  Kenneth and Steven.
2     Q.  Do you know if Kenneth or Charles --
3  I'm sorry. Do you know if Kenneth or Steven
4  were subpoenaed?
5     A.  I have no idea.
6     Q.  But you weren't.
7     A.  Yeh.
8     Q.  And this conversation that you just
9  talked about where Charles said something about
10  wanting to pursue a civil action and his lawyer
11  telling him we had to get through the criminal
12  case first, who was present for that
13  conversation?
14     A.  I can't recall if Kenneth and Steven
15  were sitting right there. I really can't recall
16  if they were sitting right there. I know it was
17  outside while we were waiting -- while we were
18  waiting for it to start because it was running
19  late, and the lawyer just came over and talked
20  to us real quick.
21         I want to say they were sitting down
22  over there, but I wasn't sure if they were like
23  paying attention to the conversation.
24     Q.  Charles say how he was going to pay

                                              26

1  for the civil lawsuit?
2     A.  No.
3     Q.  Do you know if Charles had to pay
4  anything for the criminal lawsuit?
5     A.  I have no idea.
6     Q.  So when you and Steven arrived -- I'm
7  sorry. Did Kenneth come over to your place
8  or Steven's place before you went to Charles's
9  apartment?
10    A.  I think we left him. He met us at
11  Charles. Because he was supposed to catch
12  the bus over at Steven's, and he was taking a
13  really, really long time. So I think he just
14  met us. If I recall correctly, he just met us
15  over at Charles's.
16    Q.  Okay. Did you leave from your place
17  or Steven's place to go to Charles?
18    A.  Steven's. And it was his dad's house.
19  I remember that day. It was his dad's house.
20    Q.  I'm sorry. You gave us a couple
21  different addresses.
22    A.  I know. I can't remember the cross
23  street. It was the 70th. I know it was a few
24  blocks west of Jeffery. I just can't think of

                                              27

1  the exact street right now.
2     Q.  Do you have a driver's license?
3     A.  Yes.
4     Q.  Okay. Did you drive to Charles's
5  apartment?
6     A.  Yes.
7     Q.  Okay. Did you actually go into
8  Charles's apartment?
9     A.  Yes.
10    Q.  Who was there when you went in?
11    A.  I think it was just us. I don't know
12  if his mom was there. His mom sometimes is
13  there. But I don't recall if she was there
14  or not.
15    Q.  Okay. When did Kenneth arrive in
16  relation to when you were there?
17    A.  It was a couple minutes after, maybe
18  like five minutes after. We didn't stay there
19  that long.
20    Q.  Okay. And then where did you go?
21    A.  We went to the club. I can't think
22  of the name of it, either, though.
23    Q.  Did you drive to the club?
24    A.  No. Steven drove.

                                              28

29

1    Q.   Why did Steven drive to the club?
2    A.   Whenever we're in the car together,
3  sometimes I don't feel like driving, and a lot
4  of the times if we're in the car together, I let
5  him drive. And plus he knew where it was at,
6  and I'm really bad with directions.
7    Q.   Do you remember the name of the club?
8    A.   I don't.
9    Q.   Do you recall where the club was
10 located?
11   A.   I know it was north, on the North Side.
12   Q.   What kind of car did you have at that
13 time?
14   A.   2006 Chrysler Sebring.
15   Q.   Is that a two-door or four-door?
16   A.   Four-door.
17   Q.   Do you have any problems with the
18 car at any time before this particular day?
19   A.   I had a shortage, I guess, and my horn
20 would randomly honk for no reason. That was
21 going on for a couple weeks before this
22 happened.
23   Q.   And when the horn would go off, how
24 long would it go for?

31

1    Q.   Two to three weeks before?
2    A.   Yeh.
3    Q.   During the time you were driving the
4  car during that two to three weeks, would the
5  horn periodically go off?
6    A.   Yes.
7    Q.   How often would it go off?
8    A.   Every couple -- every other day,
9  probably.
10   Q.   And I think you said it would go
11 off from five seconds up to a minute?
12   A.   Yes. It was really random. I don't
13 know where. The length varied, the time of day.
14 It was just really random.
15   Q.   When you turned off the car, turned
16 off the power to the car, would the horn stop?
17   A.   Most of the time. But it did it before
18 like if the car was parked further from the
19 house, it went off a couple of times.
20   Q.   Does your car have an alarm?
21   A.   Yeh.
22   Q.   What kind of alarm did it have, if you
23 remember?
24   A.   I don't know. What do you mean by

30

1    A.   It depend, anywhere from like five
2  seconds to 30 seconds to -- it really depends.
3  I'd say anywhere from five seconds to it's gone
4  off a minute before.
5    Q.   Did you have anyone look at your car to
6  try and fix the horn problem prior to this day?
7    A.   The only person who looked at it was
8  the guy who told me it was a shortage. I asked
9  about when I went to go get an oil change and
10 tire rotation. I asked him about it.
11       He looked at it and told me it was
12 probably a shortage, and he tried to change
13 out -- I don't know what they're called. He
14 tried to change out something in the circuit
15 breaker, and it didn't really help it.
16       So he told me I'd probably need it --
17 he gave me a card of someone who does electric
18 circuits and stuff in cars who would be able
19 to further look at it. He just told me it was
20 a shortage in there.
21   Q.   How long before the day of this
22 incident did you have your oil changed and
23 the tire rotation?
24   A.   Two to three weeks before.

32

1  "what kind of alarm"?
2    Q.   Do you remember who made the alarm?
3    A.   Oh, no.
4    Q.   When the alarm would be activated,
5  would the horn go off?
6    A.   Yes.
7    Q.   So someone who didn't know that your
8  car had a short and heard the horn go off
9  might think the alarm was going off, correct?
10   A.   Correct.
11   Q.   And someone who heard the horn going
12 off who didn't know your car had a short in it
13 could think the alarm going off could be a
14 sign that it was a stolen car, correct?
15   A.   Correct.
16   MR. KSIAZEK: Objection to speculation.
17 BY MR. PUISZIS:
18   Q.   And the police officers from the
19 University of Chicago who pulled up behind your
20 car before this incident, they didn't know there
21 was a short before they pulled up, did they?
22   MR. KSIAZEK: If you know.
23   THE WITNESS: I don't know if they know.
24 Probably not. I mean, that's not something you

8 (Pages 29 to 32)

1  would. . .
2  BY MR. PUISZIS:
3      Q.  I mean, have you ever seen either of
4  those two officers from the University of
5  Chicago before?
6      A.  No.
7      Q.  Ever spoken to them before?
8      A.  No.
9      Q.  Ever driven past them before, to your
10  knowledge?
11      A.  Not that I know of.
12      Q.  Did you ever put any -- and your car
13  didn't have any like big sign saying "my car has
14  got an electrical short," right?
15      A.  No.
16      Q.  Okay.  Did Steven know that your car
17  had an electrical short?
18      A.  Yes.
19      Q.  And that the horn would go off?
20      A.  Yes.
21      Q.  Had he ever been -- had he ever driven
22  it when the alarm went off?
23      A.  Yes.
24      Q.  Other than you and Steven, who else

33

1  would drive your car back in October of 2008?
2      A.  Nobody.
3      Q.  Okay.  Did Kenneth know about the horn
4  going off with the shortage in your electrical
5  system?
6      A.  I think I said something about it when
7  it started going off.  I think he knew.  If he
8  didn't know before, I said something about it
9  once it actually did start going off.
10      Q.  What about Charles Boyle?  Was he ever
11  in your car before this date?
12      A.  I think he was in the car before.
13      Q.  Okay.  Do you recall where and when?
14      A.  I can't recall right now.  Like I
15  would take them sometimes to if Steven had a
16  DJ gig, most of the times Charles would go with
17  him, and I have driven them to there a couple
18  of times.
19      Q.  I've seen somewhere with Charles, and
20  I don't know if it's on his Facebook page or
21  if it's on Raucous Music about a reference to
22  the "Odd Couple."  Do you know what I'm talking
23  about?
24      A.  Um-um.

34

1      Q.  Who is the "Odd Couple"?
2      A.  It's him and another rapper.  They're
3  like a duo.  They usually perform together.
4      Q.  So Charles is one member of the Odd
5  Couple?
6      A.  Yeh.
7      Q.  Do you know who the other rapper is
8  who's the other member of the Odd Couple?
9      A.  Yeh.
10      Q.  Do you know what his name is?
11      A.  You want his actual name or his --
12      Q.  I'll take any name he goes by.
13      A.  KC Jones.
14      Q.  KC Jones?
15      A.  Yeh.
16      Q.  Is that the name he uses when he raps?
17      A.  Well, KC is.  I know Jones is his
18  actual last name.  I think his first name is
19  Cameron.
20      Q.  Camera?
21      A.  Cameron.
22      Q.  And when you say KC, is it like K-C
23  or Casey spelled out, C-a-s-e-y?
24      A.  KC.

35

1      Q.  KC Jones like the basketball player
2  who used to play for the Boston Celtics?
3      MS. GIBBONS:  If you know.
4      MR. PUISZIS:  If you know.  Former all pro
5  guard?  In the Hall of Fame for the NBA?
6      MR. KSIAZEK:  What about Mutant Turtles,
7  Ninja Mutant Turtles?
8      MR. PUISZIS:  Just joking.
9  BY MR. PUISZIS:
10      Q.  How long had Steven known Charles,
11  do you know?
12      A.  Since they were young, like five,
13  six, seven, somewhere around there.  Like since
14  they were really young.  I want to say seven.
15      Q.  Okay.  What about Kenneth Roberson?
16      A.  I think they knew him when he was
17  younger, too, but I know Charles and Steven
18  knew each other first.
19      Q.  Do you remember how long it took to
20  drive from Charles's apartment to this lounge?
21      A.  About 20, 30 minutes.  Closer to 30.
22      Q.  When was the last time you talked to
23  Charles Boyle about this incident?
24      A.  Somewhere around the criminal court

36

9 (Pages 33 to 36)

1 date. I think I talked to him about it once
2 after.
3     Q.   Have you read anything or reviewed
4 anything before the deposition today?
5     A.   No.
6     Q.   Read anything, reviewed anything in the
7 last few weeks?
8     A.   No.
9     Q.   Okay. Does the name Ole Lounge sound
10 like the name of the place where the four of you
11 went?
12     A.   Was it Ole? I really don't remember.
13 Was it Ole? I can't remember.
14     Q.   Okay. Do you know, do you recall the
15 name of the person that Steven was supposed to
16 meet?
17     A.   Not at all.
18     Q.   And what name does Steven use when he
19 DJs?
20     A.   Mydas, M-y-d-a-s.
21     Q.   M-y-d-a-s?
22     A.   Yeh.
23     Q.   Okay. Who is Wheezy?
24     A.   I don't know.

                                        37

1     Q.   I mean one of Charles's Tweets said,
2 "Wheezy got a year in the joint"?
3     A.   Oh, that's an actual famous rapper,
4 Little Wheezy. He goes by Wheezy.
5     Q.   Okay. I take it Charles is really into
6 rapping?
7     A.   And into hip hop, yeh.
8     Q.   About what time did you arrive at
9 this location, whether it's a bar or a lounge,
10 whatever it was?
11     A.   Somewhere between 11:00, 11:30.
12     Q.   And was alcohol served at this
13 establishment?
14     A.   At the establishment? Yeh.
15     Q.   Did you have anything to drink?
16     A.   I think I had a beer.
17     Q.   Okay. Did Charles have anything to
18 drink?
19     A.   Not that I can recall.
20     Q.   What about Steven?
21     A.   Not that I could recall, either.
22     Q.   What about Kenneth?
23     A.   Kenneth I don't know.
24     Q.   Did you -- did the four of you all stay

                                        38

1 together while you were in the lounge or bar?
2     A.   No, no.
3     Q.   Okay. Tell me, describe the inside
4 of this location for me, if you can.
5     A.   We were upstairs, and if the bar is on
6 the left, it's like against the wall. And on
7 the right side there is a whole bunch of stools
8 and like little tables. And then further down
9 there is like open space for like a floor, and
10 then I think there is like seats.
11         But we were mostly across from the bar.
12 I know I stayed seated at one of the seats up
13 across from the bar because I know they were
14 going to go talk to people.
15     Q.   Was there any music going on then?
16     A.   Yeh.
17     Q.   Was it a DJ? Was it a band?
18     A.   It was a DJ.
19     Q.   Okay. And did they -- did anyone
20 meet with the promoter that night?
21     A.   Steven and Charles, I believe.
22     Q.   Did they get his card?
23     A.   I don't know. I wasn't with them when
24 they. . .

                                        39

1     Q.   Do you know where they met him?
2     A.   I think either up towards the -- either
3 down -- I want to say it was downstairs, but I
4 know it wasn't by where the bar was. So if
5 there was an upstairs, downstairs, they were
6 either downstairs, or if it was just one level,
7 it was by the door because it wasn't around the
8 main floor.
9     Q.   Okay. How long did the four of you
10 stay at this establishment?
11     A.   Maybe like two hours, if it was that
12 long.
13     Q.   Okay. Did you dance at all while you
14 were there?
15     A.   Not really.
16     Q.   Did you see Steven or Charles or
17 Kenneth dancing at all?
18     A.   Not that I can recall at all. Might
19 have little bit to clown around, but like not
20 really dancing.
21     Q.   What do you remember Charles having on?
22     A.   He had on a sweater and some jeans.
23 And probably some gym shoes. He always has them
24 on.

                                        40

10 (Pages 37 to 40)

1    Q.  Any type of hat?
2    A.  I think he had a cap on.
3    Q.  What kind of cap, if you remember?
4    A.  I don't.
5    Q.  Okay. So you were there for I think
6  you said about two hours, right?
7    A.  Maybe something. Maybe a little bit
8  less.
9    Q.  Maybe a little bit less. Okay.
10    Where did you go from this
11  establishment?
12    A.  We went — we went driving back towards
13  Charles, and Kenny and -- Kenny and Steve were
14  saying something about being hungry, and they
15  needed some cash.
16    And so both of them had Bank of
17  America, and only Bank of America we knew,
18  because we had already left north and downtown,
19  was in Hyde Park, so that's where we were going
20  to.
21    Q.  Nobody was making any type of a
22  deposit?
23    A.  Kenny was, I think. I think he had —
24  what he was trying to do was put whatever he had
41

1  to eat. I don't know why.
2    Q.  Did you have any money on you?
3    A.  Uh-uh.
4    Q.  Is that a "no"?
5    A.  No. I'm sorry.
6    Q.  That's all right.
7    What about Charles? Did he have any
8  money on him?
9    A.  I don't know.
10    Q.  So what route do you remember taking
11  from the establishment you were at to near the
12  Bank of America ATM?
13    A.  Lake Shore Drive.
14    Q.  To what?
15    A.  We got off on — I think you get off of
16  55th on Lake Shore. It's either 55th or 53rd
17  you could get off of.
18    Q.  And then where did you go?
19    A.  Went down —
20    Q.  If you remember.
21    A.  -- 53rd or 57th. I don't remember
22  which one it is right now, but we went down
23  in there and made a right off of Lake Park.
24    Q.  To what?
43

1  in and then get a $20 out, something like that.
2    Q.  He had the money on him when he came
3  to Charles's apartment, right?
4    A.  I believe so.
5    Q.  Why didn't he go to the ATM then?
6    A.  There wasn't one around there, and we
7  just went straight to the whatever the name of
8  the place is.
9    Q.  Okay. So Kenny wanted to make a
10  deposit --
11    A.  What I think was he was trying to get
12  a whole 20. I know at the Bank of Americas
13  you can deposit money straight into -- you could
14  put the money straight into the ATM, and it goes
15  directly, immediately goes into your account.
16  So then he could withdraw a whole 20 back
17  because he didn't have enough cash to take out
18  a 20 from the ATM. I think that's how it was.
19  It was something like that.
20    Q.  Was Kenny working at the time?
21    A.  I don't know.
22    Q.  Okay. And why did Steven want to go
23  to the ATM?
24    A.  I think he was trying to get something
42

1    A.  We were going up to the Bank of
2  America. I can't remember. I'm really bad
3  with streets. I'm really sorry.
4    Q.  No, that's okay.
5    But you took a right off of Lake Park.
6  What street did you turn onto, if you remember?
7    A.  I want to say it was 53rd. Or 57th.
8  I don't know. It's 53rd or 57th. Whatever
9  street the bank was on. I just can't remember
10  if it's 53rd or 57th.
11    Q.  Did you have a Bank of America ATM
12  card?
13    A.  No.
14    Q.  Did you have any ATM card back in
15  October of 2008?
16    A.  I think I was with Washington Mutual
17  at the time.
18    Q.  Okay. So you turn onto whatever street
19  the bank is on, right?
20    A.  Yeh.
21    Q.  And you made a right turn to do that?
22    A.  Yeh.
23    Q.  Okay. Steven was driving?
24    A.  Yep.
44

11 (Pages 41 to 44)

1    Q.  Where were you?
2    A.  In the passenger's seat.
3    Q.  In the front or back?
4    A.  Front.
5    Q.  Okay.  Where was Kenneth seated, if you
6  know?
7    A.  I know Kenneth and Charles were in the
8  back.  I don't remember which was on the driver
9  and which was on the passenger, though.
10   Q.  Okay.  Now, anything unusual happen
11  as you were driving down 53rd Street?
12   A.  The horn went off.  Right after we
13  made the turn, the horn started going off.
14   Q.  How long did the horn go off for?
15   A.  Until we turned to park.  As we pulled
16  in to park.
17   Q.  Do you remember where it was that you
18  parked?
19   A.  Across the street from the Bank of
20  America.
21   Q.  Now, when you say "across the street,"
22  were you going eastbound or westbound, do you
23  remember?
24   A.  Westbound.
                                            45

1    Q.  So if you were going westbound --
2    A.  The bank is on the -- I'm sorry.
3    Q.  If you're going westbound, was the
4  Bank of America on the south side of the street
5  or was it on the north side of the street?
6    A.  It was on the south side of the street.
7    Q.  And was it directly across from where
8  they had parked the car?
9    A.  It was maybe a few feet ahead.  Like it
10  was across the street, but it was a few feet
11  ahead of where the car was.
12   Q.  Now, when you say --
13   A.  It was almost directly across the
14  street.
15   Q.  When you say "directly across the
16  street," you're on 53rd Street or 57th Street.
17  You don't remember which street, right?
18   A.  Uh-huh.
19   Q.  Let's say my note pad here is whatever
20  street it is, 53rd or 57th.  Okay?  See the note
21  pad (indicating)?
22   A.  Yes.
23   Q.  Okay.  You're going westbound, which
24  means you are going towards the direction of
                                            46

1  the court reporter, right?
2    A.  Yes.
3    Q.  Okay.  Now, you pull -- the car pulls
4  over and parks, correct?
5    A.  Yes.
6    Q.  And I'll use my pen as pretending it's
7  your car.  Now, where is the ATM in relation to
8  the street and your car?
9    A.  It is here (indicating).
10   Q.  Okay.
11   A.  Like up here (indicating).
12   Q.  So it would be on the opposite side of
13  the street, correct?
14   A.  Yes.
15   Q.  So if you are on the north side of the
16  street, the ATM is on the south side of the
17  street, right?
18   A.  Yes.
19   Q.  And it's about, what, 10 or 15 feet
20  maybe west of your location?
21   A.  Right.
22   Q.  Do you remember seeing a Dunkin Donuts
23  nearby?
24   A.  Yes.
                                            47

1    Q.  Okay.  And do you remember seeing a
2  University of Chicago squad car in front of the
3  Dunkin Donuts?
4    A.  I never saw the squad car.  I didn't
5  see the squad car until it pulled up behind us.
6    Q.  And when the squad car pulled up behind
7  you, did it have its lights going?
8    A.  I don't recall.
9    Q.  When you saw the squad car pull up, you
10  knew it was some type of police, though, right?
11   A.  Yes.
12   Q.  No doubt in your mind.
13   A.  No.
14   Q.  When you were in high school, did you
15  ever receive any traffic safety training that
16  included discussions about what to do when the
17  police made a traffic stop?
18   A.  I'm pretty sure I did.
19   Q.  What do you remember being told
20  about when the police make a traffic stop?
21   A.  In recall (sic) to what I should do?
22   Q.  Yes.
23   A.  To pull over.
24   Q.  Did they tell you should you produce
                                            48

12 (Pages 45 to 48)

1 any identification?
2    A. If they asked for it, I believe,
3 and when they asked for it.
4    Q. And so you knew that if a police
5 officer pulls up behind your car and asks you
6 for identification, you should produce it to the
7 officer, correct?
8    A. Yes.
9    Q. Now, what time was this that you were
10 going to the ATM or that Steven and Kenneth --
11    A. It was early in the morning. I don't
12 remember what time it was, though.
13    Q. Sometime between 2:30 and 2:40 in the
14 morning sound about right?
15    A. 2:00 something. Yeh.
16    Q. There weren't many cars out on the
17 street that night at that hour of the morning,
18 was there?
19    A. I don't believe so.
20    Q. Were you tired?
21    A. Not really. I'm a night owl. I was
22 up.
23    Q. Okay. I know sometimes when people
24 ride in the car, the motion just kind of gets

49

1 them drowsy and puts them to sleep. You weren't
2 like that?
3    A. No. I was fine.
4    Q. So did -- were there any cars in
5 front or behind your car when it stopped?
6    A. I don't recall if there was any behind,
7 but I know we were the closest parking spot to
8 the corner, so there was no car in front of us.
9    Q. Do you remember there being a stop sign
10 at the intersection?
11    A. Yes.
12    Q. Okay. So when your car came to a stop,
13 there was no car between you and the stop sign.
14    A. No.
15    Q. And do you know — whatever street you
16 were on, whether it's 53rd or 57th, there is
17 a stop sign and then there is a street that
18 runs north and south, right?
19    A. Yes.
20    Q. Is that Blackstone?
21    A. It was Blackstone.
22    Q. Okay. So would — when the car came
23 to a stop, did Steven and Kenneth get out of
24 the car right away?

50

1    A. After we -- after he parked, turned off
2 the car, and that's when my horn start going
3 off. And then so they got out of the car to go
4 to the ATM. Charles was -- he said he would
5 look under my hood while they went to the ATM.
6    Q. Okay. So the horn went off when they
7 turned the power off on your car on the
8 ignition, right?
9    A. As soon as we were pulling in, that's
10 when it went off.
11    Q. Okay. You didn't turn the car off
12 and then the horn stopped? Stopped before?
13    A. Stopped right before. Horn stopped.
14    Q. Up until that point the horn was
15 blaring continuously, right?
16    A. Yes.
17    Q. About for how long a period of time
18 would you say the horn was blaring continuously
19 as you drove down the street. Not "you," but I
20 mean as the car went down the street.
21    A. Maybe like 20, 20 seconds.
22    Q. And how far had the car traveled during
23 that time frame while the horn was continuously
24 blaring from when it started to when it stopped?

51

1    A. Approximately like three blocks.
2    Q. Three blocks?
3    A. Yeh.
4    Q. Okay. And do you recall how fast you
5 were traveling down the street during that
6 three-block interval?
7    A. That I don't know because I wasn't
8 driving.
9    Q. I mean, was Steven speeding down the
10 street or was he driving at what you might
11 consider a normal rate?
12    A. I think it was normal.
13    Q. Okay. Had any police officer stopped
14 you or stopped Steven when you were driving
15 that car on any other occasion when the horn
16 went off?
17    A. Once. It was me.
18    Q. And what happened?
19    A. I was actually -- it was when I was
20 on the E-way. I had actually -- I don't know if
21 they really stopped me, but they pulled over and
22 turned their lights on and asked me what was
23 going on because they thought maybe the car had
24 just broke down.

52

13 (Pages 49 to 52)

1      And the officer told me that I should
2   just take the streets to wherever I was going
3   until I could figure out why. Because I think
4   that was like maybe the second time it had did
5   that, had just started doing that.
6      Officer told me to take the street
7   because I would cause problems on the E-way with
8   the horn. You know, people were thinking that
9   I'm blaring the horn at them if it goes off.
10  That was about it.
11      Q. "E-way," you mean expressway?
12      A. Yes.
13      Q. Do you recall which expressway you were
14  on?
15      A. I-57.
16      Q. Oh, I-57. Okay. Was it a state
17  trooper who stopped?
18      A. Yes.
19      Q. Okay. Did he ask for or she ask for
20  identification?
21      A. Yes, she did.
22      Q. And did you produce the identification?
23      A. Yeh.
24      Q. And after you produced the

                                                    53

1      identification, there was no problem or no
2   incident with the state trooper, right?
3      A. No, besides telling me to take the
4   street.
5      Q. Now, was there any conversation in
6   the car after it stopped — let me back up.
7      Between the time the car stopped and
8   when Kenneth and Steven got out of the car,
9   was there any conversation that anyone had?
10      A. They was just like Steven just said
11  something about the stupid horn, and then
12  Charles said that he'll get out and look because
13  it might — I forgot what he said it might be.
14      He was coming up with something that it
15  might be, and he said he'd check it, check under
16  the hood. That's when Steven and Kenneth got
17  out of the car. Well, all three of them got out
18  of the car, actually.
19      Q. Okay. But the point I'm trying to get
20  at is was there any time interval between when
21  the car stopped and when they got out of the
22  car or did they get out right away?
23      A. I mean a couple of seconds after.
24      Q. Okay. So Steven and Kenneth were going

                                                    54

1   to go to the ATM. So how did they — what route
2   did they take from the car to the ATM? Did they
3   just cross from the north side of the street to
4   the south side of the street?
5      A. Yeh.
6      Q. And how many lanes of traffic would
7   they have had to have crossed to get from the
8   north side of the street to the south side of
9   the street?
10      A. I think it's just one lane going both
11  directions.
12      Q. Okay. One lane plus parking?
13      A. Right.
14      Q. Okay. You didn't see him go down the
15  same side of the street your car was on across
16  Blackstone, did you?
17      A. No. The only reason that would have
18  happened is Kenneth was on the passenger's side,
19  and he had to walk in front of the car. But no,
20  they just went to the ATM.
21      Q. Okay. And how long after Steven and
22  Kenneth got out of the car did you see a police
23  car pull up behind?
24      A. It wasn't that long. It was less than

                                                    55

1   a minute I want to say.
2      Q. A minute?
3      A. Minute or less. Probably less.
4      Q. Do you know where that squad car came
5   from?
6      A. Behind us because it came from behind
7   and kind of pulled in front of the car.
8      Q. So how long after Steven and Kenneth
9   got out of the car did Charles get out of the
10  car?
11      A. They all got out the car together.
12      Q. And did you see where Charles went?
13      A. He went in front of my car to look
14  under the hood.
15      Q. Now, I'm sorry, I don't mean to be
16  jumping around, but do you remember as you
17  were driving to this location whether or not
18  you had the radio on?
19      A. I don't really remember.
20      Q. Do you recall if the windows were
21  rolled up or rolled down?
22      A. They probably were rolled up. It was
23  October.
24      Q. Have you looked at your testimony from

                                                    56

14 (Pages 53 to 56)

1  the criminal case at all anytime since?
2      A.  Uh-uh.  No.
3      MR. KSIAZEK:  That's a "no"?
4      THE WITNESS:  I'm sorry.  No.  I keep doing
5  that.  I'm sorry.  No.
6  BY MR. PUISZIS:
7      Q.  That's okay.
8          Do you remember how long after this
9  incident occurred that you testified at the
10 criminal trial?  Was it a matter of weeks or
11 months, couple months?
12     A.  I think it was a couple -- I think it
13 was a couple months.
14     Q.  Okay.  Now, you said Steven got out of
15 the car?
16     A.  Um-um.  Yes.
17     Q.  And he went to look under the hood.
18 What did you see him do?
19     A.  Charles.
20     Q.  I'm sorry.  What did you see Charles
21 do?
22     A.  He lifted up the hood, and I just saw
23 him put his head -- I couldn't really see once
24 he lifted the hood.  I just saw him put his head
                                                57

1  down in there.
2      Q.  Okay.  And when he put the hood up,
3  did the hood stay up?
4      A.  He was holding it up, I believe.
5      Q.  Well, did you actually see him holding
6  it up with one of his arms or did he put a bar
7  up to hold the hood in place?
8      A.  The reason I believe he was holding
9  up the hood, because the hood came down after
10 he started -- after him and the police officers
11 started having whatever they were having.
12         Because I don't remember seeing him
13 take -- actually sitting down and taking down
14 the little stick to put the hood down.
15     Q.  Okay.  So the hood is up.  Now, how
16 long after the hood went up did the police
17 officers arrive?
18     A.  Maybe like 30, 40 -- it was a minute.
19 Probably less than another minute because he
20 really wasn't under there that long before he
21 came, the police officer came up.
22     Q.  Let me ask you.  Did your car have
23 a bar that would hold up the hood?
24     A.  Yes.
                                                58

1      Q.  And where did the police squad car come
2  in relation to your vehicle?  Where did it stop?
3      A.  This is my vehicle.  It came up like
4  this (indicating).
5      Q.  So it pulled in front on an angle?
6      A.  Yeh.
7      Q.  And if your car was facing westbound,
8  would that squad car have also been facing
9  westbound kind of on an angle?
10     A.  Yeh.  Just the same direction just
11 pulled up in front on an angle.
12     Q.  And do you remember if this squad had
13 its lights on?
14     MR. KSIAZEK:  Asked and answered.
15 BY MR. PUISZIS:
16     Q.  At that point in time?
17     A.  I want to say they did, but I don't
18 recall completely.
19     Q.  Okay.  Now, do you know who the police
20 officers worked for when they pulled up?
21     A.  I saw the car.  It was University of
22 Chicago Police.
23     Q.  Okay.  Can you describe how the car
24 pulled up and parked as you described it for us?
                                                59

1      A.  Pulled up the same direction, facing
2  west, and pulled up in the front on an angle.
3      Q.  Right.  What I'm trying to get at is
4  did that squad car, I mean, did it drive by very
5  quickly and screech its brakes and come to a
6  fast halt or did it kind of pull slowly and come
7  to a stop?
8      A.  It pulled -- I mean, it didn't come
9  to a screeching halt, but, you know, it drove
10 in a normal speed and just pulled over.
11     Q.  Okay.  And then the hood was up when
12 the car pulled in front, right?
13     A.  Yes.
14     Q.  What could you see as you sat there
15 with the hood up?
16     A.  With the hood up when they first came
17 there I couldn't really see.  I could just hear.
18 Because at that time when he got out the car
19 to go under the hood, I had cracked my window
20 because he was trying to ask me something about
21 the car or something, where something was under
22 the hood.
23         So all I could do was hear when the
24 hood was still up and the police officer had
                                                60

                            15 (Pages 57 to 60)

1  asked him, "What are you doing," and "Whose car
2  is this?" At this time I couldn't see, really.
3      Q.  Now, you said Charles had said
4  something to you. What do you remember him
5  saying to you?
6      A.  He was asking me where something was
7  under my circuit, something that I don't --
8  because I don't really know anything about cars,
9  but he was trying to ask me where something was
10 under the hood.
11     Q.  Okay. Well, when the University of
12 Chicago car pulled up, how many men were inside
13 the car or how many people were inside the car?
14     A.  Two.
15     Q.  Two? Okay. Did both of them get out
16 of the car, could you see?
17     A.  I couldn't. I saw both of them after
18 the fact, but I don't know if both of them got
19 out the car at first.
20     Q.  Okay. And when whoever was in the
21 squad car got out, did you see what they did?
22     A.  I saw them walk over because it wasn't
23 really like -- my car was here, they were here
24 (indicating), so they just came around, and they

                                                    61

1  came around to Charles.
2      Q.  Okay. Let me ask you, did the -- no
3  one stopped the car in response to the officers
4  activating their Mars lights, right? The car
5  was stopped before that happened?
6      A.  If the lights were --
7      Q.  I mean, do you understand my question?
8      A.  I understand because I'm trying to
9  remember if -- because it's really hard to
10 recall when the lights had came on and
11 everything like that because I wasn't driving.
12 I couldn't really see to see when the -- because
13 I never really heard the sirens because the
14 windows were up at that time and stuff like
15 that. I just know that they said that they had
16 saw the cop sitting.
17     Q.  Who said they had saw the cops?
18     A.  They said they had saw a cop by Dunkin
19 Donuts because that's when my hood start --
20 that's when the horn had started going off.
21 He was like -- he said something like, "Your
22 stupid horn, and there's a cop right there"
23 or something like that.
24     Q.  Who said that?

                                                    62

1      A.  Steven, I think.
2      Q.  So Steven had seen the squad car.
3      A.  Yeh, but I don't recall if the lights
4  were on or anything like that. He didn't say
5  like when the lights had came on. He was just
6  like "the stupid horn."
7          And since I didn't see them behind them
8  because I didn't remember them being directly
9  behind them, I didn't think that they were
10 pulling us over until we had parked and they
11 had got out the car and they had came up.
12     Q.  Right. So, I mean, but it was Steven's
13 intent to go to the ATM, and that's why he
14 stopped the car.
15     A.  Right.
16     Q.  He didn't stop the car in relation to
17 a signal by the police with their Mars lights
18 on, right?
19     A.  If they were on, no.
20     Q.  So what happens when this guy or these
21 guys from University of Chicago go up to
22 Charles?
23     A.  They asked him what is he doing and
24 asked whose car is this.

                                                    63

1      Q.  Can you describe their tone of voice?
2      A.  I'm not good with description, but it
3  wasn't friendly.
4      Q.  They didn't use any vulgarity, did
5  they?
6      A.  Not yet, no.
7      Q.  You'd agree that those are reasonable
8  questions to ask with a horn going off at 2:30
9  in the morning and not knowing if there is
10 a short in the car or the car is stolen, right?
11     A.  I guess.
12     Q.  Did Charles ever give the police his
13 identification?
14     A.  Not that I know of.
15     Q.  Did the police ask for his
16 identification?
17     A.  Yes, they did.
18     Q.  When the police asked for Charles's
19 identification, not knowing that the car was
20 stolen or not, what did he say?
21     A.  He asked them, he was like, you know,
22 "What do you need my ID for? I just explained
23 to you that it's, you know, the young lady who
24 is sitting inside. It's her car."

                                                    64

16 (Pages 61 to 64)

1    Q.  Was there anything improper in your
2  mind about the police asking Charles for his
3  identification, not knowing if that car is
4  stolen or not?
5    A.  No, not at that time.  No.
6    Q.  And if a police officer thinks that
7  a car might be stolen and he asks someone for
8  identification and they refuse to give it to
9  him, do you think that might raise the suspicion
10  level of the officers more?
11    MR. KSIAZEK:  Objection.  Calls for
12  speculation.
13    Answer.
14    THE WITNESS:  I mean, in that situation he
15  told him specifically that it was my car, and so
16  my thought would have been that he -- that's why
17  I waved my hand out, too, when he said that.
18    I thought he would have came to me and
19  asked me for, you know, the registration, my
20  license, anything like that if he was trying to
21  figure out whose car it was.  That's why Charles
22  was asking him, "Why do you need my I.D.?"
23  BY MR. PUISZIS:
24    Q.  When did the hood come down?
65

1    A.  The hood came down sometime either
2  right before or right after they pushed Charles
3  down on the hood of the police car.  It was a
4  little bit before.
5    Q.  So was the hood up when Charles -- when
6  the police officer -- when the police officer
7  asked Charles for his identification?
8    A.  Yeh.
9    Q.  Okay.  So you couldn't see what was
10  happening in front of the car.  You could just
11  hear, right?
12    A.  I could only -- I could see like
13  through -- you know how there is a little gap
14  when you raise the hood up?  I can only see that
15  much space (indicating).  Really wasn't that
16  much because that was like -- that wasn't face
17  level.  That was body level.
18    Q.  And you held your fingers up.  About
19  how much distance could you see underneath the
20  hood of the car?
21    A.  Whatever (indicating).
22    Q.  Indicating for the record, what,
23  about three inches, two inches, between two
24  and three inches, something like that?
66

1    MR. KSIAZEK:  About three inches.
2    MR. PUISZIS:  Okay.
3    MS. GIBBONS:  Um-um.
4  BY MR. PUISZIS:
5    Q.  And could you see Charles's hands at
6  that point in time?
7    A.  No, not really.  I could only really
8  see -- it was more like lower abdomen level.
9  I couldn't really see upper.  I couldn't really
10  see his hands.
11    Q.  Okay.  You couldn't see what Charles
12  was doing with his hands or what the officers
13  were doing with their hands, right?
14    A.  Not at that time, no
15    (WHEREUPON, there was a
16    short interruption.)
17    (WHEREUPON, a short recess
18    was taken.)
19  BY MR. PUISZIS:
20    Q.  Now, I want to go back, and I don't
21  want to repeat questions, but let me -- I'm not
22  sure we talked about this.
23    When the police officers -- the police
24  officers asked him what he was doing and whose
67

1  car is this.  You said that.  Did they ask him
2  those questions at the same time or was one
3  question first and the second question after?
4  Do you remember?
5    A.  I believe they were -- they might
6  have been behind -- I can't remember if they
7  were like directly behind each other.
8    Q.  Okay.  What did Charles say, if
9  anything --
10    A.  Because I remember his responses to
11  them.  I just don't know if they were together
12  or the questions were separately.
13    Q.  Okay.  Well, what did Charles say in
14  response to the question about what he was
15  doing?
16    A.  He said he was checking under my hood,
17  "checking under the hood."
18    Q.  Okay.  And what was his response when
19  they said, "Whose car is this?"
20    A.  He said, "It's her car in there."
21  He pointed at me.
22    Q.  Well, the hood was still up at that
23  point, right?
24    A.  Yes.
68

17 (Pages 65 to 68)

**Page 69**

```
 1    Q.  You couldn't see his hands, right?
 2    A.  He said he pointed at me.
 3    Q.  That's what he told you he did.
 4    A.  Yes.
 5    Q.  When did he tell you he pointed at you?
 6    A.  When we talked after, after he had got
 7  arrested.
 8    Q.  You didn't actually see him point at
 9  you.
10    A.  No, but I heard him say, "It's her car
11  in there," and that's when I -- you know, I did
12  like this (indicating).
13    Q.  You're raising your one hand up, and
14  you're moving your hand back and forth, right?
15    A.  Yeh.
16    Q.  Okay.  Did you stick your hand out
17  the side window or was it just up in front?
18    A.  Was it out the side window?  It might
19  have been out the side window.  I think it was
20  out the side window.
21    Q.  You think or do you know?
22    A.  I'm not sure.  I just remember waiving
23  my hand.  I'm pretty sure I stuck it out the
24  window because he wouldn't have been able to
```

**Page 70**

```
 1  see it.
 2    Q.  Hood was still up at this point in
 3  time, right?
 4    A.  Yes.
 5    Q.  Then what's the next thing you heard,
 6  if anything?
 7    A.  He asked him for his I.D., the officer
 8  did, ask Charles for his I.D.
 9    Q.  Did you hear one police officer's
10  voice or more than one police officer's voice?
11    A.  I heard one at that time.
12    Q.  Okay.  And Charles didn't produce the
13  identification, correct?
14    A.  No.  He responded saying, "Why do
15  you need my I.D.?  I just told you.  I just
16  explained to you it's her car in there."
17    Q.  And what happened after Charles said,
18  "Why do you need to see my I.D." and failed to
19  produce it?
20    A.  The officer -- officer said again,
21  you know, "You heard what I said.  I need to see
22  your I.D."  And Charles was like, "But I just
23  told you it was her car.  I'm not understanding"
24  or something along that line.
```

**Page 71**

```
 1    Q.  Okay.  So after the officer asked
 2  Charles to produce identification a second time,
 3  he failed to do so, right?
 4    A.  Yes.
 5    Q.  In fact, he refused to do so, right?
 6    MR. KSIAZEK:  Objection.
 7  Mischaracterization.
 8    THE WITNESS:  Again, I told you what he did.
 9  He responded saying that.  But no, he didn't
10  give him the I.D.
11  BY MR. PUISZIS:
12    Q.  Okay.  So after Charles failed to
13  produce his identification after being asked by
14  this officer a second time, what happened then?
15    A.  The officer said, "Give me your f-ing
16  I.D. right now."
17    Q.  By the way, do you know this officer
18  who's having this conversation with Charles,
19  did you see the officer at all?
20    A.  I saw him right after this because this
21  is when Charles -- see, as I'm telling it, I
22  can remember exactly when the hood come down.
23  Because after that, that's when Charles turned
24  around to face the officer because the officer
```

**Page 72**

```
 1  went to grab him.  That's when I saw who the
 2  officer was, after that, but I hadn't seen him
 3  up to this point.
 4    Q.  So you didn't know if that officer
 5  was white, black, Hispanic or even a female.
 6    A.  Definitely was a male voice.
 7  Definitely didn't sound like Hispanic or white.
 8    Q.  Why do you say that?
 9    A.  The way he was talking.
10    Q.  What was unusual about the way he was
11  talking?
12    A.  It was -- I know for sure it was a male
13  voice.  It was -- I don't know how to describe
14  it, but the tone and the way that he talked, his
15  words, it didn't sound Hispanic or white at all.
16    Q.  Okay.  But you'd agree with me you
17  didn't see the officer up to that point in time.
18    A.  Right.
19    Q.  And -- I'm sorry.  The officer said
20  something about wanting to see his I.D. right
21  now?
22    A.  With the word in between there, but
23  yes.
24    Q.  Okay.  And what did Charles say in
```

18 (Pages 69 to 72)

1 response when the officer said he wanted to see
2 his I.D. right now or words to that effect?
3    A. I don't remember a response. The next
4 thing I knew is that I saw the hood -- that's
5 when the hood had came down. Charles turned
6 around I'm guessing. That's why the hood
7 dropped. I saw him. He was no longer facing
8 the car.
9    MR. PUISZIS: Ms. Reporter, can you read the
10 question and answer back?
11       (WHEREUPON, the record was read
12       by the reporter as requested.)
13 BY MR. PUISZIS:
14    Q. Okay. So did you hear Charles say,
15 "Here is my identification" or anything to that
16 effect?
17    A. No.
18    Q. Okay. So we know an officer had asked
19 him three times for identification, right?
20    A. Yeh.
21    Q. And Charles had not produced that
22 identification after being asked three times,
23 right?
24    A. Yes.

73

1       (WHEREUPON, there was a
2       short interruption.)
3 BY MR. PUISZIS:
4    Q. So the hood came down, and did you see
5 Charles turn around after the hood came down?
6    A. When the hood came down, Charles was
7 already turned around. He wasn't facing the car
8 anymore.
9    Q. Okay. And then the hood came down,
10 and Charles was turned around. How many
11 officers were there, one or more than one?
12    A. I think there were two by that time.
13    Q. Okay. Can you describe for me the
14 officer -- or where were the officers in
15 relation to Charles at that point in time after
16 the hood came down?
17    A. One was -- I'm trying to remember where
18 the other one came. I know specifically the
19 black one was on -- Charles was this way
20 (indicating), he was like toward the left of
21 him kind of behind him.
22    Q. So as you are seated in the car looking
23 through the front window, now that the hood had
24 gone down, you see a black officer standing to

74

1 Charles's left.
2    A. I think it was his left, yeh.
3    Q. As you are facing him.
4    A. Yeh.
5    Q. Okay. Now, can you describe this black
6 officer for me?
7    A. I just know he was average height,
8 darker skin, not like extremely dark, but a
9 darker skin, and I don't remember much else
10 besides that.
11    Q. Was he taller than Charles or shorter
12 than Charles?
13    A. I'm not sure. I don't want to guess.
14    Q. Was he a young guy or was he an old
15 guy?
16    A. What's your definition of "young"? I
17 wouldn't say he was old.
18    Q. How old would you say he was?
19    A. Maybe, I don't know, 40s? 30s, 40s?
20    Q. I'm really old, then, if 30s or 40s is
21 old.
22    A. I mean, it wasn't old. Like he wasn't
23 20, 22 or anything like that.
24    Q. Okay. So you thought he was in his 30s

75

1 or 40s.
2    A. Yes.
3    Q. Okay. You know, Charles is kind of a
4 big guy, isn't he?
5    A. Yes.
6    Q. Strong guy?
7    A. Yes.
8    Q. How much do you think he weighs?
9    A. I have no idea.
10    Q. This guy wasn't nearly as big as
11 Charles, right?
12    A. As big like -- no. He wasn't like
13 as big, swollen as Charles, no, as muscular as
14 Charles. I don't think so.
15    Q. You have seen Charles with his shirt
16 off, right?
17    A. I have.
18    Q. He's pretty well-built, isn't he?
19    A. Up here (indicating). He has a lot of
20 upper. . .
21    Q. He's got a lot of strength in his --
22 lot of big muscles in his chest and his
23 shoulders and his arms?
24    A. Yes.

76

19 (Pages 73 to 76)

1  Q.  In fact, one of his pictures on his
2  Facebook has him posing with his shirt off like
3  this with his arms in front of him (indicating),
4  right?
5  A.  Probably so.
6  Q.  You don't remember seeing it?
7  A.  No.  But that could be very well true.
8  Q.  Okay.  Got a lot of strong muscles in
9  his back?
10  A.  I guess so.
11  Q.  Okay.  Now, after the officer asked
12  Charles to see the identification for the third
13  time, what's the next thing that happens?
14  A.  That's when I could fully see because
15  after that happened, Charles wasn't facing the
16  car.  The officer was on the side of him.  And
17  I'm guessing that he was trying to get him on
18  the hood of the car.  And so he is trying to
19  push him down, and Charles is like, "What are
20  you doing?"
21       And he's steadily trying to push him
22  down on the hood.  He's like, "What are you
23  doing?  What are you doing?"  And then it's kind
24  of when he snatched -- I don't know if that's --
                                              77

1  A.  Not that I remember.  I just remember
2  one.
3  Q.  Okay.  So you remember the black
4  officer at some point after the hood goes down
5  grabbing Charles?
6  A.  Uh-huh.
7  Q.  I think you said you saw him snatch
8  him?
9  A.  Yeh.  It was like grabbing him by his
10  shirt.
11  Q.  Okay.  So you saw this officer who
12  was on Charles's left grab him by his shirt?
13  A.  He was like to the left like right
14  behind him.  Like it would be over your
15  shoulder.
16  Q.  Okay.  Did this officer grab him with
17  one arm or both arms or one hand or both hands?
18  A.  I want to say it was one when he first
19  grabbed him.
20  Q.  Okay.  So the officer grabs him with
21  one arm.  Do you remember if he grabbed him with
22  his right hand or left hand?
23  A.  I don't remember.
24  Q.  Where did you say he grabbed him, by
                                              79

1  he snatched him up by his collar and then pushed
2  him down on the hood.
3  Q.  Where was the other officer at this
4  point in time?
5  A.  I want to say he was helping him trying
6  to get him on the hood, but I really don't
7  recall the other officer until they got Charles
8  down to his knees.  So I can't remember exactly
9  where he was at.
10  Q.  I'm sorry.  You said you don't really
11  recall the other officer --
12  A.  Where he was at exactly until they
13  got him down, Charles down to his knees.
14  Q.  Well, when the hood goes down, you said
15  the black officer was standing to Charles's
16  left.  Did you see where the other officer was
17  at that point in time?
18  A.  I don't want to guess and say he was
19  on the other side, but I know he was there.  I
20  just really can't recall his exact orientation,
21  where exactly he was standing.
22  Q.  And did you ever hear -- when the hood
23  was up, did you ever hear more than one voice
24  speaking to Charles?
                                              78

1  his collar?
2  A.  His shirt collar.
3  Q.  His shirt?
4  A.  I think he had on this -- I want to
5  say he had on a sweater and like a shirt under.
6  I want to say it was a collar.  I knew it was
7  up in this area, up here (indicating), collar.
8  Q.  Okay.  So then this officer grabs him,
9  you think, by the shirt collar.  What do you see
10  happen after the officer grabs him by the shirt
11  collar?
12  A.  He grabs him, and Charles kind of
13  does -- I don't know what you want to call this,
14  shoulder roll (indicating).
15  Q.  He moved his shoulder, kind of rolling
16  his shoulder?
17  A.  Yeh.  He like rolled his shoulder back
18  once he grabbed him up.  He's like, "What are
19  you doing?"
20  Q.  Did you see the officer's hand come off
21  of Charles?
22  A.  Once he did this?
23  Q.  Once he did the shoulder roll.
24  A.  I think it did.
                                              80

20 (Pages 77 to 80)

1    Q.   And then what's the next thing you
2  see happen after Charles did the shoulder roll?
3    A.   He tries with both of his hands to
4  push him down on the hood, the squad car.
5    Q.   Now, when you say "he," are you talking
6  about the black officer?
7    A.   Yes.
8    Q.   Okay.  Describe for me what the black
9  officer did with his hands to Charles, as best
10  you can recall.
11    A.   He goes like this (indicating).  After
12  Charles —
13    Q.   After Charles does the shoulder roll?
14    A.   He's like this (indicating).  Kind of
15  turned little bit after he does it.  So then the
16  officer I want to kind of say he grabs him, and
17  he's like pushing him down, trying to push him
18  down.
19    Q.   Okay.  You say the officer grabbed him.
20    A.   I don't know if you want to call it
21  "grab."  He started trying to shove him down,
22  push him down.
23    Q.   Did the officer use both hands or one
24  hand?
                                              81

1    A.   He used both hands when he was trying
2  to get him on the car.
3    Q.   What part of Charles's body did the
4  officer's hands go onto?  Do you understand my
5  question?
6    A.   It was somewhere up here (indicating),
7  the upper body, shoulder region.
8    Q.   I want to make sure I understand
9  something.  You're sitting in your car on the
10  passenger's seat.
11    A.   Yes.
12    Q.   Charles had been under the hood, right?
13    A.   Right here under the hood.
14    Q.   Okay.  So when Charles was facing —
15  when Charles was looking under the hood,
16  he was facing in your direction, right?
17    A.   Looking -- yes.
18    Q.   Okay.  And the squad car is somewhere
19  behind him, right?
20    A.   Right.
21    Q.   Okay.  Now, Charles -- after the hood
22  comes down, you say Charles turns around?
23    A.   He's that way, though (indicating).
24    Q.   Which way, this way (indicating)?
                                              82

1    A.   Turn a little bit more.
2    Q.   Turn little bit more.
3    A.   He is like that (indicating).  Turn
4  little bit more towards me.  He's like that.
5    Q.   So he would be facing southwest, right?
6    A.   Right.
7    Q.   And the officer is where in relation
8  to him as Charles is facing southwest?
9    A.   He is on your — that side from behind.
10    Q.   Left?
11    A.   Yes.
12    Q.   Okay.  So the officer grabs Charles
13  probably on his left shoulder, and Charles does
14  a shoulder roll, right?
15    A.   Yes.
16    Q.   Okay.  Then the officer — and Charles
17  is still facing southwest or does he turn a
18  little bit more?
19    A.   He turns a little bit more.
20    Q.   So he's almost facing straight south
21  now, right?
22    A.   Closer.  He's something like where you
23  are right now.
24    Q.   Okay.  So Charles's body is between you
                                              83

1  and the officer, right?
2    A.   Right.
3    Q.   Okay.  You see where the officer's
4  hands go on Charles's body?
5    A.   Somewhere in — I don't know the exact
6  region, but it's somewhere the upper — this
7  upper portion of the body (indicating).
8    Q.   And you were pointing to your back,
9  right?
10    A.   Yeh.
11    Q.   So you see the officer's hands come
12  over his shoulder?
13    A.   It wasn't over his — no.  The officer
14  is not in front of him.  The officer is behind
15  him.
16    Q.   So you see the officer's hands come
17  over his shoulder.
18    A.   It's not over, it's like —
19    MS. GIBBONS:  If I'm standing behind someone,
20  and I'm trying to push you like this
21  (indicating).
22    MR. PUISZIS:  Let Helen stand up.
23    MS. GIBBONS:  If I'm the officer, where am I
24  standing?
                                              84

21 (Pages 81 to 84)

1    THE WITNESS: You are behind. You are more
2  like where his chair is at (indicating).
3    MR. PUISZIS: Indicating for the record
4  to Charles's left, your right, correct?
5    MS. GIBBONS: Correct.
6      Am I -- is the officer between Charles
7  and the car? Because that's what it seems like.
8    THE WITNESS: Between Charles and my car?
9    MS. GIBBONS: Um-um.
10    THE WITNESS: My car is here. He is still
11  in front of the car. He's just not facing me.
12    MS. GIBBONS: Okay. Sorry, because I'm
13  unclear, you are sitting like where you would
14  be in your car. That's how you are having it
15  go. The car is right here (indicating).
16    THE WITNESS: And you're in front of the car,
17  but you're turned that way (indicating).
18  BY MR. PUISZIS:
19    Q.  And how far is the squad car from where
20  Charles --
21    A.  It's like the hood of it is in front of
22  him.
23    Q.  How many feet in front of him, one big
24  step?

85

1    A.  Something like that.
2    Q.  Two big steps?
3    A.  It's not even that far.
4    Q.  Three feet?
5    A.  Between like three and -- probably like
6  three to five.
7    Q.  Somewhere between three and five feet.
8      So you see the officer put his hands
9  up on Charles's back, right?
10    A.  He's like trying to push him down
11  because the hood is right there. First he grabs
12  him by the shirt right here (indicating). So
13  Charles kind of rolls his shoulder. You see how
14  you naturally turned this way a little bit? So
15  when that happens, it might have been like that,
16  something like that. He's trying to push him
17  down on the car.
18    MS. GIBBONS: From the front.
19    THE WITNESS: From the front. I guess. I
20  remember hand back here.
21  BY MR. PUISZIS:
22    Q.  From Charles's left side the officer is
23  pushing him?
24    A.  I specifically remember a hand back

86

1  here, but I remember him using both of his
2  hands.
3    Q.  Now, when Charles did the shoulder
4  roll, did you see any portion of his arm come
5  in contact with any portion of the officer?
6    A.  No. I just saw him doing this
7  (indicating).
8    Q.  Just saw him doing that. But from
9  where you were seated, you were below them,
10  right, because you are sitting in the car,
11  right?
12    A.  Yeh. Yeh.
13    Q.  Charles is standing up. Charles does
14  the shoulder roll. You don't know if any
15  portion of Charles's arm comes in any contact
16  with the officer?
17    A.  I didn't see him come in contact with
18  the officer at all.
19    Q.  You saw the officer's hand come off of
20  him?
21    A.  When he did this, yeh, because it was
22  like he grabbed like someone's going like this
23  (indicating).
24    Q.  So you saw Charles flail his shoulder,

87

1  right?
2    A.  Yeh.
3    MR. KSIAZEK: Objection.
4  Mischaracterization. Shoulder roll.
5    MS. GIBBONS: She already answered.
6  BY MR. PUISZIS:
7    Q.  So then you see the officer grab
8  Charles and push him, right?
9    A.  He is trying to push him.
10    Q.  Trying to push him.
11    A.  Onto the car.
12    Q.  Did you see Charles move at all or
13  did he just stay there?
14    A.  No. He's like -- as he's trying to
15  push him, he is like he's pushing him down,
16  and Charles is like coming up like as he is
17  trying to push him down.
18      It's like someone is trying to push
19  you down, and you're not trying to immediately
20  go down. "What are you doing? What are you
21  doing?" So he's trying to push him on the car,
22  and --
23    Q.  Well, did Charles move at all to his
24  left?

88

22 (Pages 85 to 88)

1    A.  I believe -- I believe he did.
2    Q.  Or to his right?
3    A.  To his right.
4    Q.  Okay.  How far did Charles move to his
5  right?
6    A.  A couple of steps.
7    Q.  Couple of steps.  So he was still
8  couple feet away from the squad car, right?
9    A.  Yes.
10   Q.  And you hear Charles say, "What are
11 you doing?  What are you doing," right?
12   A.  Yes.
13   Q.  Did the officer say anything in
14 response?
15   A.  Not at that point in time he didn't.
16   Q.  Okay.  Do you know where the other
17 officer is at this point in time?
18   A.  I want to say he's on the other side
19 because once they get him on the -- once they
20 try to get him on the car, the other officer --
21 I didn't know what it was at first.  He poked
22 him with something in the side.  I didn't know
23 what it was at first because the black officer
24 didn't do this, it was the other officer.  He

89

1  had to be on the other side of him.
2    Q.  What did you see the other officer poke
3  him with?
4    A.  I couldn't tell what it was.  I just
5  saw this motion and then Charles do something
6  like this (indicating), you know, like this and
7  fall to his knee.
8    Q.  Okay.  Did he have a taser?
9    A.  I don't think it was -- Charles told
10 me later that it was a club.
11   Q.  Billy club?
12   A.  Yes.
13   Q.  When did Charles tell you that the
14 other officer hit him with a billy club?
15   A.  Once we came and got home from jail.
16   Q.  Do you remember where this conversation
17 occurred where Charles told you that he was hit
18 by the other officer with a billy club?
19   A.  It was outside the jail on the drive
20 home.
21   Q.  Who was with you and Charles on the
22 drive home?
23   A.  It was me, Steven -- me and Steven
24 had came and got him.  I think that was it.

90

1  Was Alicia there?  I know Alicia was with us
2  because her father was the one trying to get
3  him out.  I can't remember if she was there for
4  the actual conversation, though.
5    Q.  Okay.  Can you describe the officer
6  that hit Charles with a billy club?
7    A.  All I know is that he was Hispanic.
8  He was shorter than the other two, than Charles
9  and the other officer.  That's all I know.
10   Q.  Okay.  So we jumped around a little
11 bit.  I apologize.  I shouldn't do that because
12 I don't want to go over and ask questions again
13 and again.
14      You saw Charles move a couple of feet
15 with the officer, right, the black officer?
16   A.  Um-um.
17   Q.  Did you see the black officer do
18 anything other than trying to push Charles?
19   A.  At that time, no.
20   Q.  Okay.  So Charles moves a couple
21 of steps, you described it for us, towards his
22 squad car.  What happens right after that?
23   A.  After he is moving, he is still trying
24 to -- that's when the officers are still trying

91

1  to push him down on the car.  Push him down on
2  the car, and I guess they went to -- I don't
3  know if they were trying to search him.  I don't
4  really know what they were doing.
5      And he's like, "What are you doing?"
6  He pops back up, and he is like, "What are you
7  guys," like "What are you doing" is all he kept
8  saying.  "What are you doing?"
9      The officer said something to him.
10 I don't recall what it was.  And the next thing
11 I remember is the thing with them getting him
12 down to his knees because I don't know if they
13 thought that he was trying -- I don't know what
14 they thought he was trying to do.  He popped
15 back up.  He's like, "What are you guys doing?
16 What are you doing?"
17   Q.  Did you take any photos of this
18 incident?
19   A.  No.  I just took photos of Charles
20 after, as soon as he came from the jail.
21   Q.  Okay.  Did anybody at the scene take
22 any photos of the incident?
23   A.  Not at the scene, no.  We just took
24 pictures after.

92

23  (Pages 89 to 92)

1    Q. Right. But I mean Steven and Kenneth
2  didn't take any photographs or videotape to your
3  knowledge of anything?
4    A. Uh-uh.
5    MR. KSIAZEK: That's a "no"?
6    THE WITNESS: No. Sorry.
7  BY MR. PUISZIS:
8    Q. I'm sorry. And I'm not sure I
9  understood. You said after Charles moved a
10 couple steps to the left, the officer continued
11 to push him?
12    A. He is still trying to get him down on
13 the hood of the police car.
14    MS. GIBBONS: Is he still to the side or in
15 front of him?
16    MR. KSIAZEK: Stay seated.
17    THE WITNESS: He is not in front of him.
18 He is still towards his left behind him. He is
19 actually more so behind him because he's trying
20 to push him down this way (indicating).
21 BY MR. PUISZIS:
22    Q. Okay. So you see the officer continue
23 to push him towards the squad car, correct?
24    A. Yes.

93

1    Q. So at some point do you see Charles
2  move a little bit more?
3    A. Besides when he normally -- when he
4  moved at first? I don't remember him moving
5  too much more to the left after that.
6    Q. Okay. So you remember Charles moving
7  a couple steps to the left. How far from the
8  squad car was he?
9    A. The squad car is to your left, though.
10 The squad car is over on this side (indicating).
11    MS. GIBBONS: Turned this way (indicating).
12    THE WITNESS: If this is my car parked here,
13 the squad car is pulled right here (indicating).
14    MS. GIBBONS: The car is right here.
15 BY MR. PUISZIS:
16    Q. So you see Charles moving a couple
17 steps?
18    A. I should say to the right. He moved
19 couple steps to the right.
20    Q. Okay. How far is he from the squad
21 car, now?
22    A. Squad car is over here (indicating).
23 Not that far from it.
24    Q. When you say "not that far," can you

94

1  give me a best estimate, foot, two feet, three
2  feet?
3    A. Maybe two feet.
4    Q. Okay. So is the officer still pushing
5  him towards the squad car?
6    A. Yes, but the squad car is on this side,
7  though (indicating), just --
8    MR. KSIAZEK: The left?
9    THE WITNESS: Yeh. My car, squad car is here
10 (indicating).
11 BY MR. PUISZIS:
12    Q. Okay. So did Charles move away from
13 the squad car when the officer --
14    A. It was a couple feet away from the
15 squad car.
16    Q. Okay. So Charles moved away from the
17 squad car.
18    A. Yes.
19    Q. The officer is pushing him towards the
20 squad car, and Charles isn't going along with
21 the officer moving in that direction. Charles
22 actually moves a couple feet.
23    A. A couple steps over to the right.
24    Q. Farther away from the squad car.

95

1    A. Yes.
2    Q. So if the officer is pushing him
3  towards the squad car and Charles is moving away
4  from the squad car --
5    A. He's like, "What are you doing?" He's
6  moving. He's stepping. "What are you doing?
7  What are you doing?" That's when he moved -- he
8  moved a couple steps, and then officer came, and
9  he actually got him on the -- actually got him
10 pushed down on the car.
11    Q. Okay. I want to stop for a second.
12 Gave us a lot of information. The officer is
13 pushing him towards the squad car. Charles
14 actually takes a couple steps away from the
15 squad car?
16    A. Right.
17    Q. Does that mean Charles is pushing
18 back -- if the officer is pushing him towards,
19 and Charles is moving away, Charles has got
20 to be pushing back on the officer, right?
21    A. He wasn't pushing. That's why he moved
22 away. He is doing this (indicating). "What
23 were you doing? What are you doing?" He's
24 trying to make sure that he didn't touch him.

96

24  (Pages 93 to 96)

1    MR. KSIAZEK: By saying "doing this," putting
2    your hands in the air?
3    THE WITNESS: Put his hands in the air.
4    "What are you doing? What are you doing?" He's
5    pushing him.
6    BY MR. PUISZIS:
7    Q. But Charles is not going in the
8    direction he's pushing him, right?
9    A. Right.
10   Q. Charles is actually moving?
11   A. He's taking steps, but he didn't push
12   him.
13   Q. Well, the officer had his hands on
14   Charles, right, as Charles is moving to your
15   right?
16   A. Right.
17   Q. Do you see the officer having to
18   back up at all as Charles steps towards him?
19   A. He is stepping away from him. If the
20   officer is here, Charles is moving to your
21   right. The officer is here. So he's stepping
22   away from the officer.
23   If you are the officer, he is stepping
24   away from you. He's stepping to the right. Do

97

1    directly in front of where you would be right
2    now.
3    Q. You don't see Charles going down at
4    all, right? His upper body is not bending over?
5    And in fact Charles is moving away from the
6    squad car, right?
7    A. Yes.
8    Q. And this is after he did the shoulder
9    roll as we have described it.
10   A. Right.
11   Q. So what does the officer do, then,
12   as Charles moves to the right? Does he say
13   anything?
14   A. I think he said something, but I don't
15   remember what he said.
16   Q. So after Charles moves a couple steps
17   to the right, he's actually moving farther away
18   from the squad car?
19   A. Right.
20   Q. What does the officer do?
21   A. He comes back. The officer is back
22   over where he is. He pulls him and pulls him
23   down on the car.
24   Q. So he literally grabs Charles. What

99

1    you see what I'm saying?
2    Q. Because I thought you said he was
3    trying to push Charles towards the squad car.
4    A. And the car is right there
5    (indicating). The squad car is not over there.
6    It's over to -- on your left-hand side.
7    Q. So how did the officer have ahold of
8    Charles as he was trying to push him to the
9    left?
10   A. He's behind him.
11   Q. Behind?
12   A. He's towards his left side behind him.
13   He is trying to push him down that way, right
14   there (indicating). Car is like -- the squad
15   car, the hood of the car is like directly in
16   front of him like where you are right now. Like
17   directly in front of him. He's trying to push
18   him down.
19   Q. Okay. And so the officer's got him,
20   and he's trying to push him -- the officer is
21   trying to push Charles to the left.
22   A. Like straight down.
23   Q. Straight down, okay.
24   A. Because the hood of the car is like

98

1    part of his body, what part of Charles's body
2    does the officer grab?
3    A. This right here (indicating).
4    Q. Indicating by both of his shoulders?
5    A. Like I said before, I clearly remember
6    this one, but I don't remember where his -- that
7    would be your left hand. But I clearly remember
8    the right one on the back of Charles's left
9    shoulder.
10   Q. Okay. So you see the right hand on the
11   back of Charles's shoulder.
12   A. I don't know if he used the other one
13   to pull him, but I remember this one pushing
14   down on his left shoulder.
15   Q. Okay. So how many feet forward does
16   Charles -- or to the side does Charles move
17   to get to the squad car?
18   A. It's really not that far. Like
19   everything is really close distance. Nothing
20   is really far away from each other.
21   Q. Well, I thought the squad car was three
22   to five feet?
23   A. Like three feet, yes.
24   Q. Okay. And Charles moved farther,

100

25 (Pages 97 to 100)

1 couple steps farther. So would it be fair
2 to say that Charles had to be moved three to
3 five feet in order to get on the front of the --
4 on the hood of the squad?
5     A. To get on -- they were standing -- they
6 weren't standing directly in front of my car
7 anymore. They were standing in front of the
8 squad car.
9         It's like -- remember I was saying that
10 the squad car was like three feet away from my
11 car? They were closer to the squad car than my
12 car. Not like they were standing right in front
13 of my car and they were trying to push him from
14 my car. They were standing like directly in
15 front of the squad car, if you can understand
16 what I'm saying.
17     Q. Okay. So what do you see happen to
18 Charles's body as the officer continues to
19 try and push him towards the squad car?
20     A. Like I say, he was moving. Once he got
21 him, he did actually get him on the squad car.
22     Q. How did he -- can you describe the
23 position of Charles's body in relation to the
24 squad car?

101

1     A. This is the hood (indicating). He's
2 leaned over. The squad car is facing this way.
3 He is leaned over on the hood, on the very edge
4 of the hood, on the right side of the car.
5     Q. Right side of the car. Now, if I use
6 the term "front quarter panel," do you know what
7 I'm talking about?
8     A. Yes.
9     Q. Okay. There is a wheel well there with
10 a front tire, and there is a portion of the
11 right side of the car called the right quarter
12 panel, right?
13     A. Okay.
14     Q. Where is Charles's body in relation to
15 that right front tire?
16     A. Meaning is it behind it, in front of
17 it, directly in front of it?
18     Q. Right. When he gets pushed onto the
19 hood of the squad.
20     A. Little bit before. It's almost like
21 the corner of the car that he got -- front right
22 corner of the car that he got pushed onto.
23     Q. So it would be between the right
24 front tire and the right bumper on the right?

102

1     A. Yes.
2     Q. Right front quarter panel of the car?
3     A. Yes.
4     Q. Now, did Charles's chest actually touch
5 the hood of the car?
6     A. I don't know if he actually touched
7 the hood, but I know he bent over onto the car.
8     Q. What did you see Charles do with his
9 hands?
10     A. They were on the car.
11     Q. So he put his hands on the hood of the
12 car?
13     A. Yes.
14     Q. Of the squad car.
15     A. Right.
16     Q. Okay. What did Charles do at that
17 point in time?
18     A. That's when I guess the officer was
19 trying to pat him or something like that.
20     Q. Do a frisk?
21     A. Yes.
22     Q. What specifically did you see the
23 officer do?
24     A. I just saw him doing this (indicating).

103

1     Q. When you say "doing this," you are
2 tapping your side?
3     A. Patting, patting. I'm sorry, patting.
4     Q. You saw him patting down his clothing
5 like he was searching for weapons, right?
6     A. Right.
7     Q. Okay. What's the next thing you see
8 happen after the officer starts patting him down
9 for weapons?
10     A. He was patting, and then Charles popped
11 up and was like, "What are you doing?"
12     Q. When you say "Charles popped up," what
13 specifically did he do?
14     A. Like this (indicating). It was like,
15 "What are you doing?"
16     Q. So Charles pushed up from the hood
17 of the car? You said he had his hands in front
18 of his chest now?
19     A. He's like, "What are you doing?"
20     Q. He said, "What are you doing" to the
21 officer?
22     A. Yes.
23     Q. And what's the position of the officer
24 when Charles does this?

104

26 (Pages 101 to 104)

**Page 105**

1    A.   He was behind him.
2    Q.   Behind him?  Was he still hunched over
3  patting down his legs looking for a weapon?
4    A.   I don't -- I want to say he was,
5  but I'm not absolutely sure.
6    Q.   Okay.
7    A.   Because I think he did something,
8  and it made Charles pop up because he was
9  patting him.  I remember him patting him,
10  and the next thing I remember is Charles
11  popped up and was like, "What are you doing?"
12    Q.   When the officer -- when an officer
13  pats someone down, they typically go down the
14  leg, which means they have to hunch over to do
15  it or they have to go down to a knee to do it,
16  right?
17    A.   He didn't get down all the way that
18  far.
19    Q.   Okay.  But did you see the officer
20  hunch over to pat him down as you described it
21  for us?
22    A.   Yes.
23    Q.   So then while the officer is still
24  patting him down hunched over, Charles stands

**Page 106**

1  up and says, "What are you doing," right?
2    A.   Yeh.
3    Q.   What did the black officer who was
4  patting him down do?
5    A.   He said something that I don't recall
6  what he said, and then -- he said something.
7  Then Charles said something.  I really don't
8  recall what they said.
9        They said something to each other, and
10  then that's when I saw the other officer hit
11  him in the side with whatever he hit him with.
12    Q.   Okay.  And you didn't see it?
13    A.   I just saw him get hit with something
14  in the side.
15    Q.   Okay.  Which side of Charles's body did
16  he get hit on?
17    A.   On the right side.
18    Q.   The right side?
19    A.   Yes.  That was the other officer who
20  hit him, not the black one.
21    Q.   Okay.  Where on Charles's body did he
22  get hit?
23    A.   On right -- I don't know what area you
24  want to call this (indicating).

**Page 107**

1    Q.   Kind of like the rib area?
2    A.   Yes.
3    Q.   Where my love handles would be?
4    A.   Yeh.
5    Q.   Okay.  So when Charles was hit with
6  this object that he later told you was a billy
7  club, what happened?
8    A.   He dropped to his knees.
9    Q.   He went down to both of his knees?
10    A.   I mean, I couldn't really see.
11  Remember, I'm still in the car?  So I couldn't
12  really see if it was both of his knees.  All I
13  could see is the top of his head.
14    Q.   Okay.  Do you hear the officer say
15  anything?
16    A.   He said something about him messing
17  up something, some article of clothing on him.
18    Q.   Who said that?
19    A.   The officer, the black officer.  That's
20  why I never understood what he was talking
21  about.
22    Q.   The black officer said something about
23  messing up his clothes?
24    A.   I think I want to say his shoes.

**Page 108**

1    Q.   Okay.  So how long is Charles down on
2  his knees?
3    A.   Couple seconds because after that
4  he goes all the way down, and I don't see his
5  head -- I can't really see his head anymore.
6    Q.   Okay.  You see Charles goes down?
7    A.   Yes.
8    Q.   What do you see happen?  You see
9  his head go down towards the ground?
10    A.   Yeh.
11    Q.   Does either officer do anything before
12  his head goes down to the ground?
13    A.   I couldn't see if they did anything
14  like with his feet before.  I couldn't see.
15  All I saw is the top of Charles's head, and
16  then I saw him -- I didn't see his head anymore.
17        And then after that I just saw the
18  officer raising his leg, lowering his leg,
19  raising, lowering, raising, lowering, raising,
20  lowering.
21    Q.   Okay.  So you see Charles's head go
22  down.
23    A.   Yeh.
24    Q.   Okay.  And you see -- now, which

27 (Pages 105 to 108)

1 officer was it, the black officer?
2    A. Both of them.
3    Q. Both officers.
4    A. Yes.
5    Q. You say their legs are going up?
6    A. Yes. You just see this (indicating).
7 You just see either going up and down or you see
8 it swinging.
9    Q. Okay. So what did you believe based
10 on those observations that you saw that the
11 officers were doing?
12    A. Kicking.
13    Q. So you saw both officers moving their
14 legs in a manner that led you to believe they
15 were kicking Charles.
16    A. Yes.
17    Q. Okay. Was Charles doing anything?
18    A. He was screaming out, "I'm not
19 resisting. Please stop kicking me." That's
20 why I thought they were kicking him.
21    Q. Okay. How many times did you see these
22 officers move their legs in a fashion that was
23 consistent with --
24    A. I can't even count.
                                      109

1    Q. I'm sorry?
2    A. I can't even count. It was going on
3 for -- before the other squad cars arrived.
4 It was a few minutes.
5    Q. So you saw these officers kicking him
6 for several minutes?
7    A. Yeh.
8    Q. Okay. Was Charles doing anything other
9 than saying, "I'm not resisting"?
10    A. He just kept yelling out, "Stop kicking
11 me. I'm not resisting. Stop kicking me. I'm
12 not resisting." I went like this a little bit
13 (indicating) because he's yelling out, "Stop
14 kicking me. I'm not resisting."
15      You can see I'm short, so I have to
16 lift up to actually see. So I see them kicking
17 him, and the next thing I know there is like
18 four other cop cars that pull up.
19    Q. Now, you said you lifted yourself up
20 to see?
21    A. Just a little bit. Just a little bit.
22    Q. So when you lifted yourself up in the
23 seat, tell us what you could see.
24    A. I just saw more of their legs. I could
                                      110

1 actually see up to like maybe like right here
2 (indicating) and actually see --
3    Q. Indicating for the record what part of
4 your legs could you see?
5    A. Up to the knee.
6    MR. KSIAZEK: Bottom of their knee?
7    THE WITNESS: Yes.
8 BY MR. PUISZIS:
9    Q. So you could see their head down
10 to about the bottom of their knees, right?
11    A. Yes.
12    Q. Could you see Charles?
13    A. I couldn't see Charles.
14    Q. Could you tell if Charles was face up
15 or face down?
16    A. I couldn't tell.
17    Q. Okay. And for a couple of minutes
18 you saw these officers moving their legs in
19 a fashion that you believe they were kicking
20 Charles?
21    A. And Charles is screaming out, "Stop
22 kicking me."
23    Q. Did Charles ever tell you what part
24 of his body was kicked?
                                      111

1    A. He was saying -- he said his face got
2 kicked a couple of times, and he said all of
3 his (indicating) -- what is this region?
4    MR. KSIAZEK: Chest?
5    THE WITNESS: Chest, abdomen. Upper body.
6 BY MR. PUISZIS:
7    Q. Okay. Do you know -- and how long did
8 this kicking go on for, about?
9    A. Just with them two?
10    Q. Yeh.
11    A. I want to say like two minutes, two,
12 three minutes.
13    Q. Two to three minutes?
14    A. Yeh.
15    Q. Okay. And where was Steven and Kenneth
16 during this time frame?
17    A. They -- I am not exactly sure when
18 they came out of the bank because I didn't get
19 approached by Steven until way -- when they had
20 already secured Charles and they were telling
21 me to get out the car.
22      So I'm not exactly sure when they were
23 over because I was trying to pay attention to
24 Charles and see what was happening. I'm not
                                      112

28 (Pages 109 to 112)

1    exactly sure when they came out the bank.
2       Q.  Did they ever tell you when they came
3    out of the bank?
4       A.  He was just saying -- Steven had said
5    something like by the time he had glanced out --
6    because that bank it's a window, and it's open
7    glass, and he was like by the time he had
8    glanced and saw them kicking, it was really
9    nothing he could do about it. So then he came
10   out like after -- after they had stopped --
11      Q.  Okay.
12      A.  -- I think he said.
13      Q.  Steven said he could see where Charles
14   was being kicked by the officers when he was
15   inside the Bank of America ATM.
16      A.  That's what he was saying, something
17   like that.
18      Q.  That's what Steven told you.
19      A.  Yeh.
20      Q.  And when did Steven tell you that?
21      A.  He was saying something like that on
22   the drive to go get -- to try to go get Charles.
23      Q.  Okay. So you said that the two
24   officers from the University of Chicago kicked

                                                    113

1    according to your testimony?
2       A.  When they were kicking him, no. He is
3    just screaming out, "Stop kicking me."
4       Q.  Okay. Do you know why these two
5    officers who had Charles on the ground were
6    kicking him would call in for backup assistance
7    or call that an officer needs assistance?
8       A.  I have no idea.
9       Q.  Did you see Charles wrestle with either
10   of the officers at all?
11      A.  Besides what I told you about him
12   moving away from them when they were trying
13   to push him down to the car, that was about it.
14      Q.  Okay. Did you ever see Charles pick up
15   one of the officers?
16      A.  No.
17      Q.  Charles is strong enough to pick up
18   one of those officers, right, if he wanted to?
19      A.  If he wanted to.
20      Q.  Do you know what position Charles
21   played when he played football?
22      A.  I don't know.
23      Q.  Okay. Now, you said how many squads
24   showed up?

                                                    115

1    Charles for what seemed to be like two or
2    three minutes, and then some other officers
3    arrived?
4       A.  Yes. I want to say approximately three
5    or four more squad cars pulled up. They were
6    both Chicago Police, then University of Chicago
7    Police.
8       Q.  The University of Chicago Police
9    officers' uniforms are the same as Chicago
10   Police officers' uniforms, aren't they?
11      A.  For some reason I don't remember them
12   being exactly the same.
13      Q.  Okay.
14      A.  Or it's like a badge is different,
15   I think.
16      Q.  Okay. Where did the squad cars -- did
17   they all come at one time or did they come at
18   different times?
19      A.  It seemed like they came at one time
20   because it went from one to five like instantly
21   once they all -- I think they all came at the
22   same time.
23      Q.  Would it be fair to say that Charles
24   was not doing anything to these officers,

                                                    114

1       A.  It was three to four.
2       Q.  Three to four squads. Where did they
3    arrive?
4       A.  They were in the street behind us.
5       Q.  When you say "behind" you, towards the
6    rear of your car?
7       A.  Yeh. They were all the way behind the
8    car on the street.
9       Q.  Okay. And what happened when these
10   three to four squads pulled up?
11      A.  Two of them hopped out of the
12   university police. It was either two or three
13   of them. Hopped out the university of police
14   car and ran up to where the other two officers
15   and Charles were and just immediately started
16   kicking.
17      Q.  So two more University of Chicago
18   officers, according to your testimony, ran up
19   to Charles?
20      A.  And they ran up and just immediately
21   started.
22      Q.  And they began kicking him?
23      A.  Yes.
24      Q.  Can you describe these next two

                                                    116

29 (Pages 113 to 116)

1  officers for me?
2      A.  I really couldn't see them because when
3  I say they ran, they ran up, and then I couldn't
4  really see their face because their head was
5  down, and they just started kicking.
6      Q.  Okay.  Could you see their legs moving?
7      A.  Yes.
8      Q.  Okay.  Do you know if either of these
9  officers were black?
10     A.  I really couldn't tell you.
11     Q.  Do you know if they were Hispanic?
12     A.  I could not tell you what.  I never
13  really got like a clear view of what they looked
14  like.
15     Q.  But you knew they were from University
16  of Chicago.
17     A.  Yes.
18     Q.  How did you know they were from the
19  University of Chicago?
20     A.  When all the cars pulled up, them two
21  hopped out of a Chicago -- they were like one
22  of the -- if all four cars were pulling up, they
23  were towards the front.  They were in the front.
24  I saw them when they hopped out the car because
                                              117

1  one of them didn't even close the door all the
2  way.  They hopped out the car and started
3  running.
4      Q.  Okay.
5      A.  Because you could hear the sirens when
6  they came up, so I turned to see when the
7  Chicago police and other university police came
8  up.  They hopped out the car.
9      Q.  The University of Chicago officers
10 hopped out of their cars.
11     A.  Yes.
12     Q.  How many squads from the City of
13 Chicago arrived on the scene?
14             (WHEREUPON, there was a
15             short interruption.)
16 BY MR. PUISZIS:
17     Q.  Let me start over.  How many City
18 of Chicago squad cars pulled up?
19     A.  I believe two.
20     Q.  And did they pull up also behind your
21 car?
22     A.  Yes.
23     Q.  Did you ever see any squads pull up
24 from the other direction, from the direction
                                              118

1  you were facing as you were sitting in the car?
2      A.  I don't recall.
3      Q.  Okay.  So you told us that the two
4  University of Chicago officers ran up to Charles
5  and began kicking him.  What did you see the
6  City of Chicago officers do?
7      A.  They didn't really do anything.  I know
8  it was a City officer who talked to me after
9  they got Charles up, after they got Charles
10 off the ground.
11     Q.  Okay.  How do you know it was City of
12 Chicago squad cars?
13     A.  The cars are different.
14     Q.  Okay.  Did they just sit in their squad
15 cars?
16     A.  They got out, but they didn't really
17 approach the scene until the University of
18 Chicago had got Charles I guess in cuffs and
19 off the ground.
20     Q.  How far from where Charles was located
21 were these City of Chicago squads that you
22 believe were City of Chicago squads located?
23     A.  They were like maybe two cars behind
24 me, if you want to do it in distance of cars.
                                              119

1      Q.  And then how far were the University
2  of Chicago squad cars parked?
3      A.  The one that I saw specifically was
4  like a car behind me.
5      Q.  And was there two officers in that one
6  University of Chicago squad car or only one?
7      A.  Two.
8      Q.  Two officers and one University of
9  Chicago squad that you saw.
10     A.  Yes.
11     Q.  You saw one officer get out the
12 driver's side and one get out the passenger's
13 side, right?
14     A.  Yes.
15     Q.  And how long after these two additional
16 University of Chicago officers arrived in a
17 single squad car did they continue to kick
18 Charles for?
19     A.  Probably another minute or two,
20 two minutes.
21     Q.  Another minute or two.
22     A.  Two minutes.
23     Q.  Or two minutes?
24     A.  Yes.
                                              120

30 (Pages 117 to 120)

McCorkle Court Reporters, Inc.
Chicago, Illinois    (312) 263-0052

1    Q.  So if we take the first two officers
2  were kicking Charles for two to three minutes,
3  right?  And then these other two officers were
4  kicking him for about another two minutes.  In
5  total the four University of Chicago officers
6  would have been kicking Charles for, what,
7  five minutes?
8    A.  About five.
9    Q.  And how frequently were they kicking
10  him?  Was it like every chance they could?
11   A.  Yeh.  It was constant.
12   Q.  Constant.  So during the five minutes
13  that these four officers — I'm sorry, not four
14  completely, but during the five minutes that
15  Charles was being kicked, how many times would
16  you say he was kicked, hundreds?
17   A.  I wouldn't even — it might have been.
18  I wouldn't even be able to guess.
19   Q.  I take it Charles was just a mess after
20  this whole incident, wasn't he?
21   A.  He was pretty banged up.  His clothes
22  were ripped.  We took pictures afterwards.
23   Q.  Charles was all bruised up, right?
24   A.  He was bruised, yes.

                                            121

1    Q.  Where was he bruised up?
2    A.  His face, his arms.  I had took him
3  to the hospital afterwards, too.  He had
4  contusions, I forgot where, his ribs.
5    Q.  He had contusions on his ribs?
6    A.  I think it was on his ribs.  He had
7  contusions somewhere.  I can't remember where.
8    Q.  Okay.  Did he have bruises on his ribs?
9    A.  I don't recall.
10   Q.  Did he have any broken ribs?
11   A.  No.  I know there were no broken ribs.
12  I think it was contusions.  And then he had
13  messed — he had — something was wrong with
14  his arm, too, like a bone in his arm.
15   Q.  Okay.  Let me ask you.  Did you ever
16  see any University of Chicago officer pull
17  Charles's pants down during the course of this
18  incident?
19   A.  I couldn't see that.
20   Q.  You didn't see that?
21   A.  I couldn't see that.
22   Q.  You never saw Charles's pants go down,
23  right?
24   A.  I couldn't see it, no.  He told me they

                                            122

1  went down, but I never saw it.
2    Q.  When were they down?
3    A.  I don't know.
4    Q.  Okay.  Did you ever see his underwear
5  pulled down?
6    A.  No, but I know this was ripped
7  (indicating).
8    MR. KSIAZEK:  The waist?
9    THE WITNESS:  The zipper and the waist was
10  ripped.  Zipper was broke, and this was ripped
11  (indicating).  And shirt, there was a big rip in
12  his shirt, too.
13  BY MR. PUISZIS:
14   Q.  Did you ever see Charles pull his pants
15  up?
16   A.  No.
17   Q.  Okay.
18   A.  I didn't see anything with his pants.
19   Q.  Did you ever see Charles kick any
20  University of Chicago officer?
21   A.  No.
22   Q.  Do you know how it was that three
23  University of Chicago officers were injured
24  in this incident?

                                            123

1    A.  I have no idea.
2    Q.  Did the University — were the
3  University of Chicago officers injured by
4  kicking Charles?
5    A.  I wouldn't know.
6    Q.  Did you see any of the University of
7  Chicago officers injure Charles when they were
8  kicking him?
9      I'm sorry.  Did you see any of the
10  University of Chicago officers injure one of
11  their shoulders while they were kicking Charles?
12   A.  No.
13   Q.  Did you ever see Charles kicking a
14  University of Chicago officer in the face and
15  break his glasses?
16   A.  No.
17   Q.  Did you ever hear that a University
18  of Chicago officer's glasses were broken in
19  this incident?
20   A.  No.
21   Q.  So as far as you know, Charles didn't
22  do anything that would have injured any
23  University of Chicago officer.
24   A.  No.

                                            124

                          31 (Pages 121 to 124)

1    Q.  Charles didn't do anything to resist
2  the officer's arrest, according to your
3  testimony, right?
4    A.  Not that -- no.
5    MR. KSIAZEK:  Got to speak up a little.
6    THE WITNESS:  Okay. I'm sorry.
7    MR. KSIAZEK:  That's a "no"?
8    THE WITNESS:  No.
9         He was constantly yelling out, "I'm not
10  resisting."
11  BY MR. PUISZIS:
12    Q.  Did you ever hear the University of
13  Chicago officers yell at him, "Stop resisting"?
14    A.  Yes.  He was saying, "I'm not
15  resisting. I'm not resisting. Stop kicking
16  me. I'm telling you I'm not resisting."
17    Q.  So as the University of Chicago
18  officers were kicking him, they were also
19  yelling, "Stop resisting"?
20    A.  Yes.  Yes.  They yelled it out once,
21  and he started yelling, "I'm not resisting. I'm
22  not resisting. Just stop kicking me. I'm not
23  resisting."
24    Q.  Did you ever see three or four

125

1  to get my purse and stuff."
2         He's like, "Well, you heard what I
3  said. Get out. We're trying to figure out
4  whose car this is."
5         And I was like, "I told him already
6  this is my car. I can show you the
7  registration," and things of that nature,
8  "if you want it." He was like, "You heard me.
9  Get out the car now." So I got out the car.
10    Q.  Do you have any records about the sale
11  of the car?
12    A.  I have them at home, yes.
13    Q.  You do at home?
14    A.  Yes.
15    Q.  If we asked you to produce it
16  to Charles's attorney, could you do that?
17    A.  Yes.
18    Q.  Okay. So Charles gets handcuffed,
19  and he's picked up, and what happens to him?
20  He is brought to a squad car?
21    A.  Yes.
22    Q.  Did you see what kind of squad car
23  he went into?
24    A.  I don't remember which one it was.

127

1  University of Chicago officers on the ground
2  with Charles?
3    A.  No.
4    Q.  So after Charles was kicked for these
5  five minutes, what's the next thing that
6  happened?
7    A.  I just remember seeing him. I don't
8  remember how exactly they got him up. They got
9  him up. He was in handcuffs. And they took him
10  over to the squad car.
11    Q.  How did they pick him up?
12    A.  I don't remember how they picked him
13  up. When they were going to pick him up, that's
14  when the officer had came over to tell me to get
15  out the car.
16    Q.  What officer came over to you and asked
17  you to get out of the car?
18    A.  It was a Chicago police officer.
19    Q.  Okay. And what did you do when the
20  City of Chicago officer told you to get out of
21  the car?
22    A.  I was getting up to get out of the car,
23  and I told him, "All my stuff is in my car."
24  Like my purse and stuff was in there. "I need

126

1    Q.  Okay. And what happens to Charles
2  then?
3    A.  They take him I guess to jail.
4    Q.  Do you know where they took him to?
5    A.  I don't remember --
6    Q.  Okay.
7    A.  -- because I know they took him one
8  place, and then they moved him because we
9  wanted to go try to find him to pick him up.
10    Q.  Okay. Now, what did -- so the officer
11  told you to get out of the car. You eventually
12  got out of your car, right?
13    A.  Yes.
14    Q.  What happens after you got out of your
15  car?
16    A.  They searched the car.
17    Q.  Who searched the car?
18    A.  The Chicago police officer who told me
19  to get out.
20    Q.  And what happens then?
21    A.  And then I was talking to my boyfriend,
22  well, my ex-boyfriend, because I was upset at
23  this time. And then he told us to go home.
24    Q.  Who told you to go home?

128

32 (Pages 125 to 128)

**McCorkle Court Reporters, Inc.**
**Chicago, Illinois    (312) 263-0052**

1    A.  The officer.
2    Q.  Which one?
3    A.  Chicago police officer.
4    Q.  Chicago police officers.
5    Okay.  You were talking to Steven
6  Sinclair?
7    A.  Yes.
8    Q.  What were you staying to Steven, and
9  what is he saying to you?
10    A.  I mean, he was telling me to calm down.
11  I was crying.  He was telling me to "calm down"
12  and "everything is going to be okay," and I am
13  like, "I was trying to just get my stuff out the
14  car."
15    Because the guy who was -- he was
16  yelling, and he's like, "Just get out the car
17  now."  I was like, "I want my stuff."  He is
18  like, "Calm down.  Everything is going to be
19  okay."  You know, "Let them do whatever they
20  want to do because we don't want any more
21  issues."  So they tore up the car searching
22  the car, and they said we can go home.
23    Q.  Okay.  And did you go home?
24    A.  No.

129

1    Q.  Where did you go?
2    A.  We went to go try to find where Charles
3  was at.
4    Q.  Okay.  How did you know to go look for
5  Charles?
6    A.  My ex had asked one of the officers
7  if we wanted to find him or where was he being
8  taken to, and how could we find him.  And so
9  they told him.  Then we called up his girlfriend
10  and found his girlfriend, and then we tried to
11  find him.
12    Q.  Okay.  You called Alicia?
13    A.  Yes.
14    Q.  Who called Alicia?
15    A.  It was either me or Steven.  I don't
16  remember.
17    Q.  Do you remember what you or Steven
18  said to Alicia and what she said in response?
19    A.  We just told him that Charles just got
20  arrested for no reason, and we're trying to find
21  out where he's at.  She told us that she was
22  going to call her dad and call us back.
23    Q.  Okay.  And did she call you back?
24    A.  Yes.

130

1    Q.  And what did she say to you or what did
2  you say to her?
3    A.  She told us to meet her father.  Her
4  father was either a detective, an officer.  I
5  can't remember what he was.
6    Q.  And where did you go next?
7    A.  We went to the station that they
8  originally -- I don't remember what station it
9  was, but the station they originally told us
10  that he was going to be at, we went there,
11  and they told us that they moved him.
12    Q.  And was Alicia's father there?
13    A.  Yes.  He met us there.
14    Q.  What's his name?
15    A.  I do not recall at all what's his first
16  name.
17    Q.  And did he do the talking or did one
18  of you guys do the talking?
19    A.  He did the talking, I believe.
20    Q.  What do you remember him saying?
21    A.  He was just asking him where was he
22  at, what exactly was he being arrested for and
23  what did he -- I don't know if he had bail or
24  something like -- he was asking him just simple

131

1  question.
2    Q.  Okay.  And by the way, did you ever get
3  the horn fixed?
4    A.  Eventually I did.
5    Q.  How long after this incident did you
6  get the horn fixed?
7    A.  Maybe a couple weeks.
8    Q.  Who fixed your horn?
9    A.  I don't remember the guy's name, but
10  some guy that Steven knew because at Circuit
11  City they have a place where they install car
12  radios and do stuff like that.  He said the guy
13  up there knows how to work with electric systems
14  in cars, so I let him do it.
15    (WHEREUPON, there was a
16    short interruption.)
17  BY MR. PUISZIS:
18    Q.  So did you go to another police station
19  then?
20    A.  Yes.
21    Q.  By the way, were you driving or was
22  Steven driving?
23    A.  Pretty sure Steven was driving because
24  I was too disoriented to drive.

132

33 (Pages 129 to 132)

1    Q.  Do you remember where you went after
2  the first police station?
3    A.  We went to the other station, and they
4  told us that he couldn't be released until
5  whatever time it was.
6    Q.  And did Mr. Robinson do the speaking
7  again?
8    A.  No.  He wasn't with us when we went to
9  the other station.
10   Q.  What did he do after he went to the
11 first station?
12   A.  We stepped outside, you know, and he
13 asked us what happened.  He asked me for my
14 I.D., for my license, and then my registration
15 and stuff like that.
16   Q.  Why did he ask you for that?
17   A.  Because he was saying when he was
18 asking the people about what happened inside,
19 they were talking about stolen car, so he asked
20 me for my license and my registration number and
21 my license plate number.
22   Q.  Besides asking for your license and
23 registration, did he have any other conversation
24 with you?
                                                  133

1    A.  He just told us what we needed to do
2  to get Charles out, and he just asked us, just
3  making sure we didn't see Charles hit or touch
4  the officer.
5       And then he said he was going to call
6  us, keep in contact with us, but I don't think
7  I ever talked to him after that, though.
8    Q.  Mr. Robinson doesn't have any personal
9  knowledge of what happened at the scene that
10 night, right?
11   A.  Uh-uh.
12   Q.  Is that a "no"?
13   A.  Sorry.  No.
14   Q.  Okay.  So you went to another police
15 station then?
16   A.  Yes.
17   Q.  What happened when you got to the other
18 police station?
19   A.  They told us that he couldn't get out
20 until -- I forgot what time in the morning it
21 was.
22   Q.  Okay.  I'm sorry.  If I asked this
23 already, I apologize.  When you went to the
24 first station, who was in the car?
                                                  134

1    A.  It was me, Steven, and I think Kenny
2  was still in the car.  I don't remember Kenny
3  being there when we went to the second station,
4  but the first one I do.
5    Q.  Okay.  And who went into the police
6  station?
7    A.  We all did.
8    Q.  All three of you did.
9    A.  Yes.
10   Q.  Okay.  Did you have any conversation,
11 the three of you, about the incident on the way
12 to the first police station?
13   A.  Yes.
14   Q.  Was this while you were in the car?
15   A.  Yes.
16   Q.  Okay.  Please tell us as best you can
17 recall what you or Steven or Kenny said about
18 the incident and who said what.
19   A.  Like I told you before, that's when
20 Steven had said something about seeing what
21 was going on from the window or from inside
22 the ATM, and by that time he couldn't do
23 anything, anyway.  So he waited to come out.
24      And then he said when he came out, they
                                                  135

1  had already had him, I guess.  And he came over
2  to me, and that's when they were trying to
3  get -- that's when they were telling me to get
4  out the car.
5    Q.  Okay.  Did you have any other
6  conversation with Steven or Kenny on the way
7  to the first police station other than that?
8    A.  Not really.  They two were basically
9  trying to say what they saw.
10   Q.  Did Kenny say what he saw?
11   A.  I don't even recall what Kenny said.
12   Q.  Okay.  Now, after you had that
13 conversation and you went to the police station,
14 did you have any further conversation with
15 Steven or Kenny about this incident that night?
16   A.  Not that I remember.  Not outside the
17 first initial on the first drive to the first
18 station.
19   Q.  Okay.  Now, the three of you went to
20 the first police station.  You were told he was
21 at a different police station.  Who then went to
22 the second police station?
23   A.  Me and Steven.
24   Q.  What happened to Kenny?
                                                  136

34 (Pages 133 to 136)

1   A. He got Alicia's dad to drop him off at
2 home because I think he had to work -- I think
3 he had to do something in the morning. Might
4 have been work.
5   Q. So it was just you and Steven went
6 to the station, the second station?
7   A. Yeh.
8   Q. What happened when you got to the
9 second station? Did you have to wait for a
10 while?
11   A. Yeh. I stayed in the car. Steven had
12 went in.
13   Q. And how long was Steven inside the
14 station for?
15   A. Maybe like 15 minutes.
16   Q. And what happened after 15 minutes?
17   A. He came back and said that they can
18 release him -- I couldn't remember the time,
19 until what time. Later on that morning.
20   Q. So what did you and Steven do?
21   A. We left.
22   Q. Where did you go?
23   A. Went home.
24   Q. Dropped Steven off?

137

1   A. Yes.
2   Q. And then you drove home from Steven's
3 house?
4   A. Yes.
5   Q. And what did you do after you got home?
6   A. Went to sleep for a little bit.
7   Q. Okay. After you slept, what happened?
8   A. I went to -- I didn't pick him up. I
9 just remember I took him to the hospital once
10 he came out.
11   Q. Took who to the hospital?
12   A. Charles. Me, Charles and his mom.
13   Q. Why did you take Charles to the
14 hospital?
15   A. Because there nobody else have a car to
16 drive him.
17   Q. How did you know to take Charles to
18 the hospital or how did you know --
19   A. He asked me. He called me and asked me
20 to get him and take him to the hospital and told
21 me to bring my camera so I could take pictures.
22   Q. How did he know that you had a camera?
23   A. Because I always -- usually always --
24 I had my camera with me in my purse. I always

138

1 have my camera with me.
2   Q. And you didn't take any pictures of
3 this incident.
4   A. No. I was not thinking at that time.
5   Q. I'm sorry?
6   A. I wasn't thinking about my camera at
7 the time.
8   Q. Okay. So do you recall what time it
9 was that Charles called you?
10   A. I don't recall at all, sometime in the
11 morning.
12   Q. Did he say anything to you other than
13 asking you to come and take him to the hospital
14 and bring your camera?
15   A. That's all. He was just like, "Can you
16 come? I want to take some pictures. Bring your
17 camera, and then I want to go to the hospital."
18   Q. So you then drove to his house?
19   A. Yes.
20   Q. Did you take pictures before you went
21 to the hospital or before you went to the
22 hospital?
23   A. Before.
24   Q. How many pictures did you take?

139

1   A. It was a lot, between -- it was
2 probably like between 40 and 50.
3   Q. Okay. And you were taking these photos
4 for what reason?
5   A. He said he wanted to keep them.
6 He wanted pictures of his injuries.
7   Q. Okay. So you were taking photos
8 of his body to show his injuries, right?
9   A. I took some of them. He took some of
10 them, yes.
11   Q. Now, he took his shirt off at some
12 point for some of these photos, right?
13   A. Yes.
14   Q. What did you see on his body when he
15 took his shirt off? Did you see any bruises?
16   A. I don't remember if I saw bruises on
17 his body. I want to say that there was some
18 like on his back and on his shoulder. I mean
19 not on his shoulder, but on his side. I
20 remember some on his back, but I don't remember
21 if there was any like on his shoulder -- I mean
22 his chest or his abdomen area.
23   Q. Did you take any photos of his back and
24 his side?

140

35 (Pages 137 to 140)

1    A. I took photos of his back, yes.
2    Q. Okay. And any photos of his injuries?
3    A. He had bruises on his face. We took
4  pictures of that. He had bruises all up and
5  down his arm, so we took pictures of that.
6        His shirt was ripped, and I told you
7  his pants and his zipper, that was ripped. We
8  took pictures of that.
9    Q. Did you see Charles do anything that
10 would cause any injuries to the University of
11 Chicago officers?
12   A. No.
13   MR. PUISZIS: Let me stop for two minutes.
14 I'm going to go up to the fifth floor. I have
15 to take the elevator because they're doing some
16 work on the internal stair.
17        (WHEREUPON, a short recess
18              was taken.)
19 BY MR. PUISZIS:
20   Q. Ashley, by the way, how tall are you,
21 just so I know?
22   A. Four-eleven.
23   MR. KSIAZEK: Is that on or off the record?
24   MR. PUISZIS: On the record.
                                              141

1 BY MR. PUISZIS:
2    Q. Do you know if Charles had any money
3  that night?
4    A. I don't know.
5    Q. Okay. What hospital did you take
6  Charles to?
7    A. I don't remember.
8    Q. Do you know if Charles should have
9  been working the day photographs of him were
10 taken?
11   A. I don't know if he had to work or not.
12   Q. Did you see Charles limping around at
13 all?
14   A. I don't think he was limping.
15   Q. Well, with the beatdown he got from
16 the officers from the University of Chicago,
17 he must have had some problems moving, right?
18   A. He just said he was really sore.
19 I remember he was saying he was sore.
20   Q. Okay. When did he say he was really
21 sore?
22   A. When I saw him when I came to — with
23 the camera to take him to the hospital.
24   Q. Okay. Now, did you have any other
                                              142

1  conversations with Charles that day when you
2  took him to the hospital?
3    A. While we were in the waiting room in
4  the ER, we were talking a little bit.
5    Q. What do you remember talking to
6  Charles about in the waiting room of the ER?
7    A. I was just -- he was just telling me
8  what was wrong or what he thought was wrong with
9  him and that he was telling me — because when I
10 told you before I couldn't really see how he was
11 on the ground, he was just telling me he was
12 like on the ground, and he was trying to protect
13 his body from the hits or from the kicks and
14 that he was -- he asked me did I hear him
15 yelling out, you know, "I'm not resisting. Stop
16 kicking me. I can't breathe. I can't breathe."
17 I told him, "Yeh. I heard that." And that was
18 pretty much it.
19   Q. Okay. Did you see him have any
20 problems moving his arms?
21   A. Right -- one of his arms. That's what
22 I was trying to tell you before. It's like
23 forearm. Something was wrong with it.
24   Q. How long was he in the emergency room
                                              143

1  for?
2    A. Well, we were waiting for a couple
3  hours, but he was actually in there maybe like
4  30 minutes.
5    Q. So he was actually examined, 30 minutes
6  later he was released.
7    A. Yes.
8    Q. Okay. Do you know what they did for
9  him in the emergency room?
10   A. I don't know.
11   Q. Do you know if Charles planned to sue
12 at that point in time?
13   A. I believe he said that he was
14 interested.
15   Q. In suing?
16   A. Yes.
17   Q. So before Charles went to the emergency
18 room, he said --
19   A. No, after. After. After emergency
20 when we were getting ready to leave.
21   Q. So in the emergency room while you
22 were getting ready to leave, Charles said
23 he was interested in filing a lawsuit.
24   A. Yes.
                                              144

McCorkle Court Reporters, Inc.
Chicago, Illinois    (312) 263-0052

1    MR. PUISZIS: Okay. Can we mark this as
2  Glover Deposition Exhibit 1 for identification
3  purposes, please?
4         (WHEREUPON, Glover Deposition
5          Exhibit No. 1 was marked for
6          identification.)
7  BY MR. PUISZIS:
8    Q. Ashley, I'm going to show you and
9  Charles's attorney a photograph of Charles
10  that was taken at the Chicago police station
11  the night of the incident. Take a look at that,
12  please.
13    A. Uh-huh.
14    Q. Does that photograph truly and
15  accurately depict Charles's condition following
16  this incident where he was kicked for five
17  minutes by four officers from the University of
18  Chicago?
19    A. I mean, you really can't see anything
20  on him, but I guess.
21    Q. My question was does that photograph
22  truly and accurately depict how he looked
23  following the incident as you've described it?
24    A. Yes. I guess. Yes.

                                             145

1  to the emergency room or that Charles took of
2  himself?
3    A. Yes. They were in his bathroom.
4    Q. Do those photographs truly and
5  accurately depict Charles's condition as it
6  existed on the day following this incident
7  before you went to the emergency room?
8    A. Yes.
9    MR. PUISZIS: Why don't we mark this as
10  Glover Deposition Exhibit 2 for identification
11  purposes, please.
12         (WHEREUPON, Glover Deposition
13          Exhibit No. 2 was marked for
14          identification.)
15  BY MR. PUISZIS:
16    Q. Is that another photograph -- for the
17  record is that another photograph you took of
18  Charles or that Charles took of himself on
19  the day of the incident following --
20    A. Yes.
21    Q. -- following this occurrence before
22  you went to the emergency room?
23    A. Yes.
24    Q. Does that photograph truly and

                                             147

1    Q. I'm going to show you -- oh, by the
2  way, I asked you, but I don't know if you
3  answered the question. Do you remember what
4  emergency room you took him to?
5    A. I don't remember which one it was.
6    Q. Okay. Do you know why you went to the
7  one particular emergency room versus another?
8    A. No. That was just -- that was just
9  the one he told me to take, and I don't think
10  it was that far from his house.
11    Q. Okay. Do you know if he had a family
12  physician or anything?
13    A. I don't think he did.
14    Q. Okay. I'm going to show you four
15  photos that were previously marked at Charles's
16  deposition. These were marked Charles Boyle
17  Deposition Exhibits 1, 2, 3 and 4. Would you
18  please take a look at those photographs?
19    A. Um-um.
20    Q. Do those photos truly and accurately
21  depict the condition of Charles -- let me stop
22  you. Withdraw the question and rephrase it.
23      Are those four photographs four of the
24  photographs you took of Charles before he went

                                             146

1  accurately depict Charles's condition as it
2  existed at the time the photograph was taken?
3    A. Yes.
4    Q. Do you see any marks or bruises or
5  anything on Charles's face?
6    A. That (indicating) and bruise on the
7  side of his face.
8    MR. PUISZIS: Okay. Let me mark this as a
9  deposition exhibit.
10         (WHEREUPON, Glover Deposition
11          Exhibit No. 3 was marked for
12          identification.)
13  BY MR. PUISZIS:
14    Q. Is that another photograph of Charles
15  that you took or that was taken of him before
16  he went to the emergency room?
17    A. Yes.
18    Q. Does that photograph truly and
19  accurately depict Charles's condition as
20  it existed following this incident?
21    A. Yes. Yes.
22    Q. Okay. Now, you told us about the
23  conversation you had with Charles in the
24  emergency room. Did you have any other

                                             148

                              37 (Pages 145 to 148)

1 conversations with him about the incident at
2 any time since then?
3    A. I think maybe right before the criminal
4 case, but it was more so with his lawyer, but he
5 was there.
6    Q. So you had a conversation with Charles
7 and his attorney?
8    A. Yes.
9    Q. Okay. What did you say to the
10 attorney, and what was said to you?
11    A. He just asked me just to summarize what
12 happened, and he just told me when I go in, just
13 make sure I understand the question fully, and,
14 you know, tell them what I told him is pretty
15 much it.
16    Q. Okay. Did you talk to Charles about
17 what happened?
18    A. Like I said, I talked to him and talked
19 to him and his lawyer.
20    Q. Okay. Did you hear Charles say
21 anything about what happened?
22    A. He told me -- well, we were in the
23 hospital or in the emergency room. I told
24 you we were having the conversation because I
                 149

1 couldn't really see everything. And that's when
2 he told me that it was a billy club that he got
3 hit with because I told him I saw him get hit in
4 the side with something, and I told him he got
5 tasered, and he was like, "No. It was a billy
6 club."
7    Q. So you told him you thought he had been
8 tasered, and he said, no, he was hit by a billy
9 club.
10    A. Yes. That's when he dropped down, and
11 one of them had kicked him, and that's why he
12 fell. And then he was like they started kicking
13 him, and he asked me did I hear him yelling out
14 what he was yelling out, and I told him yes.
15       He was like, "I couldn't breathe, so I
16 told him to stop kicking me because I couldn't
17 breathe." And next thing he knew it was four of
18 them kicking him, and they got him up, and they
19 arrested him.
20    Q. Now, did you take a photograph of the
21 side of him where he got hit by the billy club?
22    A. I don't remember.
23    Q. Can you describe the object that you
24 saw him get hit with?
                 150

1    A. I couldn't really see it. All I knew,
2 it was black, and I saw a thrust motion to his
3 side, and I saw Charles jerk and go to his knee.
4    Q. Can you describe how large this black
5 object was?
6    A. I couldn't really see it because
7 however he was holding it, I guess the guy --
8 I saw his right hand, so I couldn't see it
9 against his body. So I just saw the end of
10 it. It was black, and it poked him in the side.
11    Q. And was this -- that was the Hispanic
12 officer, right?
13    A. Yeh.
14    Q. I'm sorry if I asked this already. I
15 apologize. When is the last time you saw
16 Charles?
17    A. Over the summer.
18    Q. Over the summer?
19    A. Yeh.
20    MR. PUISZIS: I don't have anything else
21 right now.
22         EXAMINATION
23 BY MS. GIBBONS:
24    Q. I just have a handful of questions. I
                 151

1 just want to go back to the incident itself and
2 talk about when exactly you first saw the
3 Chicago police officers and your interactions
4 with them.
5    A. Okay.
6    Q. So from what I remember what you
7 previously testified to, Charles was still
8 struggling with the two University of Chicago
9 police officers when three or four squad cars
10 all kind of came up at the same time?
11    A. Yes.
12    Q. And how many of the squad cars were
13 behind you?
14    A. Like I think there were like three
15 behind me.
16    Q. And were there any in front of you
17 in your line of sight?
18    A. I don't remember at all. I just
19 remember the ones behind me because when I heard
20 the sirens, you know, I turned back around, and
21 I saw them pulling up. So I don't remember
22 if -- it could have been some that came this
23 way, but I really don't remember.
24    Q. And the three or so that came from
                 152

38 (Pages 149 to 152)

1  behind, do you recall how many were University
2  of Chicago?
3      A.  I think there were two.
4      Q.  And can you remember what order they
5  came in?  I'm just trying to figure out like how
6  they were parked.
7      A.  I remember the university ones being in
8  the front.
9      Q.  Okay.  And the Chicago?
10     A.  Being behind them.
11     Q.  Okay.  And you don't recall that the
12 Chicago police officers got out of their car
13 at that point in time, did they?
14     A.  I believe they got out their car, but
15 they didn't like approach like where the scene
16 was happening with the university police and
17 Charles when they -- like they could have got
18 out the car, but they didn't come up to the
19 scene.
20     Q.  Were they standing near their car?
21     A.  Yes.
22     Q.  So they were standing behind basically
23 your car and the two other University of Chicago
24 police cars?

153

1      A.  Yes.
2      Q.  Can you approximate about how many car
3  lengths you believe they were back, to the best
4  that you can?
5      A.  Maybe two or three.
6      Q.  And do you recall how many Chicago
7  police officers you saw in the scene at any
8  point in time?
9      A.  It was no more than like three or four.
10 Might have been four.  I don't remember.  I know
11 it was way more university cops than it was
12 Chicago police officers.
13     Q.  Now, the one squad car you do recall
14 seeing from the City of Chicago, how many
15 officers were in that squad car?
16     A.  I think there were two.
17     Q.  Was it one of those officers who came
18 and spoke to you?
19     A.  I believe so.
20     Q.  Can you describe that officer for me?
21     A.  I just remember him being black.  I
22 don't remember what he looked like or anything
23 like that.  I really don't recall.  I just know
24 he was yelling at me to get out the car, and I'm

154

1      like, "I want to get my stuff."  I don't
2  really -- I wasn't really like looking at his
3  face.
4      Q.  And you mentioned that the Chicago
5  police officer searched your car?
6      A.  Yes.
7      Q.  Now, was it that officer who spoke to
8  you?
9      A.  It was him and another officer.
10     Q.  Did you see what direction these
11 officers approached your car from?
12     A.  It was from behind, but I don't know
13 what side of the vehicle it was.
14     Q.  Did you have any other conversations
15 with any City of Chicago police officers?
16     A.  Not outside of them with the car,
17 and I was trying to tell them the registration.
18 Outside of that and registration of the car I
19 didn't really talk to them.  Steven had spoken
20 to them after that.
21     Q.  How do you know that?
22     A.  Because he walked over to one of the
23 cops to ask them about Charles and stuff like
24 that.

155

1      Q.  Where did this take place, on the side
2  of the street where your car was parked?
3      A.  Yes.
4      Q.  Okay.  In front of your car or behind
5  your car?
6      A.  It was -- my car is parked.  It was
7  on the sidewalk he was talking to them on.
8      Q.  Now, were these the same officers who
9  searched your car and spoke to you and told you
10 to get out of your car?
11     A.  I don't recall -- I'm sorry.
12     Q.  That's okay.
13     A.  I don't recall if it was the same
14 officer.
15     Q.  Do you recall seeing any Chicago police
16 officers wearing a white shirt?
17     A.  I don't recall.
18     Q.  Just going back when you first -- when
19 the car first pulled over to the curb, did you
20 have to pop the hood to like unlatch it?
21     A.  Yes.
22     Q.  Did you pop the hood or did Steven?
23     A.  I popped the hood.  I reached over and
24 popped the hood.

156

39 (Pages 153 to 156)

1    Q. Now, during this whole incident when
2 Charles is interacting with the University of
3 Chicago police officers, what are you doing?
4 Are you upset? Are you crying? At one point
5 you mentioned you were crying.
6    A. When I got out the car -- when I was
7 in the car, I was just scared. So I was kind
8 of like, I don't know, I'm just trying to pay
9 attention to what's going on. I'm not really
10 thinking.
11    I didn't start thinking until the cop
12 came and told me to get out the car, and that's
13 when like everything hit me, and I just started
14 crying, and I got real upset like once I kind
15 of snapped back into it and the cop came over.
16 So I was fine until he came over and was yelling
17 at me to get out of the car.
18    Q. Were you hyperventilating or anything
19 while you were inside the car or outside the
20 car?
21    A. I could have been outside the car.
22    Q. But not that you recall when you were
23 inside the car.
24    A. No.

157

1    A. Not that I know of.
2    Q. Did you suggest that maybe he should
3 seek counseling?
4    A. No.
5    Q. The other CPD officers, Chicago police
6 officers that you saw on the scene, do you
7 recall what race they were? You mentioned that
8 there was the one black officer. Do you recall
9 anything about the other guys?
10    A. No.
11    Q. Were they all guys? Were there any
12 women?
13    A. I don't recall any women. Wait. Was
14 there a woman? I just recall guys because I
15 remember only had interaction with the one. So
16 that's the only guy I kind of recall, and I
17 remember him being black, but that's the only
18 person I really had interaction with. So I
19 didn't really pay attention.
20    I just know there's two people
21 searching my car, and one of them I interacted
22 with, and the rest of them I don't remember.
23    MS. GIBBONS: I have nothing further.
24    MR. KSIAZEK: I just have a few questions.

159

1    Q. In the Sebring, in the front seat, do
2 they have headrests that you can move up and
3 down or is it like a one piece seat?
4    A. You can move it up and down.
5    Q. Do you recall if it was up or down?
6    A. I don't recall.
7    Q. On the passenger's side or driver's
8 side?
9    A. I don't remember at all.
10    Q. Has Charles spoken to you about how
11 he feels after this interaction?
12    A. Just period or regards to --
13    Q. Just emotionally or how he feels
14 about -- how it's affected him?
15    A. Afterwards -- I know he was upset, and
16 he just kind of felt like it happened to him for
17 no reason. So he was kind of upset about that,
18 like he was, "I understand if I was out here,
19 you know, being unproductive and I'm doing --
20 you know, I'm out here actually doing wrong,
21 but I didn't do anything for this to happen."
22 Pretty much all he said about it.
23    Q. Has he -- did he ever mention anything
24 about seeking counseling in any way?

158

1    EXAMINATION
2 BY MR. KSIAZEK:
3    Q. Okay. When you said that the car
4 pulled to the side street and parked, can you
5 describe how it parked?
6    A. Just pulled in. It's along the side
7 of the street. Didn't have to like parallel or
8 anything. Just pulled in and parked the car.
9    Q. Do you know if the car actually hit
10 the curb?
11    A. Not that I recall.
12    Q. Did you feel the car shake at all?
13    A. No.
14    Q. Was the steering stuck at any point
15 when you were driving down 53rd Street before
16 you parked?
17    A. No.
18    Q. Have you ever had any problems with
19 the steering on that vehicle?
20    A. No.
21    Q. Do you recall the black officer from
22 the University of Chicago who you said you
23 first saw, do you recall him wearing glasses?
24    A. I don't remember if he wore glasses.

160

40 (Pages 157 to 160)

1    Q.  Now, when you said that Charles was
2  walking away, you said he stepped to his right
3  a few steps.  Were the University of Chicago
4  officers' hands on Charles at that point when
5  he was trying to walk away?
6    A.  Yes, because they were trying to push
7  him.
8    Q.  So he took two steps to his right while
9  they were still trying to push him?
10    A.  Yes.
11    Q.  Do you know where their hands were
12  located on his body when he was trying to take
13  these -- when he took these two steps to his
14  right?
15    A.  They were somewhere on his upper
16  shoulder region.
17    Q.  Now, when the University of Chicago
18  officers were patting Mr. Boyle down, do you
19  know how far they actually knelt down or bent
20  over to pat Charles down?
21    A.  It wasn't that far.  I don't know if
22  that helps.  They didn't like get all the way
23  down to his ankles or his knees or anything.
24    Q.  Did they get down to his waist, do you

161

1    Q.  Did they push him or did they throw
2  him?
3    MR. PUISZIS:  Objection to the
4  characterization.
5    THE WITNESS:  I don't know what word I want
6  to use.  They got him on the car.  They forced
7  him on the car.
8  BY MR. KSIAZEK:
9    Q.  Did you stop for food any time on the
10  way home from the club before this incident
11  occurred?
12    A.  No.
13    Q.  No?  Do you recall anyone saying
14  anything about Sarpeno's?
15    A.  That's a food place.
16    Q.  Yeh.  Did anyone say anything --
17    A.  I just remember them talking about
18  food.  I don't remember what exactly they were
19  talking about, though.
20    MR. KSIAZEK:  Okay.  I don't have anything
21  further.
22    MR. PUISZIS:  Nothing further.
23    MS. GIBBONS:  Nothing further.
24    MR. PUISZIS:  You have got the right, when

163

1  remember?
2    A.  Yeh.
3    Q.  But they didn't get down to his knees?
4    A.  No.
5    Q.  Okay.  Do you know, did you ever hear
6  when the University of Chicago officers were
7  kicking Mr. Boyle, did you ever hear him say,
8  "I can't breathe"?
9    A.  He said it like two, three times.
10    Q.  Do you know when he said it?  Did he
11  say it when the two University of Chicago
12  officers were the only ones that were kicking
13  him?
14    A.  I believe it was when it was the four
15  because I know the two he was saying that he
16  just kept saying, "Stop kicking me.  Please stop
17  kicking me."  I believe it was with the four
18  when he said, "I can't breathe.  I can't
19  breathe."
20    Q.  Did you ever see any of the University
21  of Chicago officers actually throw Charles onto
22  their squad car?
23    A.  When they pushed him onto the squad
24  car, yes.

162

1  the transcript is ordered, to read your
2  testimony if you want to or you can rely on
3  the accuracy of the court reporter in getting
4  down everything accurately that we said in
5  the room today.
6    So it's an option we give every witness
7  if they want to read the transcript or they want
8  to waive that right.
9    THE WITNESS:  Okay.  I want a copy of it.
10    MR. KSIAZEK:  You want to look at it?
11    THE WITNESS:  Yeh.
12    MR. PUISZIS:  So signature's reserved.  Okay.
13  Thank you.
14    MR. KSIAZEK:  Thank you very much for coming.
15    MS. GIBBONS:  Thank you, Ashley.
16    (FURTHER DEPONENT SAITH NAUGHT.)
17
18
19
20
21
22
23
24

164

41 (Pages 161 to 164)

IN THE UNITED STATES DISTRICT COURTS
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHARLES BOYLE,                    )
        Plaintiff,                )
    vs.                           )   No. 09 C 1080
UNIVERSITY OF CHICAGO             )
POLICE OFFICER LARRY TORRES,      )
et al.,                           )
        Defendants.               )

I, ASHLEY NICOLE GLOVER, being first duly sworn, on oath say that I am the deponent in the aforesaid deposition taken on November 11, 2009; that I have read the foregoing transcript of my deposition, and affix my signature to same.

_____
ASHLEY NICOLE GLOVER

Subscribed and sworn to
before me this 5th day
of January, 2010.

Notary Public

165

---

the foregoing is a true and correct transcript of the testimony so given by said witness as aforesaid.

I further certify that the signature to the foregoing deposition was reserved by counsel for the respective parties and that there were present at the deposition the attorneys hereinbefore mentioned.

I further certify that I am not counsel for nor in any way related to the parties to this suit, nor am I in any way interested in the outcome thereof.

IN TESTIMONY WHEREOF: I have hereunto set my hand and affixed my notarial seal this 5th day of January, 2010.

_Marlene L King_
NOTARY PUBLIC, COOK COUNTY, ILLINOIS

167

---

STATE OF ILLINOIS    )
                     ) SS:
COUNTY OF C O O K     )

I, MARLENE L. KING, a notary public within and for the County of Cook County and State of Illinois, do hereby certify that heretofore, to-wit, on November 11, 2009, personally appeared before me, at 222 North LaSalle Street, Suite 300, Chicago, Illinois, ASHLEY NICOLE GLOVER, in a cause now pending and undetermined in the United States District Courts for the Northern District of Illinois, Eastern Division, wherein CHARLES BOYLE is the Plaintiff, and UNIVERSITY OF CHICAGO POLICE OFFICER LARRY TORRES, et al., are the Defendants.

I further certify that the said ASHLEY NICOLE GLOVER was first duly sworn to testify the truth, the whole truth and nothing but the truth in the cause aforesaid; that the testimony then given by said witness was reported stenographically by me in the presence of the said witness, and afterwards reduced to typewriting by Computer-Aided Transcription, and

166

---

McCorkle Court Reporters, Inc.
200 N. LaSalle Street Suite 300
Chicago, Illinois 60601-1014
CERTIFIED MAIL
DATE: January 5, 2010
MS. ASHLEY NICOLE GLOVER,
13033 Seeley Avenue,
Apartment 3,
Blue Island, Illinois 60406

IN RE: Boyle vs. University of Chicago
DATE OF DEPOSITION: November 11, 2009
Dear Ms. Glover:
    Your deposition in the above-entitled cause is now ready for reading and signing as required by law.
    Please call the Signature Department upon receipt of this letter to schedule an appointment to come to the above address to read and sign your deposition. You have 28 days from the date of this correspondence in which to appear for reading and signing.

    If you fail to appear or notify us so that we may make arrangements for another appointment, your deposition will be completed and forwarded to the attorneys and will be "... used as fully as though signed."

_____ Procedure outlined in Rule 207 (a)
    of the Illinois Supreme Court Rules
_____ Procedure outlined in Rule 30 (e) of
    the Rules of Civil Procedure for the
    U.S. District Courts
Sincerely,

Margaret Setina    Court Reporter:
Signature Department    MARLENE L. KING
cc: All attorneys of record.

168

42 (Pages 165 to 168)

## A

abdomen
67:8 112:5
140:22
able
5:8 30:18
69:24 121:18
above-entitled
168:10
absolutely
13:15 105:5
account
13:4 42:15
accuracy
164:3
accurate
5:19
accurately
145:15,22
146:20 147:5
148:1,19
164:4
action
26:10
activated
32:4
activating
82:4
actual
25:7 35:11,18
38:3 91:4
Adams
2:4
additional
120:15
address
6:2,6 168:13
addresses
7:8 22:3 27:21
affix
165:16
affixed
167:14
aforesaid
165:14 166:20
167:3
African-Ame...
13:16 14:6
ago
7:20 16:21
24:6
agree
64:7 72:16
ahead
4:22 46:9,11
ahold
98:7
aid
21:9,13
air
97:2,3
al
1:9 165:9
166:15
alarm
31:20,22 32:1
32:2,4,9,13
33:22
alcohol
38:12
Alicia
17:12,13,14,14
91:1,1
130:12,14,18
Alicia's
17:16 131:12
137:1
America
41:17,17 43:12
44:2,11
45:20 46:4

113:15
Americas
42:12
angle
59:5,9,11 60:2
ankles
161:23
answer
4:22 5:7,18
65:13 73:10
answered
59:14 88:5
146:3
answers
5:10
anybody
92:21
anymore
7:18 15:21
74:8 101:7
108:5,16
anytime
57:1
anyway
135:23
apartment
6:3 19:11 22:8
22:11 27:9
28:5,8 36:20
42:3 168:6
asking
61:6 65:2,22
131:21,24
133:18,22
139:13
asks
49:5 65:7
assistance
115:6,7
ASSOCIATES
2:2
assume
4:23
ate
20:2
ATM
42:5,14,18,23
43:12 44:11
44:14 47:7
47:16 49:10
51:4,5 55:1
55:2,20
63:13 113:15
135:22
attempted
21:6
attended
11:5
attending
7:5
attention
26:23 112:23
157:9 159:19
attorney
127:16 145:9
149:7,10
attorneys
15:11 167:7
168:17,24
Avenue
6:3 168:5
average
75:7
a.m
1:20

Apollo
15:2
apologize
91:11 134:23
151:15
appear
25:18 168:14
168:15
APPEARANCES
2:1
appeared
25:20 186:8
appointment
168:13,16
approach
119:17 153:15
approached
112:19 155:11
approximate
154:2
approximately
52:1 114:4
area
80:7 106:23
107:1 140:22
arm
78:17,21 87:4
87:15 122:14
122:14 141:5
arms
58:6 76:23
77:3 79:17
122:2 143:20
143:21
arrangements
22:22 168:16
arrest
125:2
arrested
18:9 69:7
130:20
131:22
150:19
arrive
22:10 28:15
38:8 58:17
118:3
arrived
27:6 110:3
114:3 118:13
120:16

article
107:17
Ashley
1:12 3:3 4:4
4:13,14 5:22
141:20 145:8
164:15
165:12,17
166:10,17
168:5
asked
23:13 30:8,10
49:2,3 52:22
59:14 61:1
63:23,24
64:18,21
65:19 66:7
67:24 70:7
71:1,13
73:18,22
77:11 126:18
127:15 130:6
133:13,13,19
134:2,22
138:19,19
143:14 146:2
149:11
150:13
151:14

## B

B
3:10
back
16:17,18 19:19
21:6,23 34:1

41:12 42:16
44:14 45:3,8
54:6 67:20
69:14 73:10
77:9 80:17
84:8 86:9,20
86:24 92:6
92:15 96:18
96:20 97:18
99:21,21
100:8,11
130:22,23
137:17
140:18,20,23
141:1 152:1
152:20 154:3
156:18
157:15
backup
115:6
bad
16:16 22:3
29:6 44:2
badge
114:14
bail
131:23
band
39:17
banged
121:21
bank
41:16,17 42:12
43:12 44:1,9
44:11,19
45:19 46:2,4
112:18 113:1
113:3,6,15
bar
19:6,7 38:9
39:1,5,11,13
40:4 58:6,23
based
109:9
basically
136:8 153:22
basis
10:1,1,3
basketball
36:1
bathroom
147:3
beatdown
142:15
beer
38:16
began
116:22 119:5
beginning
9:5
behalf
25:24
believe
17:17 39:21
42:4 49:2,19
58:4,8 68:5
89:1,1 109:9
109:14
111:19
118:19
119:22
131:19
144:13
153:14 154:3
154:19
162:14,17
bending
99:4
beneath

13:4
benefit
4:12
bent
103:7 161:19
best
9:11,16 10:13
10:17,18
81:19 95:1
135:16 154:3
big
33:13 76:4,10
76:12,13,22
85:23 88:2
123:11
billy
90:11,14,18
91:6 107:6
150:2,5,8,21
bit
20:13 40:19
41:7,9 66:4
81:15 83:1,2
83:4,18,19
88:14 91:11
94:2 102:20
110:12,21,21
138:6 143:4
bi-weekly
10:1
black
72:5 74:19,24
75:5 78:15
79:3 81:6,8
89:23 91:15
91:17 106:3
106:20
107:19,22
109:1 117:9
151:2,4,10
154:21 159:8
159:17
160:21
Blackstone
7:7 50:20,21
55:16
blaring
51:15,18,24
53:9
blocks
27:24 52:1,2
Blue
6:1,2,4 168:6
body
66:17 82:3,7
83:24 84:4,7
99:4 100:1,1
101:18,23
102:14
106:15,21
111:24 112:5
140:8,14,17
143:13 151:9
161:12
bone
122:14
Book
18:4,5
Boston
36:2
bottom
111:6,10
boyfriend
19:9 20:9
128:21
Boyle
1:4 4:16 8:12
9:7 12:10,12
14:24 34:10
36:23 146:16
161:18 162:7

165:4 166:13
168:7
Boyle's
22:8,11
brakes
60:5
break
8:18 9:4
124:15
breaker
30:15
breathe
143:16,16
150:15,17
162:8,18,19
bring
138:21 139:14
139:16
broke
52:24 123:10
broken
122:10,11
124:18
brother
10:12,16
brothers
7:9,12
brought
12:20
bruise
148:6
bruised
121:23,24
122:1
bruises
122:8 140:15
140:16 141:3
141:4 148:4
bumper
102:24
bunch
39:7
Burbank
21:1
bus
27:12
busy
15:22

## C

C
1:6 165:6
166:3
Cain
12:18,21,23
13:1,6,8,20
15:1,2
call
10:14,23 19:5
24:2 80:13
81:20 106:24
115:6,7
130:22,22,23
134:5 168:12
called
1:13 4:5 30:13
102:11 130:9
130:12,14
138:19 139:9
Calls
65:11
calm
129:10,11,18
camera
35:20 138:21
138:22,24
139:1,6,14
139:17
142:23
Cameron
35:19,21

cap
41:2,3
car
7:17,19,21,23
8:1,4,9 29:2
29:4,12,18
30:5 31:4,15
31:16,18,20
32:8,12,14
32:20 33:12
33:13,16
34:1,11,12
46:8,11 47:3
47:7,8 48:2
48:4,5,6,9
49:5,24 50:5
50:8,12,13
50:22,24
51:2,3,7,11
51:20,22
52:15,23
54:6,7,8,17
54:18,21,22
55:2,15,19
55:22,23
56:4,7,9,10
56:11,13
57:15 58:22
59:1,7,8,21
59:23 60:4
60:12,18,21
61:1,12,13
61:13,16,19
61:21,23
62:3,4 63:2
63:11,14,16
63:24 64:10
64:10,19,24
65:3,7,15,21
66:3,10,20
68:1,19,20
69:10 70:16
70:23 73:8
74:7,22
77:16,18
81:4 82:2,9
82:18 85:7,8
85:10,11,14
85:15,16,19
86:17 87:10
88:11,21
89:8,20
91:22 92:1,2
93:13,23
94:8,9,10,12
94:13,14,21
94:22 95:5,6
95:9,9,13,15
95:17,20,24
96:3,4,10,13
96:15 98:3,4
98:5,14,15
98:15,24
99:6,18,23
100:17,21
101:6,8,10
101:11,11,12
101:13,14,15
101:19,21,24
102:2,4,5,11
102:21,22
103:2,5,7,10
103:12,14
104:17
107:11
112:21
115:13 116:6
116:8,14
117:24 118:2
118:8,21
119:1 120:4

120:6,17
126:10,15,17
126:21,22,23
127:4,6,9,9
127:11,20,22
128:11,12,15
128:16,17
128:14,16,21
129:22
132:11
133:19
134:24 135:2
135:14 136:4
137:11
138:15
153:12,14,18
153:20,23
154:2,13,15
154:24 155:5
155:11,16,18
156:2,4,5,6
156:9,10,19
157:6,7,12
157:17,19,20
157:21,23
159:21 160:3
160:8,9,12
162:22,24
163:6,7
card
30:17 39:22
44:12,14
cars
30:18 49:16
50:4 61:8
110:3,18
114:5,16
117:20,22
118:10,18
119:12,13,15
119:23,24
120:2 132:14
152:9,12
153:24
case
15:11 19:12
23:21,24
24:5,15,16
24:22,23
25:3,5,7,17
26:12 57:1
149:4
Casey
35:23
cash
41:16 42:17
catch
27:11
cause
53:7 141:10
166:10,20
168:10
cc
168:24
Celtics
39:2
CERTIFIED
168:3
certify
166:6,17 167:4
167:9
chair
85:2
chance
121:10
change
30:9,12,14
changed
30:22
characteriz...
163:4

Charles
1:4 4:16 8:12
9:6,22 10:2
10:8 11:5
12:5,10,12
12:18,21,22
12:24 13:8
14:20,23
15:1,17 16:3
16:22 18:6,8
22:7,11
23:10,15,15
24:7,12,21
25:11,21,24
26:2,9,24
27:3,11,17
34:10,16,19
35:4 36:10
36:17,23
38:5,17
39:21 40:16
40:21 41:13
43:7 45:7
51:4 54:12
56:9,12
57:19,20
61:3 62:1
63:22 64:12
65:2,21 66:2
66:5,7 67:11
68:8,13 70:8
70:12,17,22
71:2,12,18
71:21,23
72:24 73:5
73:14,21
74:5,6,10,15
74:19 75:11
75:12 76:13
76:11,13,14
76:15 77:12
77:15,19
78:7,13,24
79:5 80:12
80:21 81:2,9
81:12,13
82:12,14,15
82:21,22
83:8,12,13
83:16 85:6,8
85:20 86:13
87:3,13,13
87:24 88:8
88:12,16,23
89:4,10 90:5
90:9,13,17
90:21 91:6,8
91:14,18,20
92:19 93:9
94:1,6,16
95:12,16,20
95:21 96:3
96:13,17,19
96:19 97:7
97:10,14,14
97:18,20
98:3,8,21
99:3,5,12,16
99:24 100:16
100:16,24
101:2 103:8
103:16
104:10,12,16
104:24 105:8
105:10,24
106:7 107:5
108:1,6
109:15,17
110:8 111:12
111:13,14,20
111:21,23

112:20,24
113:13,22
114:1,23
115:5,9,14
115:17,20
116:15,19
119:4,9,9,18
119:20
120:18 121:2
121:6,15,19
121:23
123:14,19
124:4,7,11
124:13,21
125:1 126:2
126:4 127:18
128:1 130:2
130:5,19
134:2,3
138:12,12,13
138:17 139:9
141:9 142:2
142:6,8,12
143:1,6
144:11,17,22
145:9 146:16
146:21,24
147:1,18,18
148:14,23
149:6,16,20
151:3,16
152:7 153:17
155:23 157:2
158:10 161:1
161:4,20
162:21 165:4
166:13
Charles's
10:16 13:4
19:11 22:19
23:17,20
27:8,15 28:4
28:8 36:20
38:1 42:3
64:18 67:5
75:1 78:15
79:12 82:3
83:24 84:4
85:4 86:9,22
87:15 100:1
100:8,11
101:18,23
102:14 103:4
106:15,21
108:15,21
122:17,22
127:16 145:9
145:15
146:15 147:5
148:1,5,19
cheater
8:19
check
54:15,15
checking
68:16,17
Chemistry
6:18
chest
76:22 103:4
104:18 112:4
112:5 140:22
Chicago
1:7,19 2:6,13
2:16,21,23
6:13 20:21
32:19 33:5
48:2 59:22
61:12 63:21
113:24 114:6
114:6,8,9

116:17
117:16,19,21
118:7,9,13
118:18 119:4
119:6,12,18
119:21,22
120:2,6,9,16
121:15 122:16
123:20,23
124:3,7,10
124:14,18,23
125:13,17
126:1,18,20
128:18 129:3
129:4 141:11
142:16
145:10,18
152:3,8
153:2,9,12
153:23 154:6
154:12,14
155:4,15
156:15 157:3
159:5 160:22
161:3,17
162:6,11,21
165:7 166:9
166:14 168:2
168:7
Chrysler
7:22 29:14
Cicero
21:2
circuit
20:14,24 30:14
61:7 132:10
circuits
30:18
circumstances
9:9
City
2:23 20:14,24
118:12,17
119:6,8,11
119:21,22
126:10
132:11
154:14
155:15
civil
1:14 25:3,7
26:10 27:1
168:20
class
19:17,24
clear
117:13
clearly
100:5,7
close
100:19 118:1
closer
36:21 83:22
101:11
closest
50:7
clothes
107:23 121:21
clothing
104:4 107:17
clown
40:19
club
19:6,6,8 23:4
23:8 28:21
28:23 29:1,7
29:9 90:10
90:11,14,18
91:6 107:7
150:2,6,9,21
163:10

cocaine
14:14,15,19
Coca-Cola
13:14 14:14
Code
6:4
coke
13:6,8,17,20
13:22 14:1
14:13
collar
78:1 80:1,2,6
80:7,9,11
college
11:15
Columbia
17:3 21:7
come
24:8 27:7 59:1
60:5,6,8
65:24 71:22
80:20 84:11
84:16 87:4
87:17,19
114:17,17
135:23
139:13,16
153:18
168:13
comes
82:22 87:15
99:21
coming
24:3 54:14
88:16 164:14
community
13:16 14:6
completed
188:16
completely
59:18 121:14
Computer-Aided
166:24
concert
18:14
condition
145:15 146:21
147:5 148:1
148:19
consider
15:17 52:11
consistent
109:23
constant
121:11,12
constantly
125:9
contact
87:5,15,17
134:6
continue
93:22 120:17
continued
93:10
continues
101:18
continuously
51:15,18,23
contusions
122:4,5,7,12
conversation
26:8,13,23
54:5,9 71:18
90:16 91:4
133:23
135:10 136:6
136:13,14
148:23 149:6
149:24
conversations
22:23 25:11

143:1 149:1
155:14
Cook
1:17 166:5
167:19
cop
62:16,18,22
110:18
157:11,15
cops
62:17 154:11
155:23
copy
164:9
corner
50:8 102:21,22
CORPORATION
2:17
correct
32:9,10,14,15
47:4,13 49:7
70:13 85:4,5
93:23 167:1
correctly
27:14
correspondence
168:14
counsel
2:17 167:5,9
counseling
158:24 159:3
count
109:24 110:2
County
1:17 166:3,5,5
167:19
couple
21:8 24:1,6
27:20 28:17
29:21 31:8
31:19 34:17
34:22 35:1,5
35:8 54:23
57:11,12,13
89:6,7,8
91:14,20
93:10 94:7
94:16,19
95:14,22,23
96:8,14
99:16 101:1
108:3 111:17
112:2 132:7
144:2
course
122:17
court
1:1 4:12 5:3
5:14,15
25:18 36:24
47:1 164:3
168:1,19,22
Courts
1:15 165:1
166:12
168:21
cover
21:10,14
CPD
159:5
cracked
60:19
Cregier
7:8
criminal
15:10,11 24:14
24:15,22,23
25:5,13,17
26:11 27:4
36:24 57:1
57:10 149:3

cross
27:22 55:3
crossed
55:7
crying
120:11 157:4,5
157:14
cuffs
119:18
CULBERTSON
2:9
curb
156:19 160:10
currently
5:24 21:16
C-a-s-e-y
35:23
C.S.R
1:23

**D**

D
3:1
dad
21:24,24
130:22 137:1
dad's
27:18,19
damage
8:4
damaged
8:2,5,10
dance
40:13
dancing
40:17,20
dark
75:8
darker
75:8,9
date
8:16 18:12,13
19:23 34:11
37:1 168:4,8
168:14
dated
16:1
dating
8:22 9:14 10:5
17:6
day
18:17 19:1,4,8
20:1 22:7,7
22:11,23
25:13,14,16
25:18 27:19
29:18 30:6
30:21 31:8
31:13 142:9
143:1 147:6
147:19
165:19
167:15
days
168:13
Dear
188:9
Defendants
1:10 165:10
166:16
Definitely
72:6,7
definition
75:18
Department
168:12,23
depend
30:1
depends
19:22 30:2
depict

145:15,22
146:21 147:5
148:1,19
deponent
164:18 165:13
deposit
41:22 42:10,13
deposition
1:12 3:12 37:4
145:2,4
146:16,17
147:10,12
148:9,10
165:14,16
167:5,7
168:8,10,13
168:16
depositions
1:15
describe
39:3 59:23
64:1 72:13
74:13 75:5
81:8 91:5
101:22
116:24
150:23 151:4
154:20 160:5
described
59:24 91:21
99:9 105:20
145:23
description
64:2
detective
131:4
different
7:6 14:17
27:21 114:14
114:18
119:13
136:21
difficulty
5:15
direction
46:24 59:10
60:1 82:16
95:21 97:8
118:24,24
155:10
directions
29:8 55:11
directly
42:15 46:7,13
46:15 63:8
68:7 98:15
98:17 99:1
101:6,14
102:17
discussions
48:16
dismissed
25:6
disoriented
132:24
distance
66:19 100:19
119:24
District
1:1,2,14 165:1
165:2 166:11
168:12
168:21
Division
1:3 165:3
166:13
DJ
23:5 34:16
39:17,18
DJs
23:10 37:19

doing
16:22 19:8
20:3 24:17
25:9 53:5
57:4 61:11
63:23 67:12
67:13,24
68:15 77:20
77:23,23
80:19 87:6,8
88:20,21
89:11,11
92:4,5,7,8
92:15,16
96:5,6,7,22
96:23,23
97:1,4,4
103:24 104:1
104:11,15,19
104:20
105:11 106:1
109:11,17
110:8 114:24
141:15 157:3
158:19,20
Donuts
47:22 48:3
62:19
door
40:7 118:1
dope
13:21,22 14:1
14:5,12
dorm
9:12
doubt
48:12
downstairs
40:3,5,6
downtown
20:21 41:18
drink
38:15,18
drive
28:4,23 29:1,5
34:1 36:20
43:13 60:4
90:19,22
113:22
132:24
136:17
138:16
driven
33:9,21 34:17
driver
45:8
driver's
28:2 120:12
158:7
driving
8:5 29:3 31:3
41:12 44:23
45:11 52:8
52:10,14
56:17 62:11
132:21,22,23
160:15
drop
137:1
dropped
73:7 107:8
137:24
150:10
drove
28:24 51:19
60:9 138:2
139:18
drowsy
50:1
drugs
15:6

duly
4:3,6 165:12
168:18
Dunkin
47:22 48:3
62:18
duo
35:3

**E**

e
3:1,10 168:20
earlier
19:3,8 22:23
23:9
early
18:24,24,24
49:11
east
16:7
eastbound
45:22
Eastern
1:3 165:3
166:13
eat
43:1
ED
2:2
edge
102:3
effect
73:2,16
either
4:19 14:13
15:1 21:22
22:3 23:4
28:22 33:3
38:21 40:2,2
40:6 43:16
66:1 108:11
109:7 115:9
116:12 117:8
130:15 131:4
Elam
9:18,20
electric
30:17 132:13
electrical
33:14,17 34:4
elevator
141:15
emergency
143:24 144:9
144:17,19,21
146:4,7
147:1,7,22
148:16,24
149:23
emotionally
158:13
ER
143:4,6
establishment
38:13,14 40:10
41:11 43:11
estimate
95:1
et
1:9 165:9
166:15
eventually
128:11 132:4
everybody
22:6
ex
130:6
exact
22:16 28:1
78:20 84:5
exactly

71:22 78:8,12
78:21 112:17
112:22 113:1
114:12 126:8
131:22 152:2
163:18
examination
1:13 3:2 4:8
151:22 160:1
examined
4:6 144:5
exhibit
3:12 145:2,5
147:10,13
148:9,11
Exhibits
3:17 146:17
existed
147:6 148:2,20
explained
64:22 70:16
explaining
25:4
expressway
53:11,13
extremely
75:8
ex-boyfriend
8:13 128:22
ex-boyfriend's
8:14
E-way
52:20 53:7,11

**F**

face
18:4,5 66:16
71:24 111:14
111:15 112:1
117:4 122:2
124:14 141:3
148:5,7
155:3
Facebook
34:20 77:2
facing
59:7,8 60:1
73:7 74:7
75:3 77:15
82:14,16
83:5,8,17,20
85:11 102:2
119:1
fact
61:18 71:5
77:1 99:5
fail
168:15
failed
70:18 71:3,12
fair
101:1 114:23
fall
9:8 90:7
Fame
36:5
family
146:11
famous
38:3
far
51:22 85:19
86:3 89:4
94:7,20,23
94:24 100:18
100:20
105:18
119:20 120:1
124:21
146:10
161:19,21

farther
95:24 99:17
100:24 101:1
fashion
109:22 111:19
fast
52:4 60:6
father
91:2 131:3,4
131:12
feel
29:3 160:12
feels
158:11,13
feet
46:9,10 47:19
85:23 86:4,7
89:8 91:14
95:1,2,3,14
95:22 100:15
100:22,23
101:3,10
108:14
fell
150:12
felt
158:16
female
72:5
fifth
141:14
figure
53:3 65:21
127:3 153:5
filed
18:8 24:12
filing
24:21 144:23
Finally
5:12
financial
21:9,13
find
128:9 130:2,7
130:8,11,20
fine
23:14 50:3
157:16
fingers
66:18
finish
5:14
finished
5:17
firm
23:24
first
4:5 9:6,15,23
10:8 25:5
26:12 35:18
36:18 60:16
61:19 68:3
79:18 86:11
89:21,23
94:4 121:1
131:15 133:2
133:11
134:24 135:4
135:12 136:7
136:17,17,17
136:20 152:2
156:18,19
160:23
165:12
166:18
five
28:18 30:1,3
31:11 36:12
88:6,7
100:22 101:3
114:20 121:7

121:8,12,14
126:5 145:16
fix
30:6
fixed
132:3,6,8
flail
87:24
floor
39:9 40:8
141:14
follow
12:10 17:20,21
17:23
followed
18:1
following
146:15,23
147:6,19,21
148:20
follows
4:7
food
163:9,15,18
foot
95:1
football
11:8,13,16,19
12:6 115:21
forced
163:6
forearm
143:23
foregoing
165:15 167:1,5
forgot
54:13 122:4
134:20
Former
36:4
forth
21:23 69:14
forward
100:15
forwarded
168:16
found
21:9,13 130:10
four
37:10 38:24
40:9 110:18
114:5 116:1
116:2,10
117:22 121:5
121:13,13
125:24
145:17
146:14,23,23
150:17 152:9
154:9,10
162:14,17
four-door
29:15,16
Four-eleven
141:22
FOX
2:2
frame
51:23 112:16
frequently
121:9
freshman
21:5
friend
8:6,13 9:11
10:13,17,18
15:18 18:5
25:20
friendly
64:3
friends

9:13 10:12
friend's
9:16
frisk
103:20
front
45:3,4 48:2
50:5,8 55:19
56:7,13 59:5
59:11 60:2
60:12 66:10
69:17 74:23
77:3 84:14
85:11,16,21
85:23 86:18
86:19 93:15
93:17 98:16
98:17 99:1
101:3,6,7,12
101:15 102:6
102:10,15,16
102:17,21,24
103:2 104:17
117:23,23
152:16 153:8
156:4 158:1
full
4:11
fully
77:14 149:13
168:17
further
30:19 31:18
39:8 136:14
159:23
163:21,22,23
164:16
166:17 167:4
167:9
f-ing
71:15

---
G
---

gap
66:13
getting
92:11 126:22
144:20,22
164:3
Gibbons
2:18 3:5 36:3
67:3 84:19
84:23 85:5,9
85:12 86:18
88:5 93:14
94:11,14
151:23
159:23
163:23
164:15
gig
34:16
girlfriend
17:9 130:9,10
give
64:12 65:8
71:10,15
95:1 164:6
given
166:21 167:2
glad
4:19
glanced
113:5,8
glass
113:7
glasses
124:15,18
160:23,24
Glover
1:12 3:3,12

4:4,13 145:2
145:4 147:10
147:12
148:10
165:12,17
166:10,18
168:5,9
go
4:22 6:10,11
6:12,22 17:2
19:11 20:4
21:3,6,6
23:3,3,7,11
23:12,15,17
25:4,5 27:17
28:7,20
30:9 31:5,7
31:10 32:5,8
33:19 34:16
39:14 41:10
42:5,22
43:18 45:14
51:3 55:1,14
60:19 63:13
63:21 67:20
82:4 84:4
85:15 88:20
91:12 105:13
105:15 108:9
108:21 112:8
113:22,22
122:22 128:9
128:23,24
129:22,23
130:1,2,4
131:6 132:18
137:22
139:17
141:14
149:12 151:3
152:1
goes
17:3 35:12
38:4 42:14
42:15 53:9
78:14 79:4
81:11 108:4
108:6,12
going
4:14,23 5:3,12
6:19 19:13
19:16 20:16
22:4,18 23:2
23:3,16,17
24:8,10
26:24 29:21
32:9,11,13
34:4,7,9
39:14,15
41:19 44:1
45:13,22
46:1,3,23,24
48:7 49:10
51:2 52:23
53:2 54:24
55:10 62:20
64:8 87:22
95:20 97:7
99:3 109:5,7
110:2 128:13
129:12,18
130:22
131:10 134:5
135:21
141:14 145:8
146:1,14
156:18 157:9
good
64:2

grab
72:1 79:12,16
81:21 88:7
100:2
grabbed
79:19,21,24
80:18 81:19
87:22
grabbing
79:5,9
grabs
79:20 80:8,10
80:12 81:16
83:12 86:11
99:24
great
5:14
ground
108:9,12 115:5
119:10,19
126:1 143:11
143:12
guard
36:5
guess
14:1 18:23
19:2,5 22:13
22:14 23:9
23:11 29:19
64:11 75:13
77:10 78:18
86:19 92:2
103:18
119:18
121:18 128:3
136:1 145:20
145:24 151:7
guessing
73:6 77:17
guy
13:18 23:10
30:8 63:20
75:14,15
78:4,8,10
129:15
132:10,12
151:7 159:16
guys
63:21 92:7,15
131:18 159:9
159:11,14
guy's
132:9
gym
40:23
G-l-o-v-e-r
4:13

---
H
---

H
3:10
Hall
36:5
halt
60:6,9
hand
65:17 69:13,14
69:16,23
79:17,22,22
80:20 81:24
86:20,24
87:19 100:7
100:10 151:8
167:14
handcuffed
127:18
handcuffs
126:9
handful
151:24
handles

107:3
hands
67:5,10,12,13
69:1 79:17
81:3,9,23
82:1,4 84:4
84:11,16
86:8 87:2
97:2,3,13
103:9,11
104:17 161:4
161:11
happen
18:12 22:24
45:10 80:10
81:2 101:17
104:8 108:8
158:21
happened
29:22 52:18
55:18 62:5
70:17 71:14
77:15 107:7
116:9 126:6
133:13,18
134:9,17
136:24 137:8
137:16 138:7
149:12,17,21
158:16
happening
66:10 112:24
153:16
happens
63:20 77:13
86:15 91:22
127:19 128:1
128:14,20
hard
62:9
hat
41:1
head
5:5 15:7,16
16:6 57:23
57:24 107:13
108:5,5,9,12
108:15,16,21
111:9 117:4
headrests
158:2
hear
4:17 60:17,23
66:11 70:9
73:14 78:22
78:23 89:10
107:14 118:5
124:17
125:12
143:14
149:20
150:13 162:5
162:7
heard
4:24 16:3,5,8
24:18 25:8
32:8,11
62:13 69:10
70:5,11,21
127:2,8
143:17
152:19
height
75:7
held
66:18
Helen
2:18 84:22
help
30:15
helping

78:5
helps
  161:22
hereinbefore
  167:8
heretofore
  166:7
hereunto
  167:13
he'll
  54:12
high
  6:22 11:13,17
  11:19,20,21
  12:5 48:14
HINSHAW
  2:9
hip
  38:7
Hispanic
  72:5,7,15 91:7
  117:11
  151:11
hit
  90:14,17 91:6
  106:10,11,13
  106:16,20,22
  107:5 134:3
  150:3,3,8,21
  150:24
  157:13 160:9
hits
  143:13
hold
  58:7,23
holding
  58:4,6,8 151:7
home
  20:2 90:15,20
  90:22 127:12
  127:13
  128:23,24
  129:22,23
  137:2,23
  138:2,5
  163:10
honk
  29:20
hood
  51:5 54:16
  56:14 57:17
  57:22,24
  58:2,3,7,9,9
  58:14,15,16
  58:23 60:11
  60:15,16,19
  60:22,24
  61:10 62:19
  85:24 66:1,3
  66:5,14,20
  88:16,17,22
  70:2 71:22
  73:4,5,6
  74:4,5,6,9
  74:16,23
  77:18,22
  78:2,6,14,22
  79:4 81:4
  82:12,13,15
  82:21 85:21
  86:11 93:13
  98:15,24
  101:4 102:1
  102:3,4,19
  103:5,7,11
  104:16
  156:20,22,23
  156:24
hop
  38:7
hopped

116:11,13
117:21,24
118:2,8,10
horn
  29:19,23 30:6
  31:5,16 32:5
  32:8,11
  33:19 34:3
  45:12,13,14
  51:2,6,12,13
  51:14,18,23
  52:15 53:8,9
  54:11 62:20
  62:22 63:6
  64:8 132:3,6
  132:8
hospital
  122:3 138:9,11
  138:14,18,20
  139:13,17,21
  139:22 142:5
  142:23 143:2
  149:23
hour
  1:20 49:17
hours
  40:11 41:6
  144:3
house
  20:4 23:16,17
  27:18,19
  31:19 138:3
  139:18
  146:10
hunch
  105:14,20
hunched
  105:2,24
hundreds
  121:16
hungry
  41:14
Hyde
  11:23,24 12:3
  41:19
hyperventil...
  157:18

**I**

ID
  3:11 64:22
idea
  8:21 13:13,15
  18:3 21:19
  28:5 27:5
  76:9 115:8
  124:1
identification
  49:1,6 53:20
  53:22 54:1
  64:13,16,19
  65:3,8 66:7
  70:13 71:2
  71:13 73:15
  73:19,22
  77:12 145:2
  145:6 147:10
  147:14
  148:12
ignition
  51:8
Illinois
  1:2,18,19 2:6
  2:13,21
  10:10 11:5,8
  165:2 166:1
  166:6,9,12
  167:19 168:2
  168:6,19
immediately
  42:15 88:19

116:15,20
improper
  65:1
inches
  66:23,23,24
  67:1
incident
  4:15 18:9,10
  30:22 32:20
  36:23 54:2
  57:9 92:18
  92:22 121:20
  122:18
  123:24
  124:19 132:5
  135:11,18
  136:15 139:3
  145:11,16,23
  147:6,19
  148:20 149:1
  152:1 157:1
  163:10
included
  48:16
indicating
  46:21 47:9,11
  59:4 61:24
  68:15,21,22
  69:12 74:20
  76:19 77:3
  80:7,14
  81:11,14
  82:6,23,24
  83:3 84:7,21
  85:2,3,15,17
  86:12 87:7
  87:23 90:6
  93:20 94:10
  94:11,13,22
  95:7,10
  96:22 98:5
  98:14 100:3
  100:4 102:1
  103:24
  104:14
  106:24 109:6
  110:13 111:2
  111:3 112:3
  123:7,11
  148:6
information
  96:12
initial
  136:17
injure
  124:7,10
injured
  123:23 124:3
  124:22
injuries
  140:6,8 141:2
  141:10
inside
  39:3 61:12,13
  64:24 113:15
  133:18
  135:21
  137:13
  157:19,23
install
  132:11
instantly
  114:20
intent
  63:13
interacted
  159:21
interacting
  157:2
interaction
  158:11 159:15

159:18
interactions
  152:3
interchange...
  13:23 14:2
interested
  25:9 144:14,23
  167:11
internal
  141:16
interruption
  67:16 74:2
  118:15
  132:16
intersection
  50:10
interval
  52:6 54:20
introduce
  23:9
involved
  9:24 10:14,20
  11:2
involving
  4:15
Island
  6:1,2,4 168:6
issues
  129:21
I-57
  53:15,16
I.D
  65:22 70:7,8
  70:15,18,22
  71:10,16
  72:20 73:2
  133:14

**J**

Jackson
  7:1
jail
  90:15,19 92:20
  128:3
January
  9:5 165:20
  167:15 168:4
jeans
  40:22
Jeffery
  16:7 27:24
jerk
  151:3
job
  20:11,14
joint
  38:2
joking
  36:8
JONATHAN
  2:3
Jones
  35:13,14,17
  36:1
Joyce
  9:18,20
jumped
  21:23 91:10
jumping
  56:16
junior
  6:15

**K**

K
  166:3
KC
  35:13,14,17,22
  35:24 36:1
keep

5:9 57:4 134:6
  140:5
Kenneth
  26:1,2,3,14
  27:7 28:15
  34:3 36:15
  38:22,23
  40:17 45:5,7
  49:10 50:23
  54:8,16,24
  55:18,22
  56:8 93:1
  112:15
Kenny
  23:10,15,15
  41:13,13,23
  42:9,20
  135:1,2,17
  136:6,10,11
  136:15,24
Kenwood
  12:1,2,3
kept
  92:7 110:10
  162:16
ktsk
  120:17 123:19
kicked
  111:24 112:2
  113:14,24
  121:15,16
  126:4 145:16
  150:11
kicking
  109:12,15,19
  109:20 110:5
  110:10,11,14
  110:16
  111:19,22
  112:8 113:8
  115:2,3,6
  116:16,22
  117:5 119:5
  121:2,4,6,9
  124:4,8,11
  124:13
  125:15,18,22
  143:16
  150:12,16,18
  162:7,12,16
  162:17
kicks
  143:13
kind
  7:21 11:18
  15:22 24:11
  29:12 31:22
  32:1 41:3
  49:24 56:7
  59:9 60:6
  74:21 76:3
  77:23 80:12
  80:15 81:14
  81:18 86:19
  107:1 127:22
  152:10 157:7
  157:14
  158:16,17
  159:16
KING
  1:16,23 166:4
  168:23
knee
  90:7 105:15
  111:5,6
  151:3
knees
  78:8,13 92:12
  107:8,9,12
  108:2 111:10
  161:23 162:3

knelt
  161:19
knew
  10:15 21:17
  29:5 34:7
  36:16,18
  41:17 48:10
  49:4 73:4
  80:6 117:15
  132:10
  150:17 151:1
know
  5:7,12 8:12,20
  10:9,13,23
  11:3,4,7,10
  13:20 13:12
  13:18,22
  14:2,8,11
  16:7,22,24
  17:5,7,9,16
  18:3,14,24
  20:10,15
  21:15 22:15
  22:16 23:1
  24:3,4,11,12
  24:16 25:8
  26:2,3,16
  27:3,22,23
  28:11 29:11
  30:13 31:13
  31:24 32:7
  32:12,20,22
  32:23,23
  33:11,16
  34:3,8,20,22
  35:7,10,17
  36:3,4,11,17
  37:14,24
  38:23 39:12
  39:13,23
  40:1,4 42:12
  42:21 43:1,9
  44:8 45:6,7
  49:23 50:7
  50:15 52:7
  52:20 53:8
  56:4 59:19
  60:9 61:8,18
  62:15 64:14
  64:21,23
  65:19 66:13
  68:11 69:11
  69:21 70:21
  71:17 72:4
  72:12,13
  73:18 74:18
  75:7,19 76:3
  77:24 78:19
  80:13 81:20
  84:5 87:14
  89:16,21,22
  90:6 91:1,7
  91:9 92:3,4
  92:12,13
  100:12 102:6
  103:6,7
  106:23
  110:17 112:7
  115:4,20,22
  117:8,11,18
  119:7,11
  122:11 123:3
  123:6,22
  124:5,21
  128:4,7
  129:19 130:4
  131:23
  133:12
  138:17,18,22
  141:21 142:2

142:4,8,11
143:15 144:8
144:10,11
146:2,6,11
149:14
152:20
154:10,23
155:12,21
157:8 158:15
158:19,20
159:1,20
160:9 161:11
161:19,21
162:5,10,15
163:5
**knowing**
64:9,19 65:3
**knowledge**
33:10 93:3
134:9
**known**
12:12,22,24
36:10
**knows**
132:13
**Kaiazek**
2:3 3:6 3:10
23:23 32:16
32:22 36:6
57:3 59:14
65:11 67:1
71:6 88:3
93:5,16 95:8
97:1 111:6
112:4 123:8
125:5,7
141:23
159:24 160:2
163:8,20
184:10,14
**K-C**
35:22

**L**

**L**
1:16,23 166:4
168:23
**lady**
64:23
**Laflin**
7:1
**Lake**
43:13,16,23
44:5
**lane**
55:10,12
**lanes**
55:6
**Langley**
9:1 22:5
**large**
151:4
**LARRY**
1:8 165:8
166:15
**LaSalle**
1:18 2:11,19
166:9 168:1
**late**
26:19
**law**
23:24 168:11
**lawsuit**
18:8 24:13,21
27:1,4
144:23
**lawyer**
23:20 24:24
25:3,11
26:10,19
149:4,19

**leaned**
102:2,3
**leave**
23:17 27:16
144:20,22
**led**
109:14
**left**
27:10 39:6
41:18 74:20
75:1,2 78:16
79:12,13,22
83:10,13
85:4 88:22
88:24 93:10
93:18 94:5,7
94:9 95:8
98:9,12,21
100:7,8,14
137:21
**left-hand**
98:6
**leg**
105:14 108:18
108:18
**legs**
105:3 109:5,14
109:22
110:24 111:4
111:18 117:8
**length**
31:13
**lengths**
154:3
**letter**
168:12
**Let's**
46:19
**level**
40:6 65:10
66:17,17
67:8
**license**
1:24 28:2
65:20 133:14
133:20,21,22
**life**
110:16
**lifted**
57:22,24
110:19,22
**lights**
48:7 52:22
59:13 62:4,6
62:10 63:3,5
63:17
**limping**
142:12,14
**line**
70:24 152:17
**literally**
99:24
**little**
20:13 38:4
39:8 40:19
41:7,9 58:14
66:4,13
81:15 83:1,2
83:4,18,19
86:14 91:10
94:2 102:20
110:12,21,21
125:5 138:6
143:4
**live**
5:24 6:8 7:4
8:23 16:3
**lived**
6:5
**lives**
8:20

**living**
10:24 21:20
**LLP**
2:9
**located**
6:24 29:10
119:20,22
161:12
**location**
38:9 39:4
47:20 56:17
**long**
6:5 8:16 11:4
15:9 27:13
28:19 29:24
30:21 36:10
36:19 40:9
40:12 45:14
51:17 55:21
55:24 56:8
57:8 58:16
58:20 108:1
112:7 120:15
132:5 137:13
143:24
**longer**
73:7
**look**
12:14,15 30:5
30:19 51:5
54:12 56:13
57:17 130:4
145:11
146:18
164:10
**looked**
30:7,11 56:24
117:13
145:22
154:22
**looking**
74:22 82:15,17
105:3 155:2
**lot**
29:3 76:19,21
76:22 77:8
96:12 140:1
**loud**
5:10
**lounge**
36:20 37:9
38:9 39:1
**love**
107:3
**lower**
67:8
**lowering**
108:18,19,19
108:20
**lyrics**
15:15

**M**

**M**
2:10
**machine**
5:9
**Macy's**
20:12,20,21
**MAIL**
168:3
**main**
40:8
**major**
6:17
**making**
41:21 134:3
**male**
72:6,12
**manner**
109:14

**March**
9:3 21:18
**Margaret**
168:22
**mark**
145:1 147:9
148:8
**marked**
3:11 145:5
146:15,16
147:13
148:11
**marks**
148:4
**MARLENE**
1:16,23 166:4
168:23
**married**
10:24
**Mars**
62:4 63:17
**matter**
57:10
**McCorkle**
168:1
**mean**
12:1 20:8
24:14 31:24
32:24 33:3
38:1 51:20
52:9 53:11
54:23 56:15
60:4,8 62:7
63:12 65:14
75:22 93:1
96:17 107:10
129:10
140:18,21
145:19
**Meaning**
102:16
**means**
14:10 46:24
105:14
**meet**
9:6 23:3,7,16
37:16 39:20
131:3
**meeting**
9:10
**member**
35:4,8
**men**
61:12
**mention**
15:13 158:23
**mentioned**
155:4 157:5
159:7 167:8
**mess**
121:19
**messed**
122:13
**messing**
107:16,23
**met**
9:15 10:8
19:10 22:6
23:20 27:10
27:14,14
40:1 131:13
**mind**
48:12 65:2
**mine**
8:6
**minute**
30:4 31:11
56:1,2,3
58:18,19
120:19,21
**minutes**

28:17,18 36:21
110:4,6
111:17
112:11,12,13
114:2 120:20
120:22,23
121:2,4,7,12.
121:14 126:5
137:15,16
141:13 144:4
144:5 145:17
**Mischaracte...**
71:7 88:4
**missed**
20:19 21:11
**mom**
21:23 28:12,12
138:12
**money**
42:2,13,14
43:2,8 142:2
**months**
7:20 57:11,11
57:13
**morning**
18:24 19:17
24:22 49:11
49:14,17
64:9 134:20
137:3,19
139:11
**mother**
6:9 7:24
**motion**
49:24 90:5
151:2
**move**
88:12,23 89:4
91:14 94:2
95:12 100:16
109:22 158:2
158:4
**moved**
80:15 93:9
94:4,18
95:16 96:7,8
96:21 100:24
101:2 128:8
131:11
**moves**
91:20 95:22
99:12,16
**moving**
69:14 91:23
94:4,6,16
96:21 98:3,8
96:19 97:10
97:14,20
99:5,17
101:20
109:13
111:18
115:12 117:6
142:17
143:20
**muscles**
78:22 77:8
**muscular**
78:13
**music**
34:21 39:15
**Mutant**
36:6,7
**Mutual**
44:16
**Mydas**
37:20
**M-y-d-a-s**
37:20,21

**N**

**N**
3:1 168:1
**name**
4:11,11 7:15
7:16 8:8,14
8:24 9:17
12:15,20
13:4 14:23
16:7,8 17:16
22:1,2 28:22
29:7 35:10
35:11,12,16
35:18,18
37:9,10,15
37:18 42:7
131:14,16
132:9
**naturally**
86:14
**nature**
5:10 24:4
127:7
**NAUGHT**
164:16
**NBA**
36:5
**near**
43:11 153:20
**nearby**
47:23
**nearly**
76:10
**need**
24:10 30:16
64:22 65:22
70:15,18,21
126:24
**needed**
41:15 134:1
**needs**
115:7
**never**
11:12 18:1
24:18 48:4
62:13 107:20
117:12
122:22 123:1
**Nicole**
1:12 3:3 4:4
4:13 165:12
165:17
166:10,18
168:5
**night**
39:20 49:17,21
134:10
136:15 142:3
145:11
**Ninja**
36:7
**nod**
5:5
**normal**
52:11,12 60:10
**normally**
94:3
**north**
1:18 2:11,19
29:11,11
41:18 46:5
47:15 50:18
55:3,8 166:8
**Northern**
1:2 165:2
166:12
**notarial**
167:14
**notary**
1:16 165:22
166:4 167:19
**note**

46:19,20
notify
168:15
November
1:19 165:14
166:7 168:8
number
3:11 133:20,21

——— O ———

O
166:3,3
oath
165:13
object
107:8 150:23
151:5
Objection
13:10 32:16
65:11 71:6
88:3 163:3
observations
109:10
occasion
52:15
occurred
18:9 25:12
57:9 90:17
163:11
occurrence
147:21
October
18:14 19:20
20:6 21:20
22:7 34:1
44:15 56:23
Odd
34:22 35:1,4,8
offhand
12:15
officer
1:8 49:5,7
52:13 53:1,6
58:21 60:24
65:6 66:8,6
70:7,20,20
71:1,14,15
71:17,19,24
71:24 72:2,4
72:17,19
73:1,18
74:14,24
75:6 77:11
77:16 78:3,7
78:11,15,16
79:4,11,16
79:20 80:8
80:10 81:6,9
81:16,19,23
83:7,12,16
84:1,13,14
84:23 85:6
86:8,22 87:5
87:16,18
88:7 89:13
89:17,20,23
89:24 90:2
90:14,18
91:5,9,15,15
91:17 92:9
93:10,22
95:4,13,19
95:21 96:2,8
96:12,18,20
97:13,17,20
97:21,22,23
98:7,20
99:11,20,21
100:2 101:18
103:18,23
104:8,21,23

105:12,12,19
105:23 106:3
106:10,19
107:14,19,19
107:22
108:11,18
109:1,1
115:7 119:8
120:11
122:16
123:20
124:14,23
126:14,16,18
126:20
128:10,18
129:1,3
131:4 134:4
151:12
154:20 155:5
155:7,9
156:14 159:8
160:21 165:8
166:15
officers
2:16,24 32:18
33:4 58:10
58:17 59:20
62:3 65:10
67:12,23,24
74:11,14
91:24 109:3
109:11,13,22
110:5 111:18
113:14,24
114:2,9,10
114:24 115:5
116:10,15,18
116:14,18
117:1,9
118:9 119:4
119:6 120:5
120:8,16
121:1,3,5,13
123:23 124:3
124:7,10
125:13,18
128:1 129:4
130:6 141:11
142:16
145:17 162:3
152:9 153:12
154:7,12,15
154:17
155:11,15
156:8,16
157:3 159:5
159:6 161:4
161:18 162:6
162:12,21
officer's
70:9,10 80:20
82:4 84:3,11
84:16 87:19
98:19 124:18
125:2
oh
10:18 32:3
38:3 53:16
146:1
oil
30:9,22
okay
4:18,21 5:2,10
5:11,21,22
6:17 7:17,19
7:21 9:21
10:5 11:4,7
12:5,8,17
13:3,14
15:17 17:6
17:16,23

18:17 19:7
19:24 20:18
20:23 21:15
22:6,10,21
23:19 27:16
28:4,7,15,20
33:16 34:3
34:13 36:15
37:9,14,23
38:5,17 39:3
39:19 40:9
40:13 41:5,9
42:9,22 44:4
44:18,23
45:5,10
46:20,23
47:3,10 48:1
49:23 50:12
50:22 51:6
51:11 52:4
52:13 53:16
53:19 54:19
54:24 55:12
55:14,21
57:7,14 58:2
58:15 59:19
59:23 60:11
61:11,15,20
62:2 66:9
67:2,11 68:8
68:13,18
69:16 70:12
71:1,12
72:16,24
73:14,18
74:9,13 75:5
75:24 76:3
77:8,11 79:3
79:11,16,20
80:8 81:8,19
82:14,18,21
83:12,16,24
84:3 85:12
89:4,16 90:8
91:5,10,20
92:21 93:22
94:6,20 95:4
95:12,16
96:11 98:19
98:23 100:10
100:15,24
101:17 102:9
102:13
103:16 104:7
105:6,19
106:12,15,21
107:5,14
108:1,6,21
108:24 109:9
109:17,21
110:8 111:17
112:7,15
113:11,23
114:13,16
115:4,14,23
116:9 117:6
117:8 118:4
119:3,11,14
122:8,15
123:4,17
125:6 126:19
127:18 128:1
128:6,10
129:5,12,19
129:23 130:4
130:12,23
132:2 134:14
134:22 135:5
135:10,16
136:5,12,19
138:7 139:8

140:3,7
141:2 142:5
142:20,24
143:19 144:8
145:1 146:6
146:11,14
148:8,22
149:9,16,20
152:5 153:9
153:11 156:4
156:12 160:3
162:5 163:20
164:9,12
old
5:22 13:18
75:14,17,18
75:20,21,22
Ole
37:9,12,13
once
15:24 34:9
37:1 52:17
57:23 80:18
80:22,23
89:19,19
90:15 101:20
114:21
125:20 138:9
157:14
ones
152:19 153:7
162:12
open
39:9 113:6
opposite
47:12
option
164:6
order
101:3 153:4
ordered
164:1
orientation
78:20
originally
131:8,9
outcome
167:12
outlined
168:18,20
outside
26:17 90:19
133:12
136:16
155:16,18
157:19,21
owl
49:21
owner
7:23
o'clock
1:20

——— P ———

pad
46:19,21
page
34:20
panel
102:6,12 103:2
pants
122:17,22
123:14,18
141:7
parallel
160:7
park
11:23,24 12:4
41:19 43:23
44:5 45:15
45:16

parked
31:18 45:18
46:8 51:1
59:24 63:10
94:12 120:2
153:6 156:2
156:6 160:4
160:5,8,16
parking
50:7 55:12
parks
47:4
part
82:3 100:1,1
111:3,23
particular
23:8 29:18
146:7
parties
167:6,10
passenger
45:9
passenger's
45:2 55:18
82:10 120:12
158:7
pat
103:19 105:20
161:20
pats
105:13
patting
104:3,3,3,4,8
104:10 105:3
105:9,9,24
106:4 161:18
pay
21:7 26:24
27:3 112:23
157:8 159:19
paying
8:3 26:23
payments
8:2
pen
47:6
pending
166:10
people
5:16 39:14
49:23 63:8
61:13 133:18
159:20
perform
35:3
period
51:17 158:12
periodically
31:5
person
30:7 37:15
159:18
personal
134:8
personally
166:8
pertaining
1:15
phone
24:2
photograph
145:9,14,21
147:16,17,24
148:2,14,18
150:20
photographs
93:2 142:9
146:18,23,24
147:4
photos
92:17,19,22

140:3,7,12
140:23 141:1
141:2 146:15
146:20
phrase
13:5
physician
146:12
pick
115:14,17
126:11,13
128:9 138:8
picked
126:12 127:19
picture
13:5
pictures
77:1 82:24
121:22
138:21 139:2
139:16,20,24
140:6 141:4
141:5,8
piece
158:3
place
16:9,12 22:17
27:7,8,16,17
37:10 42:8
58:7 128:8
132:11 156:1
163:15
Plaintiff
1:5 2:8 165:5
166:14
planned
144:11
plate
133:21
play
11:21 12:5
36:2
played
11:7,13,16,18
115:21,21
player
38:1
playing
11:20
please
4:10,18 5:9,16
109:19
135:16 145:3
145:12
148:18
147:11
162:16
168:12
plus
29:5 55:12
point
8:3 13:3 51:14
54:19 59:16
67:6 68:23
69:8 70:2
72:3,17
74:15 78:4
78:17 79:4
89:15,17
94:1 103:17
140:12
144:12
153:13 154:8
157:4 160:14
161:4
pointed
68:21 69:2,5
pointing
84:8
poke
90:2

poked
89:21 151:10
police
1:8 2:16,24
15:13 24:13
32:18 48:10
48:17,20
49:4 52:13
55:22 58:10
58:16,21
59:1,19,22
60:24 63:17
64:12,15,18
65:2,6 66:3
66:6,8 67:23
67:23 70:9
70:10 93:13
114:6,7,8,10
116:12,13
118:7,7
126:18
128:18 129:3
129:4 132:18
133:2 134:14
134:18 135:5
135:12 136:7
136:13,20,21
136:22
145:10 152:3
152:9 153:12
153:16,24
154:7,12
155:5,15
156:15 157:3
159:5 165:8
168:14
pop
105:8 156:20
158:22
popped
92:14 104:10
104:12
105:11
156:23,24
pops
92:6
portion
84:7 87:4,5,15
102:10
posing
77:2
position
101:23 104:23
115:20
positive
14:10
power
31:16 51:7
presence
166:22
present
25:10 26:12
167:7
pretending
47:6
pretty
10:15 25:7
48:18 69:23
76:18 121:21
132:23
143:18
149:14
158:22
previously
146:15 152:7
prior
30:6
pro
36:4
probably
5:12 15:24

16:13,20
19:9,18
22:12 30:12
30:16 31:9
32:24 40:23
56:3,22
58:19 77:5
83:13 86:5
120:19 140:2
problem
30:6 54:1
problems
29:17 53:7
142:17
143:20
160:18
Procedure
1:14 168:18,20
168:20
produce
48:24 49:6
53:22 70:12
70:19 71:2
71:13 127:15
produced
53:24 73:21
promoter
23:5 39:20
protect
143:12
public
1:16 165:22
166:4 167:19
Puiszis
2:10 3:4,17
4:1,9 7:3
13:11 32:17
33:2 36:4,8
38:9 57:6
59:15 65:23
67:2,4,19
71:11 73:9
73:13 74:3
84:22 85:3
85:18 86:21
88:6 93:7,21
94:15 95:11
97:6 111:8
112:6 118:18
123:13
125:11
132:17
141:13,19,24
142:1 145:1
145:7 147:9
147:15 148:8
148:13
151:20 163:3
163:22,24
164:12
pull
47:3 48:9,23
55:23 60:6
100:13
110:18
118:20,23
122:16
123:14
pulled
32:19,21 45:15
48:5,8 52:21
56:7 59:5,11
59:20,24
60:1,2,8,10
60:12 61:12
94:13 114:5
116:10
117:20
118:18 123:5
156:19 160:4
160:6,8

pulling
51:9 63:10
117:22
152:21
pulls
47:3 49:5
99:22,22
purposes
145:3 147:11
purse
126:24 127:1
138:24
pursuant
1:13
pursue
25:6 26:10
push
77:19,21 81:4
81:17,22
84:20 86:10
86:16 88:8,9
88:10,15,17
88:18,21
91:18 92:1,1
93:11,20,23
97:11 98:3,8
98:13,17,20
98:21 101:13
101:19
115:13 161:6
161:9 163:1
pushed
66:2 78:1
96:10 102:18
102:22
104:16
162:23
pushing
81:17 86:23
88:15 95:4
95:19 96:2
96:13,17,18
96:20,21
97:5,8
100:13
put
14:3 33:12
41:24 42:14
57:23,24
58:2,6,14
86:8 97:3
103:11
puts
50:1
putting
97:1

**Q**

quarter
102:6,11 103:2
question
4:18,18,20,23
4:24 5:1,13
5:17 62:7
68:3,3,14
73:10 82:5
132:1 145:21
146:3,22
149:13
questions
4:15 64:8
67:21 68:2
68:12 91:12
151:24
159:24
quick
12:16 26:20
quickly
60:5
Quiltavia
8:8

quit
19:21 20:13,19

**R**

R
2:3
race
159:7
radio
56:18
radios
132:12
raise
65:9 66:14
raising
69:13 108:18
108:19,19,19
ran
116:14,18,20
117:3,3
119:4
random
31:12,14
randomly
29:20
rap
14:23 15:3
rapped
16:15
rapper
14:20 35:2,7
38:3
rapping
38:6
raps
15:1 35:16
rate
52:11
Raucous
34:21
reached
156:23
read
37:3,6 73:9,11
164:1,7
165:15
168:13
reading
168:10,14
ready
144:20,22
168:10
real
12:15 15:9
26:20 157:14
really
13:19 15:14
18:23 22:2
24:4 25:2
26:15 27:13
27:13 29:6
30:2,15
31:12,14
36:14 37:12
38:5 40:15
40:20 44:2,3
49:21 52:21
56:19 57:23
58:20 60:17
61:2,8,23
62:9,12,13
66:15 67:7,7
67:9,9 75:20
78:6,10,20
92:4 100:18
100:19,20
106:7 107:10
107:12 108:5
113:8 117:2
117:4,10,13
119:7,16

136:8 142:18
142:20
143:10
145:19 150:1
151:1,6
152:23
154:23 155:2
155:2,19
157:9 159:18
159:19
rear
116:6
reason
23:1 29:20
55:17 58:8
114:11
130:20 140:4
158:17
reasonable
64:7
recall
9:9,16 11:14
15:15,16
18:17,20
19:3,8 26:14
26:15 27:14
28:13 29:9
34:13,14
37:14 38:19
38:21 40:18
48:8,21 50:6
52:4 53:13
58:20 59:18
62:10 63:3
78:7,11,20
81:10 92:10
106:5,8
119:2 122:9
131:15
135:17
136:11 139:8
139:10 153:1
153:11 154:6
154:13,23
156:11,13,15
156:17
157:22 158:5
158:6 159:7
159:8,13,14
159:16
160:11,21,23
163:13
recalled
11:12
receipt
168:12
receive
48:15
recess
67:17 141:17
record
5:19 66:22
73:11 85:3
111:3 141:23
141:24
147:17
168:24
records
127:10
reduced
166:23
reference
15:8,10 34:21
referring
13:14 14:19
refuse
65:8
refused
71:5
regards
158:12

region
82:7 84:6
112:3 161:16
registration
65:19 127:7
133:14,20,23
155:17,18
related
167:10
relation
28:16 47:7
59:2 63:16
74:15 83:7
101:23
102:14
release
137:18
released
133:4 144:6
Relevance
13:10
rely
164:2
remember
12:14 13:3
18:10,13,23
19:10,15,22
20:24 21:21
22:4 24:20
27:19,22
29:7 31:23
32:2 36:19
37:12,13
40:21 41:3
43:10,20,21
44:2,6,9
45:8,17,23
46:17 47:22
48:1,19
49:12 50:9
56:16,19
57:8 58:12
59:12 61:4
62:9 63:8
68:4,6,10
69:22 71:22
73:3 74:17
75:9 77:6
78:8 79:1,1
79:3,21,23
86:20,24
87:1 90:16
91:3 92:11
94:4,6 99:15
100:5,6,7,13
100:19 105:9
105:10
107:11
114:11 122:7
126:7,8,12
127:24 128:5
130:16,17
131:5,8,20
132:9 133:1
135:2 136:16
137:18 138:9
140:16,20,20
142:7,19
143:5 148:3
146:5 150:22
152:6,18,19
152:21,23
153:4,7
154:10,21,22
158:9 159:15
159:17,22
160:24 162:1
163:17,18
repeat
4:19 7:11
67:21

rephrase
146:22
reported
1:23 166:21
reporter
4:12 5:3,14,15
47:1 73:9,12
164:3 168:22
Reporters
168:1
Representing
2:8,15,23
requested
73:12
required
168:10
reserved
164:12 167:5
resist
125:1
resisting
109:19 110:9
110:11,12,14
125:10,13,15
125:15,16,19
125:21,22,23
143:15
respective
167:6
responded
70:14 71:9
response
62:3 68:14,18
73:1,3 88:14
130:18
responses
68:10
rest
159:22
restate
4:20
RETAINED
3:17
reviewed
37:3,6
rib
107:1
ribs
122:4,5,6,8,10
122:11
rid
8:1
ride
49:24
right
4:10,20 5:1,20
6:21 15:8
16:8,23
17:10 19:21
22:2 26:15
26:16 28:1
33:14 34:14
39:7 41:8
42:3 43:6,22
43:23 44:5
44:19,21
45:12 46:17
47:1,17,21
48:10 49:14
50:18,24
51:8,13,15
54:2,22
55:13 60:3
60:12 62:4
62:22 63:12
63:15,18
64:10 66:2,2
66:11 67:13
68:23 69:11
69:14 70:3
71:3,5,16,20

·72:18,20
73:2,19,23
76:11,16
77:4 79:13
79:22 82:12
82:13,16,19
82:20 83:5,6
83:14,21,23
84:1,2,9
85:4,15 86:9
86:11,12
87:10,11
88:1,8 89:2
89:3,5,8,11
91:15,22
93:1 94:13
94:14,18,19
95:23 96:16
96:20 97:8,9
97:14,15,16
97:21,24
98:4,13,16
99:1,4,6,10
99:12,17,19
100:3,8,10
101:12 102:4
102:5,11,19
102:12,15,18
102:21,23,24
102:24 103:2
103:15 104:5
104:6 105:16
106:1,17,18
106:23 111:1
111:10·
115:18
120:13 121:3
121:23
122:23 125:3
128:12
134:10 140:8
140:12
142:17
143:21 149:3
151:8,12,21
161:2,8,14
163:24 164:8
rip
123:11
ripped
121:22 123:6
123:10,10
141:6,7
Roberson
36:15
Robinson
17:17,18 133:6
134:8
roll
80:14,23 81:2
81:13 83:14
87:4,14 88:4
99:9
rolled
56:21,21,22
80:17
rolling
80:15
rolls
86:13
Romantically
10:22
room
5:4 143:3,6,24
144:9,18,21
146:4,7
147:1,7,22
148:16,24
149:23 164:5
rotation
30:10,23

route
43:10 55:1
Rule
168:18,20
Rules
1:13 168:19,20
running
26:18 118:3
runs
50:18

S

S
3:10
safety
48:15
SAITH
164:16
sale
127:10
Sarpeno's
163:14
sat
60:14
saw
14:18 48:4,9
57:22,24
59:21 61:17
61:22 62:16
62:17,18
71:20 72:1
73:4,7 79:7
79:11 87:6,8
87:19,24
90:5 91:14
103:24 104:4
106:10,13
108:15,16,17
109:10,13
110:5,24
111:18 113:8
117:24 120:3
120:9,11
122:22 123:1
136:9,10
140:16
142:22 150:3
150:24 151:2
151:3,8,9,15
152:2,21
154:7 159:6
160:23
saying
11:12 24:14,16
24:21,24,24
33:13 41:14
61:5 70:14
71:9 92:8
97:1 98:1
101:9,16
110:9 112:1
113:4,16,21
125:14 129:9
131:20
133:17
142:19
162:15,16
163:13
says
106:1
scared
157:7
scene
92:21,23
118:13
119:17 134:9
153:15,19
154:7 159:6
schedule
168:12
school

6:10,11,12,20
6:22 11:14
11:17,19,20
11:22 12:6
16:24 17:2
19:13 20:1
21:3,16
48:14
screaming
109:18 111:21
115:3
screech
60:5
screeching
60:9
seal
167:14
search
92:3
searched
128:16,17
155:5 156:9
searching
104:5 129:21
159:21
seat
45:2 82:10
110:23 158:1
158:3
seated
39:12 45:5
74:22 87:9
93:16
seats
39:10,12
Sebring
7:22 29:14
158:1
second
22:4 53:4 68:3
71:2,14
96:11 135:3
136:22 137:6
137:9
seconds
30:2,2,3 31:11
51:21 54:23
108:3
secured
112:20
see
9:2,21 14:13
15:20,21
18:5 40:16
46:20 48:5
56:14,22
56:12 57:18
57:20,23
58:5 60:14
60:17 61:2
61:16,21
62:12,12
63:7 66:9,12
66:14,19
67:5,8,9,10
67:11 69:1,8
70:1,18,21
71:19,21
72:17,20
73:1 74:4,24
77:12,14
78:16 80:9
80:20 81:2
84:3,11,16
86:8,13 87:4
87:17 88:7
88:12 90:2
91:17 93:22
94:1,16
97:17 98:1
99:3 100:10

101:17 103:8
103:22 104:7
105:19
106:12
107:10,12,13
108:4,5,6,8
108:8,13,14
108:16,21,24
109:6,7,7,21
110:15,16,16
110:20,23
111:1,2,4,9
111:12,13
112:24
113:13 115:9
115:14 117:2
117:4,6
118:6,23
119:5 122:16
122:19,20,21
122:24 123:4
123:14,18,19
124:6,9,13
125:24
127:22 134:3
140:14,15
141:9 142:12
143:10,19
145:19 148:4
150:1 151:1
151:6,8
155:10
162:20
seeing
10:2 47:22
48:1 58:12
77:16 126:7
135:20
154:14
156:15
seek
159:3
seeking
158:24
Seeley
6:3 168:5
seen
33:3 34:19
63:2 72:2
76:15
senior
6:16
separately
68:12
served
38:12
set
167:14
Setina
168:22
seven
36:13,14
shake
160:12
shirt
76:15 77:2
79:10,12
80:2,3,5,9
80:10 86:12
123:11,12
140:11,15
141:6 156:16
shoes
40:23 107:24
Shore
43:13,18·
short
32:8,12,21
33:14,17
64:10 67:16
67:17 74:2

110:15
118:15
132:16
141:17
shortage
29:19 30:8,12
30:20 34:4
shorter
75:11 91:8
shoulder
79:15 80:14,15
80:16,17,23
81:2,13 82:7
83:13,14
84:12,17
86:13 87:3
87:14,24
88:4 98:8
100:9,11,14
140:18,19,21
161:16
shoulders
5:6 76:23
100:4 124:11
shove
81:21
show
127:6 140:8
145:8 146:1
146:14
showed
115:24
shrug
5:5
sic
48:21
side
29:11 39:7
46:4,5,6
47:12,15,16
55:3,4,8,8
55:15,18
69:17,18,19
69:20 77:16
78:19 83:9
86:22 89:18
89:22 90:1
93:14 94:10
95:6 98:6,12
100:16 102:4
102:5,11
104:2 106:11
106:14,15,17
106:18
120:12,13
140:19,24
148:7 150:4
150:21 151:3
151:10
155:13 156:1
158:7,8
160:4,6
sidewalk
156:7
sight
152:17
sign
32:14 33:13
50:9,13,17
168:13
signal
63:17
signature
165:16 167:4
168:12,23
signature's
164:12
signed
168:17
significance
13:17 14:7

significant
13:9
signing
168:10,14
simple
131:24
Sincerely
168:21
Sinclair
8:15,16 9:2
20:8 129:6
single
120:17
sirens
62:13 118:5
152:20
sister
7:14 10:16
sisters
7:10,13
sit
119:14
sitting
26:15,18,21
58:13 62:16
64:24 82:9
85:13 87:10
119:1
situation
65:14
six
36:13
skin
75:8,9
sleep
50:1 138:6
slept
138:7
slowly
60:6
snapped
157:15
snatch
79:7
snatched
77:24 78:1
somebody
14:7 23:3,7
someone's
87:22
songs
15:4
soon
51:9 92:20
sore
142:18,19,21
sorry
9:19 12:1
13:24 16:18
21:11 24:9
26:3 27:7,20
43:5 44:3
46:2 56:15
57:4,5,20
72:19 78:10
85:12 93:6,8
104:3 110:1
121:13 124:9
125:6 134:13
134:22 139:5
151:14
156:11
sound
37:9 49:14
72:7,15
south
46:4,6 47:16
50:18 55:4,8
83:20
southwest
83:5,8,17

space
39:9 66:15
speak
125:5
speaking
5:16 78:24
133:6
specific
15:15 18:13
19:22
specifically
24:20 65:15
74:18 86:24
103:22
104:13 120:3
speculation
32:16 65:12
speed
60:10
speeding
52:9
spell
4:11
spelled
17:14 35:23
spoke
154:18 155:7
156:9
spoken
33:7 155:19
158:10
spot
50:7
squad
48:2,4,5,6,9
56:4 59:1,8
59:12 60:4
61:21 63:2
81:4 82:18
85:19 89:8
91:22 93:23
94:8,9,10,13
94:20,22
95:5,6,9,13
95:15,17,20
95:24 96:3,4
96:13,15
98:3,5,14
99:6,18
100:17,21
101:4,8,10
101:11,15,19
101:21,24
102:2,19
103:14 110:3
114:5,16
118:18
119:12,14
120:2,6,9,17
126:10
127:20,22
152:9,12
154:13,15
162:22,23
squads
115:23 116:2
116:10
118:12,23
119:21,22
SS
166:2
stair
141:16
stand
84:22
standing
74:24 78:15,21
84:19,24
87:13 101:5
101:6,7,12
101:14

153:20,22
stands
105:24
start
10:2,5 26:18
34:9 51:2
62:19 118:17
157:11
started
34:7 45:13
51:24 53:5
58:10,11
62:20 81:21
116:15,21
117:5 118:2
125:21
150:12
157:13
starts
104:8
state
1:17 6:13
53:16 54:2
166:1,6
States
1:1,14 165:1
166:11
station
131:7,8,9
132:18 133:2
133:3,9,11
134:15,18,24
135:3,6,12
136:7,13,18
136:20,21,22
137:6,6,9,14
145:10
stay
28:18 38:24
40:10 58:3
88:13 93:16
stayed
39:12 137:11
staying
129:8
stays
16:4
steadily
77:21
steering
160:14,19
stenographi...
168:22
step
85:24
stepped
133:12 161:2
stepping
96:6 97:19,21
97:23,24
steps
86:2 89:6,7
91:21 93:10
94:7,17,19
95:23 96:8
96:14 97:11
97:18 99:16
101:1 161:3
161:8,13
Steve
41:13
Steven
2:10 8:15,16
8:20 9:2,12
9:13,14,24
10:8,12
11:18,21
12:5 17:23
20:3,5,8,8
21:3,20 23:2
23:5 26:1,3

26:14 27:6
28:24 29:1
33:16,24
34:15 36:10
36:17 37:15
37:18 38:20
39:21 40:16
42:22 44:23
49:10 50:23
52:9,14 54:8
54:10,16,24
55:21 56:8
57:14 63:1,2
90:23,23
93:1 112:15
112:19 113:4
113:13,18,20
129:5,8
130:15,17
132:10,22,23
135:1,17,20
136:6,15,23
137:5,11,13
137:20,24
155:19
156:22
Steven's
27:8,12,17,18
63:12 138:2
stick
58:14 69:16
stolen
32:14 64:10,20
65:4,7
133:19
stools
39:7
stop
31:16 48:17,20
50:9,12,13
50:17,23
59:2 60:7
63:16 96:11
109:19
110:10,11,13
111:21 115:3
125:13,15,19
125:22
141:13
143:15
146:21
150:16
162:16,16
163:9
stopped
21:14 50:5
51:12,12,13
51:13,24
52:13,14,21
53:17 54:6,7
54:21 62:3,5
63:14 113:10
straight
42:7,13,14
83:20 98:22
98:23
street
1:18 2:4,11,19
16:6,8 22:1
22:2 27:23
28:1 44:6,9
44:18 45:11
45:19,21
46:4,5,6,10
46:14,16,16
46:16,17,20
47:8,13,16
47:17 49:17
50:15,17
51:19,20
52:5,10 53:6

54:4 55:3,4
55:8,9,15
116:4,8
156:2 160:4
160:7,15
166:9 168:1
streets
44:3 53:2
strength
76:21
strong
76:8 77:8
115:17
struggling
152:8
stuck
69:23 160:14
stuff
11:1 30:18
62:14 128:23
126:24 127:1
129:13,17
132:12
133:15 155:1
155:23
stupid
54:11 62:22
63:6
subpoena
24:5
subpoenaed
25:18 26:4
Subscribed
165:19
sue
144:11
suggest
159:2
suing
144:15
suit
167:11
Suite
1:19 2:5,12,20
166:9 168:1
summarize
149:11
summer
18:13 151:17
151:18
supposed
27:11 37:15
Supreme
168:19
sure
5:18 16:4
20:11 24:3,9
26:22 48:18
67:22 69:22
69:23 72:12
75:13 82:8
93:8 96:24
105:5 112:17
112:22 113:1
132:23 134:3
149:13
surprised
24:11
suspicion
65:9
swear
4:1
sweater
40:22 80:5
swinging
109:8
swollen
78:13
sworn
4:3,6 165:13
165:19

166:18
synonym
14:10
system
34:5
systems
132:13

                    T

T
3:10
tables
39:8
take
5:5 16:17,18
22:12 23:13
34:15 35:12
38:5 42:17
53:2,6 54:3
55:2 58:13
92:17,21
93:2 121:1
121:19 128:3
138:13,17,20
138:21 139:2
139:13,16,20
139:24
140:23
141:15 142:5
142:23
145:11 146:9
146:18
150:20 156:1
161:12
taken
1:16 67:18
130:8 141:18
142:10
145:10 148:2
148:15
165:14
takes
96:14
talk
15:22,23 23:3
39:14 149:16
152:2 155:19
talked
11:19 23:23
26:9,19
36:22 37:1
67:22 69:6
72:14 119:8
134:7 149:18
149:18
talking
34:22 72:9,11
81:5 102:7
107:20
128:21 129:5
131:17,18,19
133:19 143:4
143:5 156:7
163:17,19
tall
141:20
taller
75:11
tapping
104:2
taser
90:8
tasered
150:5,8
tell
4:10,19 15:14
20:5 39:3
48:24 69:5
90:4,13
110:23
111:14,16,23

```
113:2,20          139:4,6           29:4 31:19        130:10            74:12 86:2        120:1,6,8,16
117:10,12         157:10,11         34:16,18          tries             91:8 95:1,3       121:5 122:16
126:14            thinks            73:19,22          81:3              112:9,11,11       123:20,23
135:16            65:6              109:21 112:2      trooper           112:13            124:2,3,6,10
143:22            third             114:18            53:17 54:2        113:23 114:1      124:14,17,23
149:14            77:12             121:15 162:9      true              115:4 116:11      125:12,17
155:17            thought           tire              77:7 167:1        116:12,14,17      126:1 141:10
telling           52:23 65:16,18    30:10,23          truly             116:24            142:16
26:11 54:3        75:24 92:13       102:10,15,24      145:14,22         117:20            145:17 152:8
71:21 112:20      92:14 98:2        tired             146:20 147:4      118:19 119:3      153:1,7,16
125:16            100:21            49:20             147:24            119:23 120:5      153:23
129:10,11         109:20 143:8      today             148:18            120:7,8,15        154:11 157:2
136:3 143:7       150:7             4:15 5:4,19       truth             120:19,20,21      160:22 161:3
143:9,11          three             37:4 164:5        15:14 166:19      120:22,23         161:17 162:6
term              7:6,20 30:24      told              166:19,20         121:1,2,3,4       162:11,20
102:6             31:1,4 52:1       22:5 23:12,14     try               136:8 141:13      165:7 166:14
testified         52:2 54:17        24:7 30:8,11      14:9 18:23        152:8 153:3       168:7
4:6 25:14,17      66:23,24          30:16,19          19:1 30:6         153:23 154:5      unlatch
57:9 152:7        67:1 73:19        48:19 53:1,6      89:20 101:19      154:16            156:20
testify           73:22 86:4,5      65:15 69:3        113:22 128:9      159:20 161:8      unproductive
166:18            86:6,7 95:1       70:15,23          130:2             161:13 162:9      158:19
testimony         100:21,23         71:8 90:9,17      trying            162:11,15         unusual
56:24 115:1       101:2,10          107:6 113:18      41:24 42:11,24    two-door          45:10 72:10
116:18 125:3      112:12,13         115:11 119:3      54:19 60:3        29:15             upper
164:2 166:20      114:2,4           122:24            60:20 61:9        type              67:9 76:20
167:2,13          116:1,2,10        126:20,23         62:8 65:20        41:1,21 48:10     82:7 84:6,7
Thank             116:12 121:2      127:5 128:11      74:17 77:17       typewriting       99:4 112:5
164:13,14,15      123:22            128:18,23,24      77:18,21          166:24            161:15
thereof           125:24 135:8      130:9,19,21       78:5 81:17        typically         upset
167:12            135:11            131:3,9,11        81:21 82:1        105:13            128:22 157:4
thing             136:19 152:9      133:4 134:1                                           157:14
13:19 14:3        152:14,24         134:19            84:20 86:10                          158:15,17
70:5 73:4         154:5,9           135:19            86:16 88:9        ─────────         upstairs
77:13 81:1        162:9             136:20            88:10,14,17            U            39:5 40:5
92:10,11          three-block       138:20 141:6      88:18,19,21       ─────────        use
104:7 105:10      52:6              143:10,17         91:2,18,23        U                 37:18 47:6
110:17 126:5      throw             146:9 148:22      91:24 92:3        9:12 21:5         64:4 81:23
150:17            162:21 163:1      149:12,14,22      92:13,14          Uh-huh            102:5 163:6
things            thrust            149:23 150:2      93:12,19          46:18 79:6        uses
24:3 127:7        151:2             150:3,4,7,14      96:24 98:3,8      145:13            12:20 35:16
think             time              150:16 156:9      98:13,17,20       Uh-uh            usually
9:1 11:6,10,11    4:17 5:13,13      157:12            98:21 101:13      8:11 16:2 43:3    20:2 35:3
13:19 14:3,9      5:16 9:14,15      tone              103:19            57:2 93:4         138:23
14:14,19          11:20 15:9        64:1 72:14        112:23            134:11            U.S
15:7,12 16:6      16:11 19:14       top               115:12 127:3      Um-um             168:21
16:8,24           19:21 20:15       15:7,15 107:13    129:13            34:24 57:16       
17:21 18:3        20:17 21:17       108:15            130:20 136:2      67:3 85:9         ─────────
21:22 22:1        22:10 23:5        tore              136:9 143:12      91:16 146:19           V
22:18 23:4,6      23:19 24:22       129:21            143:22 153:5      unclear           ─────────
27:10,13,24       25:1 27:13        TORRES            155:17 157:8      85:13             varied
28:11,21          29:13,18          1:8 165:8         161:5,6,9,12      underneath        31:13
31:10 32:9        31:3,13,17        166:15            turn              66:19             vehicle
32:13 34:6,7      36:22 38:8        total             44:6,18,21        understand        59:2,3 155:13
34:12 35:18       42:20 44:17       121:5             45:13 51:11       4:18 62:7,8       160:19
36:16 37:1        49:9,12           touch             74:5 83:1,2       82:4,8            verbal
38:16 39:10       51:17,23          96:24 103:4       83:3,17           101:15            5:10
40:2 41:2,5       53:4 54:7,20      134:3             turned            149:13            versus
41:23,23          59:16 60:18       touched           31:15,15 45:15    158:18            146:7
42:11,18,24       61:2 62:14        103:6             51:1,7 52:22      understanding     videotape
43:15 44:16       65:5 67:8,14      to-wit            71:23 73:5        70:23             93:2
52:12 53:3        68:2 70:3,11      166:7             74:7,10           understood        view
55:10 57:12       71:2,14           traffic           81:15 85:17       4:24 14:16        117:13
57:12 63:1,9      72:17 74:12       48:15,17,20       86:14 94:11       93:9 107:20       visiting
65:9 69:19        74:15 77:13       55:6              118:6 152:20      underwear         9:11
69:21 74:12       78:4,17          training          turns             123:4             voice
75:2 76:8,14      89:15,17          48:15             82:22 83:19       undetermined      64:1 70:10,10
79:7 80:4,9       91:19 103:17      transcribe        Turtles           166:11            72:6,13
80:24 90:9        112:16 113:5      5:8               36:6,7            uniforms          78:23
90:24 99:14       113:7 114:17      transcript        Tweets           114:9,10          vs
105:7 107:24      114:19,22         184:1,7 165:15    38:1              United            1:6 165:6
113:12            128:23 133:5      167:1             Twitter           1:1,14 165:1      168:7
114:15,21         134:20            Transcription     12:8,10,13,18     166:11            vulgarity
122:6,12          135:22            166:24            12:19 13:4        university        64:4
134:6 135:1       137:18,19         traveled          17:20,21,23       1:7 2:15 10:9     
137:2,2           139:4,7,8         51:22             18:1,2            11:5,8 21:4       ─────────
142:14 146:9      144:12 148:2      traveling         two               32:19 33:4             W
146:13 149:3      149:2 151:15      52:5              5:15 6:7 8:17      48:2 59:21        ─────────
152:14 153:3      152:10            trial             11:6 30:24        61:11 63:21       waist
154:16            153:13 154:8      57:10             31:1,4 33:4       113:24 114:6      123:8,9 161:24
thinking          163:9             tried             40:11 41:6        114:8 116:12      wait
12:3 25:3 53:8    times             30:12,14          61:14,15          116:13,17         5:16 16:17
                                                      66:23,23          117:15,19         137:9 159:13
                                                                        118:7,9           waited
                                                                        119:4,17          135:23
```

waiting
26:17,18 143:3
143:6 144:2
waive
164:8
waiving
69:22
walk
55:19 61:22
161:5
walked
155:22
walking
161:2
wall
39:6
want
10:14,23 11:3
18:22,22
19:1 22:14
22:19 28:21
35:11 36:14
40:3 42:22
44:7 56:1
59:17 67:20
67:21 75:13
78:5,18
79:18 80:4,6
80:13 81:16
81:20 82:8
89:18 91:12
96:11 105:4
106:24
107:24
112:11 114:4
119:24 127:8
129:17,20,20
139:16,17
140:17 152:1
155:1 163:5
164:2,7,7,9
164:10
wanted
23:2,7,9,11,14
42:9 73:1
115:18,19
128:9 130:7
140:5,6
wanting
23:12 26:10
72:20
warned
24:8
Washington
44:16
wasn't
9:23 20:3 21:9
21:13 24:9
26:22 39:23
40:4,7 42:6
52:7 55:24
58:20 61:22
62:11 64:3
66:15,16
74:7 75:22
75:22 76:10
76:12 77:15
84:13 96:21
121:20 133:8
139:6 155:2
161:21
waved
65:17
way
13:21 14:4
71:17 72:9
72:10,14
74:19 82:23
82:24,24
85:17 86:14
93:20 94:11

98:13 102:2
105:17 108:4
112:19 116:7
118:2 132:2
132:21
135:11 136:6
141:20 146:2
152:23
154:11
158:24
161:22
163:10
167:10,11
weapon
105:3
weapons
104:5,9
wearing
156:16 160:23
week
15:24 18:18
19:17
weekday
18:20
weekend
18:21 19:18
weekends
19:19
weekly
10:1,3
weeks
21:8 23:20
24:1,6 29:21
30:24 31:1,4
37:7 57:10
132:7
weighs
76:8
well-built
76:18
went
10:11 11:23,24
19:5,7 20:23
21:4,4,8
27:8 28:10
28:21 30:9
31:19 33:22
37:11 41:12
41:12 42:7
43:19,22
45:12 51:5,6
51:10,20
52:16 55:20
56:12,13
57:17 58:16
72:1 92:2
107:9 110:12
114:20 123:1
127:23 130:2
131:7,10
133:1,3,8,10
134:14,23
135:3,5
136:13,19,21
137:5,12,23
138:6,8
139:20,21
144:17 146:6
146:24 147:7
147:22
148:16
weren't
26:6 49:16
50:1 101:6
west
2:4 27:24
47:20 60:2
westbound
45:22,24 46:1
46:3,23 59:7
59:9

we're
4:14 15:22
29:2,4 127:3
130:20
wheel
102:9
Wheezy
37:23 38:2,4,4
WHEREOF
167:13
white
13:18 72:5,7
72:15 156:16
Whitney
6:23 7:2,5,16
window
60:19 69:17,18
69:19,20,24
74:23 113:6
135:21
windows
56:20 62:14
withdraw
42:16 146:22
witness
3:2 4:1,2,5
7:2 32:23
57:4 65:14
71:8 85:1,8
85:10,16
86:19 93:6
93:17 94:12
95:9 97:3
111:7 112:5
123:9 125:6
125:8 163:5
164:6,9,11
166:21,23
167:2
woman
159:14
women
159:12,13
wondering
19:13
Woodlawn
7:7
word
13:17 14:5,13
72:22 163:5
words
72:15 73:2
wore
160:24
work
6:10 17:4
19:18,19
20:23 132:13
137:2,4
141:18
142:11
worked
20:18 59:20
working
6:19 17:1 20:6
20:7,10,12
20:12,19
21:16 42:20
142:9
wouldn't
69:24 75:17
121:17,18
124:5
wrestle
115:9
wrong
19:2 122:13
143:8,8,23
158:20

X
3:1,10

**Y**

year
6:14 16:20,21
18:14 21:5
38:2
years
6:7 8:17 11:6
yeh
10:19,21 12:3
13:2,7 16:10
17:19,22
20:22 22:9
24:10 25:15
26:7 31:2,21
35:6,9,15
37:22 38:7
38:14 39:16
44:20,22
49:15 52:3
53:23 55:6
59:6,10 63:3
66:8 69:15
73:20 75:2,4
79:9 80:17
84:10 87:12
87:12,21
88:2 95:9
106:2 107:4
108:10,23
110:7 112:10
112:14
113:19 116:7
121:11 137:7
137:11
143:17
151:13,19
162:2 163:16
164:11
yell
125:13
yelled
125:20
yelling
110:10,13
125:9,19,21
129:16
143:15
150:13,14
154:24
157:16
Yep
18:7 44:24
young
6:23 7:2,5
36:12,14
64:23 75:14
75:16
younger
7:14 36:17
Y-o-u-n-g
7:2

**Z**

Zip
6:4
zipper
123:9,10 141:7

**$**

$20
42:1

**0**

07
10:4,7
084-003326

1:24
09
1:6 165:6

**1**

1
3:13 145:2,5
146:17
10
47:19
10:00
22:12,13,20
10:15
1:20
10:30
22:20
1080
1:6 165:6
11
1:19 165:14
166:7 168:8
11:00
22:18 38:11
11:30
38:11
12:00
22:19
13033
6:3 168:5
145
3:13
147
3:14
148
3:15
15
47:19 137:15
137:16
151
3:5
160
3:6

**2**

2
3:14 146:17
147:10,13
2:00
49:15
2:30
49:13 64:8
2:40
49:13
20
36:21 42:12,16
42:18 51:21
51:21 75:23
200
168:1
2005
9:8
2006
7:22 29:14
2008
18:15 19:20
20:6 21:21
22:7 34:1
44:15
2009
1:20 165:14
166:7 168:8
2010
165:20 167:15
168:4
207
168:18
22
5:23 75:23
222
1:18 2:11

166:8
28
168:13

**3**

3
3:15 6:3
146:17
148:11 168:6
30
2:19 30:2
36:21,21
58:18 144:4
144:5 168:20
30s
75:19,20,24
300
1:19 2:4,12
166:9 168:1
312
2:7,14,22
330
2:5
345-8877
2:7

**4**

4
3:4 146:17
40
58:18 140:2
40s
75:19,19,20
76:1

**5**

5
168:4
5th
165:19 167:15
50
140:2
53rd
43:16,21 44:7
44:8,10
45:11 46:16
46:20 50:16
160:15
55th
43:16,16
57th
43:21 44:7,8
44:10 46:16
46:20 50:16

**6**

60406
6:4 168:6
60801
2:13
60601-1014
168:2
60602
2:21
60606
2:6
62nd
7:7
67th
16:4,5,5

**7**

70th
21:24 22:1,5
27:23
704-3000
2:14
744-3982
2:22

```
76th
21:1
78th
8:24 9:1 22:4

              8
83rd
7:8

              9
900
2:20
92nd
7:7
```

```
 1              McCorkle Court Reporters, Inc.
            200 N. LaSalle Street  Suite 300
 2               Chicago, Illinois 60601-1014
 3  CERTIFIED MAIL
 4  DATE:  January 5, 2010
 5  MS. ASHLEY NICOLE GLOVER,
    13033 Seeley Avenue,
 6  Apartment 3,
    Blue Island, Illinois  60406
 7
    IN RE:  Boyle vs. University of Chicago
 8  DATE OF DEPOSITION:  November 11, 2009
 9  Dear Ms. Glover:
10     Your deposition in the above-entitled cause
    is now ready for reading and signing as required
11  by law.
12     Please call the Signature Department upon
    receipt of this letter to schedule an
13  appointment to come to the above address to read
    and sign your deposition.  You have 28 days from
14  the date of this correspondence in which
    to appear for reading and signing.
15
       If you fail to appear or notify us so that we
16  may make arrangements for another appointment,
    your deposition will be completed and forwarded
17  to the attorneys and will be "... used as fully
    as though signed."
18
    _____  Procedure outlined in Rule 207 (a)
19           of the Illinois Supreme Court Rules
20  _____  Procedure outlined in Rule 30 (e) of
             the Rules of Civil Procedure for the
21           U.S. District Courts
    Sincerely,
22
    Margaret Setina          Court Reporter:
23  Signature Department      MARLENE L. KING
24  cc:  All attorneys of record.
                                              168
```