# EXHIBIT K





000094





000085





000086





000154

1

# CLEAR Data Warehouse

**BOYLE, CHARLES**
**CB# 17392877**

Charge(s) = RESIST/OBSTR of a PEACE OFFICER/
CORRECTIONAL EMP

IR# = 1958083

M / BLK / 21 / Height 509 / 197 lbs

DOB = 07-MAY-1987

Arrest Date = 18 OCT 2008

Address of Arrest = 1435 E 63RD St

Beat of Arrest = 2132

LKA = 6233 S CHAPPEL AVE

City = CHICAGO, IL

Date of Residency = OCT 2008

REPORT DATE  20 March 2009  10:50:37 AM
REQUESTED BY  IL16CPDAAr
FOR OFFICIAL POLICE USE ONLY!
NOT FOR DISSEMINATION



Glover #1
MFK 11/11/09



Glover #2
WSK 11/11/09 000095



Glover #3
MYK 11/11/09
000153